# Exhibit D

Page 1: General Information about you

Q1

Export

Customize

## How long have you held a Colorado Real Estate License?

Answered: 101
Skipped: 0
0-5 years 5-10 years 10-15 years Over 15 years
0% 10% 20% 30% 40% 50% 60% 70% 80% 90% 100%

| ANSWER CHOICES | RESPONSES |
|---|---|
| 0-5 years | |
| 5-10 years | |
| 10-15 years | |
| Over 15 years | |
| TOTAL | |

Q2

Export

Customize

## Do you practice real estate in Adams, Arapahoe, Boulder, Jefferson, Larimer, or Weld County?

Answered: 101
Skipped: 0
Yes No
0% 10% 20% 30% 40% 50% 60% 70% 80% 90% 100%

| ANSWER CHOICES | RESPONSES |
|---|---|
| Yes | |
| No | |
| TOTAL | |

Q3


Exhibit No.: 337
Deponent: Myers
Date/RPR: 3/26/19
Hunter + Geist, Inc. JW

MYERS-DOCS 000738

Export

Customize

## How long have you practiced real estate in Colorado?

Answered: 101
Skipped: 0
N/A 0-5 years 5-10 years 10-15 years Over 15 years
0% 10% 20% 30% 40% 50% 60% 70% 80% 90% 100%

| ANSWER CHOICES | RESPONSES |
|---|---|
| N/A | |
| 0-5 years | |
| 5-10 years | |
| 10-15 years | |
| Over 15 years | |
| TOTAL | |

Q4

Export

Customize

## Are you aware that in 2016 and 2017, Weyerhaeuser Company supplied some new homes in your area with defective TGI floor truss systems that emitted formaldehyde, causing harm and injury to home owners in the area?

Answered: 101
Skipped: 0
Yes No
0% 10% 20% 30% 40% 50% 60% 70% 80% 90% 100%

| ANSWER CHOICES | RESPONSES |
|---|---|
| Yes | |

MYERS-DOCS 000739

No

TOTAL

Q5

Export

Customize

Are you aware that Weyerhaeuser has recalled and ceased manufacturing the product and builders are replacing or mitigating the emission of formaldehyde in the floor truss systems?

Answered: 101
Skipped: 0
YesNo
0%10%20%30%40%50%60%70%80%90%100%

**ANSWER CHOICES-** **RESPONSES-**

-
Yes

-
No

TOTAL

Q6

Export

Customize

Are you aware that there is litigation regarding the health hazards caused by the product both locally and nationally?

Answered: 101
Skipped: 0
YesNo
0%10%20%30%40%50%60%70%80%90%100%

**ANSWER CHOICES-** **RESPONSES-**

-
Yes

-
No

MYERS-DOCS 000740

TOTAL

Page 2: Weyerhaeuser issue in new homes

Q7

Export

Customize

If you are representing a buyer and knew the home was one of the affected houses that has been fixed would you advise:

Answered: 74
Skipped: 27
Offer the same as a similar...
Offer less than a simil...
Don't make an offer on thi...
0%10%20%30%40%50%60%70%80%90%100%

**ANSWER CHOICES**-

-
Offer the same as a similar house 1 block away that was not built with the recalled trust system.

-
Offer less than a similar house 1 block away that was not built with the recalled trust system.

-
Don't make an offer on this home.

TOTAL

Q8

Export

Customize

As a listing agent, if you were aware, would you disclose that the home had been built with the toxic floor system?

Answered: 79
Skipped: 22
YesNo
0%10%20%30%40%50%60%70%80%90%100%

**ANSWER CHOICES**-      **RESPONSES**-

-
Yes

MYERS-DOCS 000741

- No

TOTAL

Q9

Export

Customize

**If you were informed that the floor joist system in the home had emitted dangerous levels of formaldehyde had been replaced, would you disclose the original construction and the replacement solution?**

Answered: 79
Skipped: 22
YesNo
0%10%20%30%40%50%60%70%80%90%100%

| ANSWER CHOICES | RESPONSES |
|---|---|
| Yes | |
| No | |
| TOTAL | |

Q10

Export

Customize

**If you were informed that the home had been built with a defective floor system that had emitted dangerous levels of formaldehyde, and the joist system is still in place but had been scraped and cry-blasted, would you disclose?**

Answered: 77
Skipped: 24
YesNo
0%10%20%30%40%50%60%70%80%90%100%

| ANSWER CHOICES | RESPONSES |
|---|---|
| Yes | |

- No

TOTAL

Q11

Export

Customize

If you were informed that the home had been built with a defective floor system that had emitted dangerous levels of formaldehyde, and the joist system is still in place but had been but had been painted over, would you disclose?

Answered: 78
Skipped: 23
YesNo
0%10%20%30%40%50%60%70%80%90%100%

| ANSWER CHOICES | RESPONSES |
|---|---|
| - Yes | |
| - No | |
| TOTAL | |

Q12

Export

Customize

As the listing agent, would you expect market resistance to the home if the floor system had been replaced?

Answered: 79
Skipped: 22
No impactSmall impactModerate impact
Significant
market reaction
0%10%20%30%40%50%60%70%80%90%100%

| ANSWER CHOICES | RESPON |
|---|---|
| - No impact | |
| - Small impact | |

MYERS-DOCS 000743

- Moderate impact

- Significant market reaction

TOTAL

Q13
Export
Customize

As the listing agent, would you expect market resistance to the home if the floor system was still in place but had been scraped and cry-blasted?

Answered: 79
Skipped: 22
No impactSmall impactModerate impact
Significant
market reaction
0%10%20%30%40%50%60%70%80%90%100%

**ANSWER CHOICES** | **RESPON**

- No impact

- Small impact

- Moderate impact

- Significant market reaction

TOTAL

Q14
Export
Customize

As the listing agent, would you expect market resistance to the home if the floor system was still in place but had been painted over?

MYERS-DOCS 000744

Answered: 79
Skipped: 22
No impactSmall impactModerate impact
Significant
market reaction
0%10%20%30%40%50%60%70%80%90%100%

**ANSWER CHOICES**

- No impact

- Small impact

- Moderate impact

- Significant market reaction

TOTAL

Q15

Export

Customize

**RESPON**

As a buyer agent, how would you advise your buyer, when it is disclosed, that there was a defective floor system that had emitted dangerous levels of formaldehyde had been replaced? (closest answer)

Answered: 78
Skipped: 23
(1) The floor has been...
(2) You should consult outs...
(3) If you are comfortable...
(4) If you are comfortable...
(5) If you are comfortable...
(6) I would advise that ...
0%10%20%30%40%50%60%70%80%90%100%

**ANSWER CHOICES**

MYERS-DOCS 000745

(1) The floor has been replaced, it shouldn't be a problem.

(2) You should consult outside experts to determine that the home is safe during the inspection period.

(3) If you are comfortable with the solution were should make an offer a little lower than asking price

(4) If you are comfortable with the solution were should make an offer a somewhat lower than asking price

(5) If you are comfortable with the solution were should make an offer a significantly lower than asking price

(6) I would advise that we find a different home

TOTAL

Q16

Export

Customize

As a buyer agent, how would you advise your buyer, when it is disclosed, that there is a defective floor system that had emitted dangerous levels of formaldehyde had been scraped and cry-blasted? (closest answer

Answered: 78
Skipped: 23
(1) The floor has been fix...
(2) You should consult outs...
(3) If you are comfortable...
(4) If you are comfortable...
(5) If you are comfortable...
(6) I would advise that ...
0%10%20%30%40%50%60%70%80%90%100%

**ANSWER CHOICES**

(1) The floor has been fixed, it shouldn't be a problem.

MYERS-DOCS 000746

(2) You should consult outside experts to determine that the home is safe during the inspection period.

(3) If you are comfortable with the solution were should make an offer a little lower than asking price

(4) If you are comfortable with the solution were should make an offer a somewhat lower than asking price

(5) If you are comfortable with the solution were should make an offer a significantly lower than asking price

(6) I would advise that we find a different home

TOTAL

Q17

Export

Customize

As a buyer agent, how would you advise your, buyer when it is disclosed, that there is a defective floor system that had emitted dangerous levels of formaldehyde had been painted over? (closest answer)

Answered: 78
Skipped: 23

(1) The floor has been fix...
(2) You should consult outs...
(3) If you are comfortable...
(4) If you are comfortable...
(5) If you are comfortable...
(6) I would advise that ...

0% 10% 20% 30% 40% 50% 60% 70% 80% 90% 100%

**ANSWER CHOICES**

(1) The floor has been fixed, it shouldn't be a problem.

(2) You should consult outside experts to determine that the home is safe during the inspection p

MYERS-DOCS 000747

(3) If you are comfortable with the solution were should make an offer a little lower than asking price

(4) If you are comfortable with the solution were should make an offer a somewhat lower than asking price

(5) If you are comfortable with the solution were should make an offer a significantly lower than asking price

(6) I would advise that we find a different home

TOTAL

Q18

Export

Customize

## As a buyer agent, how would you advise a buyer making an offer on an affected home that had the floor joist system replaced? (closest answer)

Answered: 74
Skipped: 27

(1) This disclosure...
(2) We should offer less f...
(3) We should offer less f...
(4) We should off less for...
(5) We should make a not...

0%10%20%30%40%50%60%70%80%90%100%

**ANSWER CHOICES**

(1) This disclosure doesn't impact the value of the home.

(2) We should offer less for the home ($1,000 to $5,000)

(3) We should offer less for the home (3% to 5%)

(4) We should off less for the home (over 5%)

MYERS-DOCS 000748

(5) We should make a not offer on the home

TOTAL

Q19

Export

Customize

## As a buyer agent, how would you advise a buyer making an offer on an affected home that had the floor joist system still in place but had been scraped and cry-blasted? (closest answer)

Answered: 70
Skipped: 31
(1) This disclosure...
(2) We should offer less f...
(3) We should offer less f...
(4) We should off less for...
(5) We should make a not...
0%10%20%30%40%50%60%70%80%90%100%

**ANSWER CHOICES**

(1) This disclosure doesn't impact the value of the home.

(2) We should offer less for the home ($1,000 to $5,000)

(3) We should offer less for the home (3% to 5%)

(4) We should off less for the home (over 5%)

(5) We should make a not offer on the home

TOTAL

Q20

Export

Customize

MYERS-DOCS 000749

As a buyer agent, how would you advise a buyer making an offer on an affected home that had the floor joist system still in place but had been painted over? (closest answer)

Answered: 68
Skipped: 33

(1) This disclosure...
(2) We should offer less f...
(3) We should offer less f...
(4) We should off less for...
(5) We should make a not...

0%  10%  20%  30%  40%  50%  60%  70%  80%  90%  100%

**ANSWER CHOICES**

(1) This disclosure doesn't impact the value of the home.

(2) We should offer less for the home ($1,000 to $5,000)

(3) We should offer less for the home (3% to 5%)

(4) We should off less for the home (over 5%)

(5) We should make a not offer on the home

TOTAL

Q21
Export

Based on the above information, do you have any summarize comments or concerns? If so - you can please feel free to list them below - otherwise hit done below. Thank you.

Answered: 24
Skipped: 77
RESPONSES (24)  TEXT ANALYSIS  MY CATEGORIES (0)

?
s

MYERS-DOCS 000750

Categorize as... Filter by Category
Showing 24 responses

I had a client affected with her new Lennar home. She didn't feel comfortable with the painted over repair and decided to build a new house without the joist problem. Someone else purchased the home she cancelled the contract on within days of her cancelling the contract. It didn't seem to affect another buyer at all and they paid full asking price. I would assume once repaired that a repeat air quality test would continue to show no off-gassing and safe air quality, but the testing is expensive and a seller should have to prove that the air quality is safe in the resale of their mitigated home!
1/31/2018 10:34 AM Categorize as... -View respondent's answers

I would probably prefer not to list or sell a home with this history. As a Seller or Buyer Agent or Transaction Broke, would consult an Attorney and suggest the Buyer or Seller do the same, in addition to speaking with a professional.
1/29/2018 8:48 AM Categorize as... -View respondent's answers

I don't advise my Buyers on what to offer
1/27/2018 2:40 PM Categorize as... -View respondent's answers

Fully disclose the problem, proposed resolution, any resolution implemented, positive and negative implication of the resolution, options available to buyer in doing their due diligence prior to the offer and during the inspection phase
1/27/2018 7:34 AM Categorize as... -View respondent's answers

If any contamination of a subject property has taken place I would advise my Buyer to very carefully consider if they really want to buy a home that has issues to begin with.
1/27/2018 1:48 AM Categorize as... -View respondent's answers

Thanks for making the real estate community aware of this issue.
1/26/2018 12:11 PM Categorize as... -View respondent's answers

This information ABSOLUTELY needs to be disclosed to all potential buyers. As a buyer's agent, I would strongly encourage them to avoid one of these homes. The long term health impacts are unknown and can't be quantified. Also the potential resale imact is unknown. If buyer insisted on purchasing one of these homes, I would advise they consult with professionals to determine health and/or any structural concerns and I would advise on making a considerably low offer to offset any potential long term health or financial impact.
1/26/2018 9:54 AM Categorize as... -View respondent's answers

We obviously need more reliable information on the issue in order to serve clients appropriately.
1/25/2018 10:39 PM Categorize as... -View respondent's answers

call me,, the problem is not with weyerhauser but the new home builders
1/25/2018 10:01 PM Categorize as... -View respondent's answers

Just a comment. I actually heard of this from my sister who bought a home in an affected area. Her home did not have the defective joists but many of her neighbors did and it is a nightmare for them. It was irresponsible and unfortunate this occurred.
1/25/2018 9:58 PM Categorize as... -View respondent's answers

We are held to disclosing any adverse conditions we know about. I would advise to seek a professional inspection. It is up to the buyer to make an offer, I don't advise a buyer how much to offer, I only give them comps. I am not in a position to say if it is worth less if the problem has been taken care of.
1/25/2018 6:32 PM Categorize as... -View respondent's answers

Not a lot of difference between this and LBP, aluminum wiring, etc..Certainly not much affect on value here in Colorado
1/25/2018 4:16 PM Categorize as... -View respondent's answers

Builder should make it 'right' for owners/buyers who purchased
1/25/2018 3:16 PM Categorize as... -View respondent's answers

I've heard the homes that were impacted by the Weyerhaeuser joists, after being remediated are come back with lower levels of formaldehyde than those that didn't have the Weyerhaeuser joists.
1/25/2018 3:12 PM Categorize as... -View respondent's answers

If one is a Buyer's Agent, agency relationships include due diligence and integrity. The agent is not an expert in these matters, and even if they were, I would strongly advice my client, in writing, to seek out an experts opinion on the status of this problem...
1/25/2018 2:44 PM Categorize as... -View respondent's answers

I have had several buyers interested in builder spec homes that have the affected floor joists that were blasted and retreated and none of them have felt comfortable moving forward with a purchase
1/25/2018 2:43 PM Categorize as... -View respondent's answers

I don't usually suggest a price. It depends on the market. I recommend they compare apples to apples, oranges to oranges. I never assume risk and always recommend that they have a professional do the evaluation. In this case a licensed industrial hygienist!
1/25/2018 2:41 PM Categorize as... -View respondent's answers

It should be disclosed to the buyer how the issue was handled and reports showing that the home Ian safe and secure should be provided by the seller/builder or by Weyerhaeuser as this was their mistake. The buyer should be able to determine themself how comfortable they are with the associated risks and determine offer price according to their satsification with the mitigation efforts. Buyers and sellers are not responsible for this issue. It lies in the hands of the builders and Weyerhaeuser.
1/25/2018 2:31 PM Categorize as... -View respondent's answers

I would have to have more information on the different solutions taken to be able to correctly answer some of these questions.
1/25/2018 2:24 PM Categorize as... -View respondent's answers

The situation must be disclosed to potential buyers in the Seller's Disclosure form and in all MLS and marketing information. Buyers must be fully informed of the impacts, remediation (if any), and given the opportunity to consult qualified 3rd party experts before completing a purchase. Buyers should have the option to terminate the transaction based on their findings and judgement in their sole discretion. I, as the Realtor, would not make any assurances of the health safety of any remediation performed.
1/25/2018 2:24 PM Categorize as... -View respondent's answers

Full disclosure, having a qualified inspector test for everything if the buyer insists on buying this home. Ultimately,

my job is to advise my clients, but not to make their final decision.
1/25/2018 2:10 PM Categorize as... - View respondent's answers

The method of repair is relevant in how the buyer feels and if they are comfortable that the home is now safe. If they do not think it is safe, they should not buy it even for less. If they feel it is safe, the value should be the same as any other comparable home.
1/25/2018 2:07 PM Categorize as... - View respondent's answers

Would have to more thoroughly research risk to Buyer IF surface simply painted & best ways for mitigation to be handled.
1/25/2018 2:07 PM Categorize as... - View respondent's answers

Agents have to disclose so i really just comes down to the level of "repair". Anything less than replacement negatively affects the value in my eyes.
1/25/2018 1:58 PM Categorize as... - View respondent's answers

?
s

- 
- List View

Showing 14 words and phrases

Taken Mitigation Buyer's Agent Suggest Builders Risk Disclosed Weyerhaeuser Advise Painted Affected Handled Safe Issue

?
s

+ New Category
No categories defined
Uncategorized
100%
24
View all

ENGLISH

MYERS-DOCS 000753