**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-02224-PAB-MEH

JAMI BORGMANN, individually and on behalf of minor children, S.B. and E.B.,
JUSTIN BORGMANN, individually and on behalf of minor children, S.B. and E.B.,
TONY AUYANG, an individual,
MARY RITZ, an individual,
JAMES RITZ, an individual,
ROBBY ORBANOSKY, an individual,
JUDITH ORBANOSKY, an individual,
HANNAH ORBANOSKY, an individual,
PHILIP WINTERLAND, an individual,
JOSLYN WINTERLAND, an individual,
STEVAN ADJEMIAN, an individual,
ASHLEY ADJEMIAN, an individual,
KELSEY HERRICK, individually and on behalf of minor children, D.H, M.H., and M.H,
JEFFREY HERRICK, individually and on behalf of minor children, D.H, M.H., and M.H,

Plaintiffs,
v.

WEYERHAEUSER COMPANY,
WEYERHAEUSER NR COMPANY,

Defendants.

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:17-cv-02230-MEH

JANET CHI, individually and on behalf of minor child, J.C.,
DAVID CHI, individually and on behalf of minor child, J.C.,
WEN-CHENG CHI,
SHIU-SHIA WU,
SHASHI RAJYAGOR, individually and on behalf of minor children, A.R. and S.R.,
DIVYESH RAJYAGOR, individually and on behalf of minor children, A.R. and S.R.,
NEAL LOY,
BRIENNE LOY,

ANTERIO KITTRELL,
JOELLA KITTRELL,

Plaintiffs,

v.

WEYERHAUSER COMPANY,
WEYERHAUSER NR COMPANY,

Defendants.

### PLAINTIFFS' RESPONSE TO DEFENDANTS' SUBMISSIONS RE PAYMENT OF PLAINTIFFS' EXPERT WITNESSES

The Plaintiffs in the above captioned cases (hereinafter collectively "Plaintiffs"), by and through their attorneys, The Nelson Law Firm, LLC, hereby submit Plaintiffs' Response to "Defendants' Submission in Advance of July 10, 2019 Discovery Conference," and July 15, 2019 email and attachments to the Court as follows:

Rule 26(b)(4)(E)(i) requires payment to experts who provide deposition testimony, which includes "time spent responding to discovery." The modern trend is to require the party noticing an expert's deposition to pay for the expert's preparation time for that deposition. *See e.g. Halasa v. ITT Edu. Servs., Inc.,* 690 F.3d 844, 852 (7th Cir. 2012); *Knight v. Kirby Inland Marine, Inc.*, 482 F.3d 347, 356 (5th Cir. 2007); *Stersil, Inc. v. Proedge Dental Products, Inc.*, 2019 WL 1429280 (D.Colo. 2019).

The reasonableness of an expert's fee, whether it be for actual deposition testimony or deposition preparation, is determined by examining: "(1) the area of expertise of the expert; (2) the education and training required to provide the expert insight that is sought; (3) the prevailing rates of other comparably respective available experts; (4) the nature, quality and complexity of

the discovery responses provided; (5) the fee actually being charged to the party who retained the expert; (6) fees traditionally charged by the expert on related matters; and (7) any other factor likely to be of assistance to the court in balancing the interests implicated by Rule 26." *Id.*

Here, Plaintiffs seek payment for the deposition preparation time of their retained industrial hygienist, Robert Woellner of Quest Environmental, and their four retained toxicologists, Ken Kulig, M.D., Edward Cetaruk, M.D., Benjamin Hatten, M.D., and William Boroughf, D.O. of Toxicology Associates, PLLC.  (Defense counsel has represented that they will be paying the outstanding $2,610.00 invoice of Plaintiffs' retained chemist, Warren Harris, so that invoice is apparently no longer in issue.)  Specifically, Plaintiffs seek payment of $45,150.00 for the time spent by the above physicians for their depositions and $5,850.00 for the reasonable time spent by Mr. Woellner to prepare for his 8 ½ hour deposition.  As set forth in the attached Affidavit of Ken Kulig, M.D., all of the time spent by the physicians to prepare for their depositions was reasonable, necessary and was not duplicative of time spent on all other matters related to these cases (**Exhibit 1**).  Similarly, Mr. Woellner's invoice clearly delineates the time he spent preparing for his deposition in these cases.  (Mr. Woellner's curriculum vitae is attached as **Exhibit 2**, and Quest Environmental' s March 21, 2019 invoice is attached hereto as **Exhibit 3**.)

Admittedly, Defendants have paid for some, but not all of Plaintiffs' experts' "time spent responding to discovery."  F.R.C.P. 26(b)(4)(E)(i).  But given the complexity of the issues addressed by these experts, all of whom were deposed for between 5 and 8 ½ hours, it is only fair that they be paid for the time that they spent to prepare for their depositions.  (A summary of the

outstanding amounts due to Plaintiffs' experts is attached hereto as **Exhibit 4;** *see also* Kulig Affidavit.)

WHEREFORE, Plaintiffs request that Defendants be ordered to pay $45,150.00 to the physicians at Toxicology Associates, PLLC and $5,850.00 to Quest Environmental for the reasonable value of their deposition preparation time in these cases.

Dated this 17th day of July, 2019.

                Respectfully Submitted,

                **The Nelson Law Firm, LLC**

                */s/Mark W. Nelson*
                Mark W. Nelson, #27095
                J. Scott Sweeney, #40451
                Colleen S. Nelson, #36942
                1740 High Street
                Denver, Colorado 80218
                Telephone: 303-861-0750
                Facsimile: 303-861-0751
                mark@nelsonlawfirm.net
                scott@nelsonlawfirm.net
                colleen@nelsonlawfirm.net
                ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019, I electronically filed the foregoing with the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Craig M. J. Allely, #17546
Daniel A. Graham, #45185
Michael Sink, #36064
Lindsey E. Dunn, #49547
Marcus A. Haggard, #50388
Christopher Sutton, #19424
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
303-291-2300 (Phone)
303-291-2400 (Fax)
CAllely@perkinscoie.com
DGraham@perkinscoie.com
MSink@perkinscoie.com
ldunn@perkinscoie.com
MHaggard@perkinscoie.com
csutton@perkinscoie.com

Daniel P Ridlon, WSBA #37927
Leigh E. Sylvan, WSBA #52415
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101
206-359-8000
LSylvan@perkinscoie.com
Dridlon@perkinscoie.com

Robert C. Collins, III
Latham & Watkins, LLP
330 N. Wabash Ave., #2800
Chicago, IL 60611
312-876-8700
Robert.Collins@lw.com

*/s/ Ansley Smith*
Ansley Smith