# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02224-PAB-MEH

JAMI BORGMANN, individually and on behalf of minor children, S.B. and E.B.,
JUSTIN BORGMANN, individually and on behalf of minor children, S.B. and E.B.,
TONY AUYANG, an individual,
MARY RITZ, an individual,
JAMES RITZ, an individual,
ROBBY ORBANOSKY, an individual,
JUDITH ORBANOSKY, an individual,
HANNAH ORBANOSKY, an individual,
PHILIP WINTERLAND, an individual,
JOSLYN WINTERLAND, an individual,
STEVAN ADJEMIAN, an individual,
ASHLEY ADJEMIAN, an individual,
KELSEY HERRICK, individually and on behalf of minor children, D.H. M.H., and M.H.
JEFFREY HERRICK, individually and on behalf of minor children, D.H. M.H., and M.H.

Plaintiffs,
v.

WEYERHAEUSER COMPANY,
WEYERHAEUSER NR COMPANY,

Defendants.

---

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-02230-MEH

JANET CHI, individually and on behalf of minor child, J.C.,
DAVID CHI, individually and on behalf of minor child, J.C.,
WEN-CHENG CHI,
SHIU-SHIA WU,
SHASHI RAJYAGOR, individually and on behalf of minor children, A.R. and S.R.,
DIVYESH RAJYAGOR, individually and on behalf of minor children, A.R. and S.R.,
NEAL LOY,
BRIENNE LOY,
ANTERIO KITTRELL,
JOELLA KITTRELL,

EXHIBIT
1

Plaintiffs,

v.

WEYERHAUSER COMPANY,
WEYERHAUSER NR COMPANY,

Defendants.

---

## AFFIDAVIT OF KEN KULIG, M.D., FAACT, FACMT

---

I, Ken Kulig, M.D., FAACT, FACMT, of Toxicology Associates, being of lawful age and duly sworn state as follows:

1.      I am a founding partner of Toxicology Associates, PLLC ("TA"). I am a board certified toxicologist and have been endorsed to serve as an expert witness in hundreds of cases. (Attached as Exhibit 1 is my current curriculum vitae.)

2.      I have responsibility at TA for serving as an expert consultant and witness, and I am responsible for reviewing and evaluating many consulting and expert witness requests that come to TA.   I was retained in 2018 to serve as an expert for The Nelson Law Firm, LLC ("NLF") and its clients with respect to the off-gassing of formaldehyde from the Weyerhaeuser-manufactured Gen-4 Flak Jacket joists after which we conducted independent medical examinations (IME's) of NLF's clients.

3.      Because there were a total of 21 patients/clients involved, I requested that other physicians with TA also conduct these examinations and issue reports of their findings.  These other physicians are William Boroughf, D.O., Edward Cetaruk, M.D., and Benjamin Hatten, M.D. all of whom are also exceptionally qualified to conduct the examinations and opine on the issues below.  (Attached as Exhibit 2 are their current curriculum vitaes.)

4.      In addition to examining each patient/client, we were asked to determine whether: (1) the patient's symptoms while living in their homes in the summer of 2017 was caused by the off-gassing of formaldehyde from the joists; (2) if the patient had symptoms when we examined them in 2018, whether their then-current symptoms were caused by formaldehyde exposure from the joists; and (3) whether there was any increased likelihood of cancer because of such exposure.

5.      In 2019, we were asked by Mr. Nelson to rebut the opinions of Weyerhaeuser's expert witnesses, Edward Hepworth, M.D. and Paul Nony, Ph.D.  In short, Dr. Hepworth disputed that any of the patients' current symptoms were caused by formaldehyde exposure, and Dr. Nony opined that none of the doctors at TA had established either general or specific causation.  We were also asked by Weyerhaeuser's counsel, Perkins Coie, to take our depositions

at their office in Denver despite offering to have the depositions taken at our office in Littleton to save money.

6.      Mr. Nelson asked us to segregate our work between preparing our rebuttal reports and preparing for and giving deposition testimony, which we painstakingly did. To date, the four physician toxicologists at TA have billed NLF a total of $137,447.00 for all non-deposition related work, and we billed Perkins Coie a total of $83,250.00 for all of our work associated with the preparation for and providing deposition testimony, which included travel to and from the Perkins Coie office. (Attached as Exhibit 3 are TA's invoices for all deposition-related work in this case.)

7.      All of the aforementioned work was billed at an hourly rate of $600.00, and the deposition preparation work included reviewing the depositions of exposed plaintiffs, reviewing the Nony and Hepworth depositions, reviewing the depositions of the other TA doctors as they were taken, researching voluminous medical literature related to formaldehyde exposure, and otherwise preparing to be cross-examined by Perkins Coie attorneys for up to seven hours at their request.

8.      To date, Perkins Coie has paid TA $38,100.00 for our deposition-related work, which leaves an outstanding balance of $45,150.00 due and owing from Perkins Coie.

Dated this ___15th___ day of July, 2019.

## VERIFICATION OF KEN KULIG, M.D.

I, Ken Kulig, M.D., of Toxicology Associates state that I have read the foregoing Affidavit of Ken Kulig, M.D., and have found the same to be true and correct to the best of my knowledge and belief.

_____
Ken Kulig, M.D.

State of Colorado      )
                       ) ss.
County of Arapahoe     )

Subscribed and sworn to before me, a Notary Public, this __15th__ day of July, 2019, by Ken Kulig, M.D., witness my hand and official seal.

My Commission Expires: _8/17/2022_      _____
                                        Notary Public

SU E DIERBECK
Notary Public
State of Colorado
Notary ID # 19944009637
My Commission Expires 08-17-2022

3

**Toxicology Associates, Prof. LLC**

*Dedicated to Patient Care, Research, and Teaching in Medical Toxicology*

Jeffrey Brent, MD, PhD
Ken Kulig, MD
Edward W. Cetaruk, MD

26 West Dry Creek Circle, Suite 325
Littleton, CO 80120
Phone: 720-477-2500   Fax: 720-598-0409

Robert B. Palmer, PhD
Benjamin Hatten, MD, MPH
William J. Boroughf, DO

## 2018 CURRICULUM VITAE

### Kenneth Kulig MD, FAACT, FACMT

## GENERAL INFORMATION

| | |
|---|---|
| Office Address: (as of 3/24/17) | Toxicology Associates, Prof. LLC 26 West Dry Creek Circle, Suite 325 Highlands Ranch, CO 80120 |
| Telephone: (as of 3/24/17) | 720-477-2500 |
| FAX: (as of 3/24/17) | 720-598-0409 |
| Email: | kkmedtox@msn.com |

## EDUCATION AND TRAINING

| | |
|---|---|
| University of Michigan Ann Arbor, MI | 1969-1971 |
| Michigan State University East Lansing, MI | 1971-1972 Bachelor of Science Degree |
| Wayne State University School of Medicine Detroit, MI | 1974-1978 Doctor of Medicine Degree |
| Presbyterian Medical Center Denver, CO | 1978-1979 Internship, Internal Medicine |



EXHIBIT
1

Denver General Hospital                          1979-1981
Denver, CO                                       Residency, Emergency Medicine


Rocky Mountain Poison Center
University of Colorado                            1981-1983
Health Sciences Center                            Fellowship, Clinical Toxicology
Denver General Hospital
Denver, Colorado

## CLINICAL AND ADMINISTRATIVE EXPERIENCE

Director, Clinical Toxicology Fellowship Program
University of Colorado Health Sciences Center
Denver, Colorado, 1983-1991.

Associate Medical Director
Rocky Mountain Poison Center
Denver General Hospital
Denver, Colorado, 1983-1986.

Medical Director
Rocky Mountain Poison Center
Denver General Hospital
Denver, Colorado, 1986-1991.

Medical Director
Rocky Mountain Drug Consultation Center
Denver General Hospital
Denver, Colorado, 1987-1991.

Division Chief, Toxicology
Department of Internal Medicine
Denver General Hospital, 1989-1991.

Assistant Professor
Department of Pediatrics
University of Colorado Health Sciences Center
Denver, Colorado, 1983-present.

Assistant Professor
Department of Surgery
(Trauma and Emergency Medicine Section)
University of Colorado Health Sciences Center
Denver, Colorado 1983-1992.

Associate Clinical Professor
Department of Surgery
(Trauma and Emergency Medicine Division)
University of  Colorado Health Sciences Center
Denver, Colorado  1992-present.

Clinical Attending Staff
Department of Emergency Medicine
Denver General Hospital  1983-1986.

Clinical Attending Staff
Department of Emergency Medicine
University of Colorado Health Sciences Center
Denver, Colorado, 1986-1999

Director, Porter Regional Toxicology Center
Porter Memorial Hospital
Denver, Colorado 1985-present.

Member, Pharmacy and Therapeutics Committee
Combined Medical Staff, Porter and Swedish Hospitals
1985-1987.

Chairman, Pharmacy and Therapeutics Committee
Porter Memorial Hospital (and Littleton Hospital 1995-2004)
Denver, Colorado 1992-present.
        Recipient of Safety Award from the Colorado Patient Safety
        Coalition, 2006

Vice-Chairman, Department of Medicine
Porter Memorial Hospital
Denver, Colorado 1994-1996.

Vice-Chairman, Medical Staff Quality Improvement Committee
Porter Memorial Hospital
Denver, Colorado 1994-1995.

Member, Medical Executive Committee
Porter Adventist Hospital
1994-present.


Attending Physician, Emergency Department
Porter Memorial Hospital
Denver, Colorado
1982-1986, and 1992-1999.

Attending Physician, Emergency Department
Littleton Hospital
Littleton, Colorado
1992-1999.

Chairman, Department of Medicine
Porter Adventist Hospital
Denver, CO
1996-2000

Co-chair, Pain Team
Porter Adventist Hospital
2004-present

Member, Physician Cabinet
Porter Adventist Hospital
Denver, CO
2006-2010

Chairman, Credentials Committee
Porter Adventist Hospital
Denver, CO
2007-2010

Vice President of the Medical Staff
Porter Adventist Hospital
Denver, CO
2007-2010

President of the Medical Staff
Porter Adventist Hospital
Denver, CO
2010- 2012

Member, Board of Trustees
Porter Adventist Hospital
2007-present

Chair, Quality Committee,
Board of Trustees
Porter Adventist Hospital
2015-present

Co-Chair
Clinical Excellence Group on Patient Safety

Centura Health

Associate, Physician Leadership Academy,
Advisory Board Academies, 2009.

Recent Awards

2015 JEM  Top Peer Reviewer (Toxicology Section Co-editor)

2011 5280 Magazine Top Denver Doctors

2012 5280 Magazine Top Denver Doctors

2014 Porter Adventist Hospital Physician of the Year

2017 Mathew Ellenhorn Award, American College of Medical Toxicology,
    awarded at Annual Scientific Meeting, Puerto Rico, March 30, 2017

EDITORIAL AND PEER REVIEW EXPERIENCE

Toxicology Section Editor, Journal of Emergency Medicine, Pergamon Press,
1985-present.

Editorial Board, Drug Safety (formerly Medical Toxicology: An International
Journal of Clinical Toxicology and Adverse Drug Reaction Experiences) ADIS
Press, Limited. 1984-2002.

Co-editor, American Academy of Clinical Toxicology Update, 1991-1998.

Peer Reviewer:

1. New England Journal of Medicine

2. Journal of the American Medical Association

3. Journal of Emergency Medicine

4. Annals of Emergency Medicine

   (selected as outstanding reviewer, 1999)

5. American Journal of Emergency Medicine

6. Drug Safety

7. Medical Letter

8. Journal of Clinical Investigation

9. Pediatrics

10. Clinical Pharmacy

11. Journal of Toxicology/ Clinical Toxicology

12. Toxicology and Applied Pharmacology

13. Archives of Internal Medicine

14. Journal of Intensive Care Medicine

## MEDICAL LICENSURE

| | |
|---|---|
| Colorado | 1979 - present |
| Michigan | 1980-1982 (voluntarily expired) |
| Wyoming | 1980-1982 (voluntarily expired) |

## CERTIFICATION

Diplomate, National Board of Medical Examiners, 1979.

Diplomate, American Board of Emergency Medicine 1983; recertified 1993, 2004.

Certificate of Added Qualifications, Medical Toxicology Subspecialty Board,
 (recognized by  the American Board of Medical Specialties as a subspecialty of
Emergency Medicine, Occupational Medicine, and Pediatrics), 1995, recertified in
2006 and 2016.

Diplomate, American Board of Medical Toxicology, 1983.

Instructor, Advanced Cardiac Life Support, 1980

Provider, Advanced Cardiac Life Support, recertified 2004

Provider, Advanced Trauma Life Support, 1988

Medical Review Officer, Medical Review Officer Certification Council,
1993, recertified 2003, 2011, 2016

## PROFESSIONAL ASSOCIATIONS

American College of Emergency Physicians, 1978-2000

    Member of Board of Directors, Colorado Chapter, 1984-1986.

    Toxicology and Pharmacology Committee Member, 1985-1990.

    Chairman, Toxicology and Pharmacology Committee, 1987-1990.

    Liaison to the American Association of Poison Control Centers, 1988-1999

    Elected Fellow of College in 1986; re-elected in 1994; resigned in 2000

    Chairman and Originator, Toxicology Section, 1990-1991.

American Association of Poison Control Centers, 1981- 2001

    Member of Scientific Review Committee, 1982-1984, 1986-1992.

    Member of Committee on Standards, 1983-1984.

    Member of Operational and Development Committee, 1984-1986.

    Member of Annual Scientific Meeting Abstract Review Committee, 1987- present

    Liaison to the American College of Emergency Physicians, 1993-2000

    Member of Board of Directors, 1991-1993.

American Academy of Clinical Toxicology, 1982-present.

    Member of Abstract Review Committee, 1982-present.

    Member of Long Range Planning Committee, 1984-1986.

    Member of Section on Acute and Intensive Care Toxicology, 1988-1993.

    AACT/ACMT Representative to the MRO Certification Council 1992- 1997

    Member of Ad hoc Committee on Position Statements, 1993- 1996.

    Elected Fellow of the Academy, 1994

    Member, Editorial board, AACT Update, 1993- 2000

American Board of Medical Toxicology

      Diplomate, 1983-1995

      Examiner, 1986-1990.

      Member, Board of Directors, 1986-1990.

      Examination coordinator, 1986-1989.

American College of Medical Toxicology

      Elected Fellow of the College, 1997

      MSDS Subcommittee, 1997

      Member, Practice Management Committee, 1996- present

      Member, Nominating Committee, 1998

      Co-chair, Public Policy Committee, 1998-2000

      Chair, Patient Safety Subcommittee, 2001-present


American College of Occupational and Environmental Medicine

      Member, Environmental Medicine Committee, 1994-2000

Rocky Mountain Academy of Occupational and Environmental Medicine

The International Association of Forensic Toxicologists

British Toxicology Society

Society of Environmental Toxicology and Chemistry

American Association for the Advancement of Science

International Society of Environmental Epidemiology

Society for Risk Analysis

National Cancer Institute Information Associates Program

New York Academy of Sciences

Colorado Medical Society

Denver Medical Society

Western Pain Society

MEDICAL REVIEW OFFICER TRAINING AND EXPERIENCE

MRO Training Course, American College of Occupational and

Environmental Medicine, St. Louis, Missouri, 1991.

MRO Training Course, Federal Aviation Administration, Denver, CO.

April 24-25, 1992.

Laboratory Aspects of Forensic Urine Drug Testing, University of

Utah Center for Human Toxicology, March 10-13, 1992.

MRO Update, American College of Occupational and Environmental

Medicine, Atlanta, Georgia, April 1993.

Certified Medical Review Officer, Medical Review Officer Certification

Council, April, 1993, 2003, 2011, 2016

Member, Medical Review Officer Certification Council

Board of Directors, 1992- 1997.

Secretary, 1993- 1997.

Medical Review Officer to the Winter Park Ski Area (DOT and

non-DOT testing), 1991-present.

Backup MRO, City of Denver, 2015-present.

Medical Review Officer Drug and Alcohol Testing Comprehensive/

Fast Track Course, American College of Occupational and

Environmental Medicine, June 2002.


HYPERBARIC MEDICINE TRAINING AND EXPERIENCE

Assisted in negotiations to bring the first hyperbaric chamber to Denver, which occurred

at Porter Memorial Hospital in 1985. A second monoplace chamber at Porter was added

in 1986. The unit was disbanded around 2000

Baromedicine Emergency Physician Course.

August 24-25, 1983.

1988 Winter Symposium on Baromedicine, Steamboat Springs, CO.

Sponsored by Porter Memorial Hospital Department of Baromedicine.

      Presented papers "A comparison of venous and arterial carboxy-hemoglobin concentrations in patients with suspected CO poisoning", & "Suspected cyanide poisoning in smoke inhalation: complications of sodium nitrite therapy"

1989 Winter Symposium on Baromedicine, Snowmass Village, CO.

      Sponsored by Porter Memorial Hospital Department of Baromedicine.

      Presented lecture "New antidotes in toxicology relevent to HBO".

      January 22-25, 1989.

1992 Winter Symposium on Baromedicine, Breckenridge, CO.

      Sponsored by Porter Memorial Hospital Department of Baromedicine.

      Presented paper "Cyanide and methemoglobin kinetics in smoke inhalation victims treated with the cyanide antidote kit".

      January 15-18, 1992.

1993 Winter Symposium on Baromedicine, Steamboat Springs, CO.

      Sponsored by Porter Memorial Hospital Department of Baromedicine. January 24-27, 1993.

Completed Hyperbaric Medicine 1994: Third Annual Advanced Training Seminar, Sponsored by Richland Memorial Hospital and The University of  South Carolina School of Medicine, Columbia, South Carolina, March 21-23,1994.

Attending Baromedine Staff, Porter Memorial Hospital, April 1994 to 2000.

1999 Winter Symposium on Baromedicine, Breckenridge, CO.

      Sponsored by Porter Adventist Hospital Department of

Baromedicine.

Presented original paper "Carboxyhemoglobinemia from general anesthesia" January 24-27, 1999.


TEACHING EXPERIENCE AND CONFERENCE FACULTY

1.  6th Annual Rocky Mountain Conference on Emergency Medicine and Nursing, Keystone, Colorado, January 1980.

2.  ACEP Scientific Assembly, Las Vegas, Nevada, 1980.

3.  Denver Postgraduate Institute in Emergency Medicine, Denver, Colorado, 1981.

4.  8th Annual Rocky Mountain Conference on Emergency Medicine and Nursing, Keystone, Colorado, January, 1982.

5.  Denver Postgraduate Institute in Emergency Medicine, Denver, Colorado, 1982.

6.  Advanced Concepts and Practices in Emergency Nursing, Denver, Colorado, 1982.

7.  9th Annual Rocky Mountain Conference on Emergency Medicine and Nursing, Keystone, Colorado, January 1983.

8.  Poisoning:  A Symposium, Denver, Colorado, March 1982.

9.  Poisoning:  A Symposium, Denver, Colorado, March 1983.

10. Denver Postgraduate Institute in Emergency Medicine, Denver, Colorado.

11. Clinical Toxicology Symposium, Tampa, Florida, March 1983.

12. Simposio International Sobre Prediccion De La Respueta Antidepresiva. Madrid, Spain, April 1983.

13. Conference Co-chairman, Poisoning Symposium:  Toxicologic Problems in the Community, Copper Mountain, Colorado, February 1984.

14. Advanced Concepts and Practices in Emergency Nursing, Denver, Colorado, 1983.

15. Hyperbaric Medicine Symposium.  Porter Memorial Hospital, October, 1983.

16. Denver Postgraduate Institute in Emergency Medicine, Copper Mountain, Colorado.

17. 10th Annual Rocky Mountain Regional Conference on Emergency Medicine and Nursing, Keystone, Colorado, 1984.

18. Symposium on Amoxapine in Psychotic Depression, Nashville, Tennessee, June, 1984.

19. First Annual Emergency Symposium, Century City, California, May, 1984.

20. Current Problems in Poisoning, Orlando, Florida, March, 1984.

21. Emergency Medicine Symposium, Spokane, Washington, February, 1984.

22. Clinical Toxicology Symposium, Spokane, Washington, September, 1984.

23. Emergency Medicine Symposium, Fresno, California, November 1984.

24. Conference Co-Chairman, Poisoning Symposium:  Legal and Toxicologic Issues for the Clinician, Copper Mountain, Colorado, March, 1985.

25. "Management Issues in Medical Toxicology," Orlando, Florida, April, 1985.

26. Conjoint Conference, Spokane, Washington, April, 1985.

27. Emergency Medicine Symposium , Coeur d'Alene, Idaho, May, 1985.

28. "Advanced Concepts and Practices in Emergency Nursing Seminar," Denver, Colorado, May, 1985.

29. Poisoning Symposium, Kalispell, Montana, June, 1985.

30. American College of Emergency Physicians Scientific Assembly, Las Vegas, Nevada, September, 1985.

31. "Practical Therapeutics:  1985.  A Western Regional Symposium," Denver, Colorado, September , 1985.

32. "Fourth Annual Fall Toxicology Conference," Sioux Falls, South Dakota, October 1985.

33. "Poisoning:  New Concepts in Toxicologic Emergencies." Mount Laurel, New Jersey, September, 1985.

34. "Toxicology:  Basic Science and Clinical Research," sponsored by The University Association for Emergency Medicine and The International Research Institute for Emergency Medicine. San Francisco, California, February, 1986.

35. "Pitfalls and Perils of Poison Management," Eastern Idaho Regional Poison Center, Idaho Falls, Idaho, January, 1986.

36. Toxicology Grand Rounds, Mt. Sinai Medical Center, Milwaukee, Wisconsin, January, 1986.

37. "Emergency Medicine:  Pitfalls and Perils", Sponsored by  George Washington University Medical Center, Sun Valley, Idaho, February, 1986.

38. "Current Advances and Controversies on Management of Poisoning," Mahoning Valley Poison Center, Youngstown, Ohio, March, 1986.

39. Toxicology Symposium, Akron General Medical Center, Akron, Ohio, April, 1986.

40. "A Symposium on Contemporary Toxicology Problems," Pittsburgh Poison Center, Pittsburgh, Pennsylvania, April, 1986.

41. "Management of the Poisoned Patient," Blodgett Regional Poison Center, Grand Rapids, Michigan, April, 1986.

42. Emergency Medical Technician Association of Colorado Conference, Denver, Colorado, April, 1986.

43. "Changing Profiles in Clinical Toxicology," Hennepin County Medical Center, Minneapolis, Minnesota, May, 1986.

44. "A Day of Toxicology," Emory University School of Medicine, Atlanta, Georgia, May, 1986.

45. "Selected Topics in Emergency Medicine," Washington University School of Medicine, St. Louis, Missouri, June, 1986.

46. "Inland Northwest Clinical Toxicology Symposium," Spokane Poison Center, Deaconess Medical Center, Spokane, Washington, June, 1986.

47. Lake Coeur d'Alene Emergency Medical Conference, Idaho Committee on Trauma - American College of Surgeons, Idaho Chapter - American College of Emergency Physicians, Rural Area Model EMS System, Inc., Coeur d'Alene, Idaho, August, 1986.

48. HAZTECH International, Denver, Colorado, August, 1986.

49. "Digoxin-specific Antibody Fragments," Cleveland Metro Hospital, Cleveland, Ohio, September, 1986.

50. "Poisoning:  New Concepts in Toxicologic Emergencies," West Jersey Health System Poison Treatment Center and the Section of Emergency Medicine, New Jersey Poison Information and Education System, Cherry Hill, New Jersey, October, 1986.

51. "Toxicologic Emergencies," Truman Medical Center, Kansas City, Kansas, October, 1986.

52. Co-Chairman, "ClinTox '86, Perspectives in Toxicology," A Symposium Commemorating the 30th Anniversary of the Rocky Mountain Poison Center, Denver, Colorado, November, 1986.

53. "The Paramedic CME Forum:  Prehospital Care of the Poisoned Patient," Porter Memorial Hospital, The Paramedic Society of Colorado, The Emergency Medical Technician Association of Colorado, Denver, Colorado, December 3, 1986.

54. Co-Chairman, "Toxicology & Toxic Torts:  A Joint Medical-Legal Symposium," Rocky Mountain Poison Center and the International Association of Defense Counsel, Breckenridge, Colorado, February, 1987.

55. "Poisoning and Drug Overdose:  Current Concepts and Controversial Issues in Toxicology," University Hospital of Jacksonville, Jacksonville, Florida, March, 1987.

56. "Emergency Medicine Basic Science Seminar," Valley Medical Center, Fresno, California, April, 1987.

57. "Advanced Concepts and Practices in Emergency Nursing," Postgraduate Institute in Emergency Medicine, Denver, Colorado, May, 1987.

58. "2nd Annual Emergency Medicine Update," Sponsored by Geisinger Medical Center, Danville, Pennsylvania, May, 1987.

59. "Current Approaches to the Poisoned Patient," University of South Carolina, Columbia, South Carolina, May, 1987.

60. American Academy of Pediatrics Spring Session, San Francisco, California, May, 1987.

61. "Action through Networking," Association of Food and Drug Officials, Tulsa, OK, June, 1987.

62. Colorado Environmental Health Association Conference on Injury Control and Consumer Product Safety, Aurora, Colorado, July, 1987.

63. Poisoning and Drug Emergencies, Atlantic City, New Jersey, September, 1987.

64. A Symposium:  Toxicology Update, St. Louis, Missouri, October, 1987.

65. 4th Annual "Winter Symposium on Baromedicine," sponsored by Porter Regional Baromedicine Center, Steamboat Springs, Colorado, February, 1988.

66. Pediatric Surgical and Medical Emergencies Symposium, King Faisal Specialist Hospital and Research Centre, Kingdom of Saudi Arabia, March, 1988.

67. Tri-Service Symposium in Emergency Medicine, Sponsored by the Office of the Surgeon General, ACEP, and Brooke Army Medical Center, San Antonio, Texas, April 4-8, 1988.

68. Advanced Concepts and Practices in Emergency Nursing, Denver Postgraduate Institute in Emergency Medicine, Denver, Colorado, May, 1988.

69. Internal Medicine Grand Rounds, University of Utah Medical School, Salt Lake City, Utah, May, 1988.

70. Current Concepts in Clinical Toxicology, Massachusetts Poison Control System, Boston, Massachusetts, June, 1988.

71. 38th Annual Scientific Assembly of the Montana Academy of Family Physicians, Fairmont Hot Springs Resort, Anaconda, Montana, June, 1988.

72. Emergency Medicine Grand Rounds, Northwestern University, Chicago, Ill., November, 1988.

73. Fifth Annual "Winter Symposium on Baromedicine," sponsored by Porter Regional Baromedicine Center, Snowmass Village, Colorado, January, 1989.

74. "Pesticide Poisoning," sponsored by University of California,  Fresno, California, May, 1989.

75. "Update: Street Drugs" Second Annual Toxicology Potpourri, Porter Memorial Hospital, Denver, Colorado August, 1989.

76. "Toxicologic Emergencies", The Society for Pediatric Emergency Medicine, Washington D.C., September, 1989.

77. Tenth Annual Meeting of the American College of Toxicology, Williamsburg, Virginia, October, 1989.

78. Tenth Annual Pacific Northwest Toxicology Conference, sponsored by Idaho Poison Center, Boise, Idaho, February, 1990.

79. "Poisoning Management, Current Trends and Issues", West Virginia Poison Center, March , 1990.

80. "Emergency Medicine Update," Sponsored by Rose Medical Center, Vail, Colorado, March, 1990.

81. Emergency Medicine Grand Rounds, Orlando Regional Medical Center, Orlando, Florida, April, 1990.

82. "Digitalis Intoxication/Treatment", Methodist Medical Center, Dallas, Texas, May, 1990.

83. "Clinical Toxicology and Emergency Medicine", University of California, San Francisco, California, June, 1990.

84. Advanced Concepts and Practice in Emergency Nursing, Denver Postgraduate Institute in Emergency Medicine, Denver, Colorado, June, 1990.

85. Specialty Review in Emergency Medicine, Cook County Graduate School of Medicine, Chicago, Illinois, July, 1990.

86. Emergency Medicine and Toxicology 1990, Medical University of South Carolina, Department of Family Medicine, Charleston, South Carolina, May 3-5, 1990.

87. "Emergency Medicine for the Critically Ill & Injured", Orlando Regional Medical Center,  Orlando, Florida, February, 1990.

88. "Current Concepts in Emergency Medicine", Cook County Graduate School of Medicine, Chicago, Illinois, April, 1991.

89. EMS Conference on Toxicology, Littleton Hospital, September 12, 1991.

90. Advanced Concepts and Practices in Emergency Care, Sponsored by Denver General Hospital Emergency Medical Services, October 18-19, 1991.

91. Third Annual Medicine for the Critically Ill and Injured, Orlando Regional Medical Center and the University of Florida College of Medicine, Walt Disney World, February 20-22, 1992.

92. Colorado Society of Osteopathic Medicine 20th Midwinter Conference, Keystone, Colorado, February 23-28, 1992.

93. Emergency Medical Services Conference, Porter Memorial Hospital, April 8, 1992.

94. Visiting Professor Conference, Kern Medical Center, Bakersfield, CA, October 20, 1992.

95. Thirteenth Annual Practical Therapeutics: A Western Regional Symposium.

96. Sponsored by the Rocky Mountain Drug Consultation Center, Oct. 1-2, 1992.

97. 15th Annual Vail Emergency Medicine Conference, Sponsored by Rose Medical Center,   February 6-13, 1993.

98. Pulmonary Fellows Lecture Series, Veteran's Administration Hospital, Denver, CO, 1993- 1999.

99. Emergency Medical Services Conference, Porter Memorial Hospital, Denver, CO. April 14, 1993.

100. Colorado Society of Osteopathic Medicine, 20th Midwinter Conference, Keystone, CO February 23-28, 1992.

101. Tox Update '93: A Workshop on Toxicological Emergencies, Porter Memorial Hospital, September 27, 1993.

102. American Academy of Pediatrics 1994 Spring Session. Denver, CO, April 23-27, 1994.

103. Shaping the Future: Trends and Designs for the Resource Nurse. Denver, Colorado, April 27, 1994.

104. Florida ACEP Symposium by the Sea. Clearwater, Florida, August 12-14, 1994.

105. National Environmental Health Association Annual Educational Conference, June 24-28, 1995.

106. Visiting Professor Lecture Series, State University of New York at Stony Brook, New York, January 4, 1995.

107. Intensive Review in Emergency Medicine. Medical University of South Carolina, Charleston, S.C., Sept 24-28, 1996.

LECTURE TITLES TO PHYSICIANS

- Hemoptysis
- Epistaxis
- Airway Management
- Initial Management of the Overdose Patient
- Emergency Procedures (chest tubes, central lines, intubation, cutdowns)
- Reye's Syndrome
- Botulism
- Syncope
- Anticholinergic Poisoning

- Acetaminophen Toxicity and Overdose
- Thermal Burns and Smoke Inhalation
- Acute and Chronic Salicylate Poisoning
- Hand Injuries
- Isoniazid Overdose
- Acute and Chronic Salicylism
- Black Widow Spider Bites
- Rattlesnake Envenomation
- Mercury Poisoning
- Methanol and Ethylene Glycol poisoning
- Case Studies in Toxicology
- Differential Diagnosis of Toxic Syndromes
- Phencyclidine Overdose
- Amphetamine Overdose
- Hydrocarbon Ingestion
- Theophylline Overdose
- Methemoglobinemia
- Lithium Overdose
- Selected Pediatric Ingestions
- Arsenic and Arsine Poisoning
- Cardiovascular Toxicity Related to Drug Overdose
- Caustics and Corrosives
- MAST Suit in Emergency Medicine
- Diabetic Emergencies
- Anaphylaxis
- Hypothermia and Frostbite
- Hyperthermia

- Alcohol and Drug Abuse
- Prehospital Care of the Poisoned Patient
- Respiratory Anatomy and Physiology
- Pneumonia
- Physical Exam of the Thorax
- Asthma
- CNS Depression
- Near Drowning
- Smoke Inhalation
- High Altitude Pulmonary Edema
- Upper Airway Obstruction
- Toxic Inhalation
- Congestive Heart Failure
- COPD
- Pulmonary Embolus
- Blunt and Penetrating Thoracic Trauma
- Aspiration Pneumonitis
- Holiday Overdoses
- Carbon Monoxide Toxicity
- Cyanide Poisoning
- Hydrogen Sulfide Poisoning
- Pharmacology of Narcotics
- Pharmacology of Nonsteroidal Anti-inflammatories
- Mushroom Poisoning
- Hyperbaric Oxygen Therapy in Toxicology
- Evaluation of the Comatose Patient
- Amoxapine Toxicity

- Phenytoin and Tricyclic Cardiotoxicity
- Gastric Emptying in the Emergency Department
- Cyclic Antidepressant Overdose
- Narcotic Overdose
- Multiple Dose Activated Charcoal
- Carbamazepine Overdose
- Cardiotoxic Overdoses
- Diagnosis and Management of Acute Drug Overdoses Involving Calcium Channel Blockers and  Beta Blockers
- Toxicology Screens in Drug Overdose and Drug Abuse Patients
- Phenothiazine Overdose
- Treatment of Life-Threatening Digitalis Intoxication with Digoxin Antibody Fragments
- Street Drugs
- Cimetidine as Treatment for Acetaminophen Overdose
- Toxicology Update for Hyperbaric Physicians
- Rodenticides: Arsenic, Thallium, and the Superwarfarins.
- Therapeutic Drug Monitoring
- Obstetrical Emergencies
- Toxic Syndromes
- Urine Drug Testing in the Workplace- Federal Guidelines and the Department of Transportation
- Adverse Drug Reactions and Drug-Drug Interactions
- Drug Allergies –  proper nomenclature
- Pain Management – are efficacy and safety incompatible?
- Street Drug abuse
- Binge Drinking and Substance Abuse among Adolescents and College Students

- DUI and DWI and Driving under the influence of Alcohol and/or Drugs
- Spirituality in the Workplace

ABSTRACTS

1.  Kulig K, Rumack BH, Rosen P:  Clinical use of the gag reflex.  Presented to the AAPCC/AACT/ABMT  Scientific Meeting, Salt Lake City, Utah.  August 1981.

2.  Kulig K, Rumack BH, Duffy JP:  Cyclic antidepressants without apparent cardiotoxicity.  Presented to the 1982 International Congress of Clinical Toxicology, Snowmass, Colorado, August, 1982.

3. Kulig K, Rumack BH:  International cooperation in a case of severe veratrum alkaloid poisoning.  Presented to the 1982 International Congress of Clinical Toxicology, Snowmass, Colorado, August, 1982.

4. Kulig K, Rumack BH, Rosen P, Duffy JP:  Management of poisoned patients without gastric emptying.  Presented to the 1982 International Congress of Clinical Toxicology, Snowmass, Colorado, August, 1982.

5. Kulig K, Swedland S, Rumack BH, Duffy JP:  Delayed toxicity after massive ingestion of levothyroxine.  Presented to the 1982 International Congress of Clinical Toxicology, Snowmass, Colorado, August, 1982.

6. Sullivan JB, Russell FE, Kulig K, et al:  Quantitative comparison of horse serum skin test, Wyeth Crotalidae polyvalent antivenin, and a purified affinity gel column antivenin.

Presented to the 1982 International Congress of Clinical Toxicology, Snowmass, Colorado,  August, 1982.

7. Kulig K, Bar-Or D, Cantrill SV, Rumack BH, Rosen P:   Management of acutely poisoned patients without gastric emptying.  Presented to the 1983 AACT/AAPCC/ ABMT Annual Scientific Meeting, Boston, Massachusetts, August 6- 11, 1983.

8. Kulig K, Bar-Or D, Rumack BH, O'Reilly S:   Intravenous aminophylline overdose: enhanced elimination by gastrointestinal activated charcoal in experimental animals. Presented to the 1983 AACT/AAPCC/ABMT Annual Scientific Meeting, Boston, Massachusetts, August 6-11, 1983.

9. Kulig K, Bar-Or D, Marx J, Wythe E, Rumack BH:  Phenytoin as treatment for the cardiotoxicity of tricyclic antidepressant overdose in experimental animals. Presented to the 1983 AACT/AAPCC/ ABMT  Annual Scientific Meeting, Boston, Massachusetts, August  6-11, 1983.

10. Linden CH, Berner JM, Kulig K, Rumack BH:  Acid ingestion:  toxicity following systemic absorption.  Presented to the 1983 AACT/AAPCC/ABMT Annual Scientific Meeting, Boston, Massachusetts, August 6-11, 1983.

11. Reimche PR, Kulig K, Rumack BH:  Hydrocarbon ingestion:  early vs delayed respiratory symptoms.  Presented to the 1983 AACT/AAPCC/ABMT Annual Scientific Meeting,  Boston, Massachusetts, August 6-11, 1983.

12 . Sawyer D, Kulig K, Rumack BH, Linden C:  Lithium overdose superimposed on chronic therapy:  lack of indication for dialysis.  Presented to the 1983 AACT/AAPCC/ABMT Annual Scientific Meeting, Boston, Massachusetts, August 6- 11, 1983.

13. Kulig K, Rumack BH:  An in vitro model for evaluating causticity.  Presented to the AAPCC/AACT/ABMT/CAPCC Scientific Meeting, San Diego, California, October, 1984.

14. Kulig K, Bar-or D, Marx J, Wythe E, Rumack BH:  Phenytoin as treatment for tricyclic antidepressant cardiotoxicity in a canine model.  Presented to the AAPCC/AACT/ ABMT/CAPCC Scientific Meeting, San Diego, California, October, 1984.

15. Smolinske SC, Spiller SK, Spoerke DG, Wruk KM, Kulig KW, Rumack BH: Pediatric Nicotine Overdose.  Presented to the AAPCC/AACT/ABMT/CAPCC Scientific Meeting,  Kansas City, Missouri, August 1985.

16. Smolinske SC, Golightly LK, Gelman CJR, Wruk KM, Kulig KW, et al:  A Retrospective Analysis of Thyroid Overdose.  Presented to the AAPCC/AACT/ ABMT/CAPCC Scientific Meeting, Kansas City, Missouri, August 1985.

17. Bronstein AC, Kulig KW, Rumack BH:  Dental Mercury Amalgam Toxicity. Presented to the AAPCC/AACT/ABMT/CAPCC Scientific Meeting, Kansas City, Missouri, August 1985.

18. Spiller SK, Wruk KM, Montanio CD, Dinerman NM, Kulig KW : Poison Center Disaster Management, A Strategic Plan.  Presented to the AAPCC/AACT/ABMT/ CAPCC Scientific Meeting, Kansas City, Missouri, August 1985.

19. Scherger DS, Wruk KW, Kulig KW, Rumack BH:  Management of Ethanol-Containing  Cologne, Aftershave, and Perfume Ingestions.  Presented to the AAPCC/AACT/ABMT/CAPCC Scientific Meeting, Kansas City, Missouri, August 1985.

20. Bronstein AC, Linden CH, Hall AH, Kulig KW, Rumack BH:  Intravenous N-Acetylcysteine For Acute Acetaminophen Poisoning.  Presented to the AAPCC/AACT/ ABMT/CAPCC Scientific Meeting, Kansas City, Missouri, August 1985.

21. Hall AH, Smolinske SC, Conrad FL, Wruk KM, Dwelle TL, Kulig KW: Ibuprofen Overdose: Results in 182 Cases.  Presented to the AAPCC/AACT/ ABMT/CAPCC Scientific Meeting,   Kansas City, Missouri, August 1985.

22. Linden CH, Hall AH, Kulig KW, Rumack BH:  Single Ingestions of Boric Acid: Lack of Systemic Toxicity.  Presented to the AAPCC/AACT/ABMT/CAPCC Scientific Meeting, Kansas City, Missouri, August 1985.

23. Hall AH, Spoerke DG, Kulig KW, Rumack BH:  Assessing Mistletoe Toxicity. Presented to the AAPCC/AACT/ABMT/CAPCC Scientific Meeting, Kansas City, Missouri, August 1985.

24. Devlin KM, Hall AH, Smolinske SC, Wruk KM, Kulig KW, Rumack BH:  Toxicity From Long-Acting Dextromethorphan Preparations.  Presented to the AAPCC/AACT/ ABMT/CAPCC Scientific Meeting, Kansas City, Missouri, August 1985.

25. Caldarola VA, Hassett JM, Hall AH, Bronstein AB, Kulig KW, Rumack BH: Hemorrhagic Pancreatitis Associated with Acetaminophen Overdose.  Presented to the AAPCC/AACT/ ABMT/CAPCC Scientific Meeting, Kansas City, Missouri, August 1985.

26. Hall AH, Linden CH, Kulig KW, Rumack BH:  Cyanide Poisoning From Laetrile: Role of Nitrate therapy.  Presented to the AAPCC/AACT/ABMT/CAPCC Scientific Meeting, Kansas City, Missouri, August 1985.

27. Wogan J, Frommer D, Kulig K, Rumack B:  Multiple Dose Activated Charcoal for intravenous salicylate Intoxication in a Dog Model.  Presented to the III World Congress of the World Federation of Associations of Clinical Toxicology and Poison Control Centres and the XII International Congress of the European Association of Poison Control Centres , Brussels,  Belgium, August 1986.

28. Frommer D, Kulig K, Marx J, Rumack B:  Tricyclic Antidepressant Overdose Patients Managed in an Emergency Department Observation Unit.  Presented to the III World Congress of the World Federation of Associations of Clinical Toxicology and Poison Control Centres and the XII  International Congress of the European Association of Poison Control Centres, Brussels, Belgium, August 1986.

29. Hall AH, Doutre WH, Ludden T, Kulig KW, Rumack BH:  Nitrite/Thiosulfate Treated Acute Cyanide Poisoning:  Estimated Kinetics After Antidote.  Presented to the AAPCC/AACT/ ABMT/CAPCC Annual Scientific Meeting, Santa Fe, New Mexico, September 1986.

30. Duffens KR, Bessen HA, Smilkstein MJ, Kulig KW, Rumack BH:  Diflunisal Overdose Causing Falsely Elevated Serum Salicylate Levels.  Presented to the AAPCC/AACT/ ABMT/CAPCC Annual Scientific Meeting, Santa Fe, New Mexico, September 1986.

31. Hall AH, Mountain R, Kulig KW, Rumack BH:  Methylene Chloride Poisoning Without Significantly Elevated Carboxyhemoglobin Levels.  Presented to the AAPCC/AACT/ ABMT/CAPCC Annual Scientific Meeting, Santa Fe, New Mexico, September 1986.

32. Smilkstein MJ, Kulig KW, Rumack BH:  Nitroprusside-Induced Cyanide Accumulation in an  Infant:  Lack of Toxicity Despite Elevated Blood Cyanide Levels. Presented to the AAPCC/ AACT/ABMT/CAPCC Annual Scientific Meeting, Santa Fe, New Mexico, September 1986.

33. Smilkstein MJ, Smolinske SC, Kulig KW, Rumack BH:  MAO Inhibitor / MDMA Interaction:  Agony After Ecstasy.  Presented to the AAPCC/AACT/ABMT/CAPCC Annual Scientific Meeting, Santa Fe, New Mexico, September 1986.

34. Hall AH, Smolinske SC, Kulig KW, Rumack BH:  Ibuprofen Overdose:  A Prospective Study. Presented to the AAPCC/AACT/ABMT/CAPCC Annual Scientific Meeting,  Santa Fe, New Mexico, September 1986.

35. Scherger DL, Wruk KM, Kulig KW, Rumack BH:  A Prospective Study of Ethanol Containing Cologne, Perfume, and Aftershave Ingestions. Presented to the AAPCC/ AACT/ABMT/CAPCC Annual Scientific Meeting, Santa Fe, New Mexico, September 1986.

36. Smilkstein MJ, Smolinske SC, Kulig KW, Rumack BH:  Severe Hypermagnesemia Due to Multiple-Dose Cathartic Therapy.  Presented to the AAPCC/AACT/ABMT/ CAPCC Annual Scientific Meeting, Santa Fe, New Mexico, September 1986.

37. Augenstein WL, Kulig KW, Rumack BH.  Captopril overdose resulting in recurrent hypotension.  Presented to the AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Vancouver, B.C., Canada September/October 1987.

38. Augenstein WL, Kulig KW, Rumack BH.  Delayed rise in serum drug levels in overdose patients despite multiple dose charcoal and after charcoal stools. Presented to the AACT/AAPCC/ ABMT/ CAPCC Annual Scientific Meeting, Vancouver, B.C., Canada  September/October 1987.

39. Augenstein WL, Israel S, Kulig KW, Rumack BH.  Diflunisal overdose with hypotension, tachycardia, and hyperventilation.  Presented to the AACT/AAPCC/ABMT/ CAPCC Annual Scientific Meeting, Vancouver, B.C., Canada September/October 1987.

40. Augenstein WL, Spoerke DG, Hall AH, Hall PK, El Saadi MS, Riggs BS, Kulig KW, Rumack BH.  Fluoride Ingestion in children - a review of 87 cass. Presented to the AACT/AAPCC/ ABMT/CAPCC  Annual Scientific Meeting, Vancouver, B.C., Canada September/October 1987.

41. Augenstein WL, Smolinske SC, Kulig KW, Rumack BH.  Trazodone overdose and severe cardiac toxicity.  Presented to the AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Vancouver, B.C., Canada September/October 1987.

42. Augenstein WL, Kulig KW, Riggs BS, Rumack BH.  Theophylline toxicity in infants treated for bronchiolitis or asthma.  Presented to the AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Vancouver, B.C., Canada September/October 1987.

43. Riggs BS, Honigman B, Kulig KW, Rumack BH.  Methanol poisoning:  a case of alleged product tampering.  Presented to the AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Vancouver, B.C., Canada September/October 1987.

44. Riggs BS, Smilkstein MJ, Kulig KW, et al:  Rattlesnake envenomation with massive oropharyngeal edema following incision and suction.  Presented to the AACT/AAPCC/ ABMT/CAPCC Annual Scientific Meeting, Vancouver, B.C., Canada October 1987.

45. Riggs BS, Hall AH, Kulig KW, Augenstein WL, El Saadi MS, Hall PK: Calcium channel blocker ingestion in children: a review of 18 cases.  Presented to the AACT/ AAPCC  /ABMT/CAPCC Annual Scientific Meeting, Vancouver, B.C., Canada October 1987.

46. Smilkstein MJ, Knapp GL, Kulig KW, Rumack BH.  Acetaminophen overdose:  do levels predict outcome?  Presented to the AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Vancouver, B.C., Canada September/October 1987.

47. Smilkstein MJ, Knapp GL, Kulig KW, Rumack BH.  Acetaminophen overdose:  How critical is the delay to N-acetylcysteine?  Presented to the AACT/AAPCC/ ABMT/ CAPCC Annual Scientific Meeting, Vancouver, B.C., Canada September/October 1987.

48. Smilkstein MJ, Kulig KW, Rumack BH.  Acetaminophen overdose:  incidence of death in 11,195 cases.  Presented to the AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Vancouver, B.C., Canada September/October 1987.

49. Smilkstein MJ, Steedle D, Kulig KW, Marx JA, et al:  Magnesium levels after magnesium- containing cathartics.  Presented to the AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Vancouver, B.C., Canada September/October 1987.

50. Vandenberg SA, Kulig KW, Spoerke DG, Hall AH, Bailie VJ, et al. Chlorambucil: Acidental overdose of an antineoplastic.  Presented to the AACT/AAPCC/ ABMT/CAPCC Annual Scientific   Meeting, Vancouver, B.C., Canada October 1987.

51. Kulig K. : A comparison of venous and arterial carboxyhemoglobin concentrations in patients with suspected CO poisoning.  Presented to the 1988 Winter Symposium on Baromedicine, sponsored by the Porter Regional Baromedicine Center, held in Steamboat Springs, Colorado January 31 - February 3, 1988.

52. Hall AH, Kulig KW, et al: Suspected cyanide poisoning in smoke inhalation: complications of sodium nitrite therapy. Presented to the 1988 Winter Symposium on Baromedicine, sponsored by the Porter Regional Baromedicine Center, held in Steamboat Springs, Colorado, January 31 - February 3, 1988.

53. Augenstein WL, Sokol R, Kulig K, et al: Phosphine poisoning: a report of six cases. Presented to the 1988 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Baltimore, Maryland, October 1-4, 1988.

54. Spoerke DG, Vandenberg S, Smolinske S, Kulig K, et al: Eucalyptus oil: 14 cases of exposure. Presented to the 1988 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Baltimore, Maryland, October 1-4, 1988.

55. Scherger D, Wruk K, Montanio C, Heath K, Smolinske S, Kulig K, et al: Cough and cold preparations: a retrospective review of 280 cases.  Presented to the 1988 AACT/AAPCC/ ABMT/CAPCC Annual Scientific Meeting, Baltimore, Maryland, October1-4, 1988.

56. Montanio CD, Wruk KM, Riggs BS, Kulig KW, et al: Pediatric Coumadin(R) ingestion: a case of toxicity despite early treatment.  Presented to the 1988 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Baltimore, Maryland, October 1-4, 1988.

57. Brent J, Yanover M, Kulig K, et al: Valproic acid (VPA) poisoning treated by hemodialysis. Presented to the 1988 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting,  Baltimore, Maryland, October 1-4, 1988.

58. Brent J, Lucas M, Kulig K, et al: Untreated methanol poisoning in a six week old. Presented to  the 1988 AACT/AAPCC/ ABMT/CAPCC Annual Scientific Meeting, Baltimore, Maryland, October 1-4, 1988.

59. Riggs BS, Kulig K, Knapp G, et al: Arsenic poisoning: comparison of IV NAC vs IM BAL vs PO  d-penicillamine.  Presented to the 1988 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Baltimore, Maryland, October 1-4, 1988.

60. Riggs BS, Kulig KW, Morgan LR, et al: Intravenous N-acetylcysteine (NAC): a pharmacokinetic study.  Presented to the 1988 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Baltimore, Maryland, October 1-4, 1988.

61. Augenstein WL, Bakerman P, Radetsky M, Kulig K, et al: Phenylpropanolamine (PPA) overdose resulting in pulmonary edema and death.  Presented to the 1988 AACT/ AAPCC/ABMT/ CAPCC Annual Scientific Meeting, Baltimore, Maryland, Oct 1-4, 1988.

62. Brent J, Vo N, Kulig K, et al: Isoniazid poisoning: prolonged lethargy reversed by pyridoxine.   Presented to the 1988 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Baltimore, Maryland, October 1-4, 1988.

63. Augenstein WL, Kulig KW, et al: Thallium poisoning: delayed diagnosis, undetermined source. Presented to the 1988 AACT/ AAPCC/ABMT/CAPCC Annual Scientific Meeting, Baltimore, Maryland, October 1-4, 1988.

64. Brent J, Kulig K, et al: Death by poisoning: an analysis of 70 cases. Presented to the 1988  AACT/ AAPCC/ABMT/CAPCC Annual Scientific Meeting, Baltimore, Maryland, October 1-4, 1988.

65. Brent J, Kulig KW, et al: Iatrogenic death from sorbitol and magnesium sulfate during treatment for salicylism. Vet Hum Toxicol 1989;31:324.  Presented at the 1989 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Atlanta, Georgia, October 12-15, 1989.

66. Burkhart K, Janco N, Kulig KW, et al: Cimetidine as adjunctive treatment for acetaminophen overdose.  Vet Hum Toxicol 1989;31:324.  Presented at the 1989 AACT/AAPCC/ABMT/ CAPCC Annual Scientific Meeting, Atlanta, Georgia, October 12-15, 1989.

67. Brent J, Hunt M, Kulig K, et al: Amphotericin B overdoses in infants: is there a role for exchange transfusions?  Vet Hum Toxicology.  Presented at the 1989 AACT/ AAPCC/ ABMT/CAPCC Annual Scientific Meeting, Atlanta, Georgia, October 12-15, 1989.

68. Burkhart K, Weimerskirch P, Kulig K, et al: Methylene iodide poisoning.  Vet Hum Toxicol 1989; 31:326.  Presented at the 1989 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Atlanta, Georgia, October 12-15, 1989.

69. Kirk MA, Kulig K, et al: Methemoglobin and cyanide kinetics in smoke inhalation.  Vet Hum Toxicol 1989;31:326.  Presented at the 1989 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Atlanta, Georgia, October 12-15, 1989.

70. Kirk MA, Voorhees SL, Kulig KW, et al: Cyanide levels after acetonitrile exposure: an in vitro study. Vet Hum Toxicol 1989; 31:327.  Presented at the 1989 AACT/AAPCC/ ABMT/CAPCC Annual Scientific Meeting, Atlanta, Georgia, October 12-15, 1989.

71. Burkhart K, Kulig K, Rumack B, Hammond K, Pearson J, Ambruso D:  The rise in the TIBC after iron overdose.  Vet Hum Toxicol 1989; 31:327.  Presented at the 1989 AACT/AAPCC/ ABMT/CAPCC Annual Scientific Meeting, Atlanta, Georgia, October 12-15, 1989.

72. Kirk MA, Kulig KW, et al: Acute aldactone overdose resulting in hyperkalemia. Vet Hum Toxicol 1989;31:328.  Presented at the 1989 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Atlanta, Georgia,  October 12-15, 1989.

73. Burkhart K, Kulig KW, et al: Formate and methanol levels following formalin ingestion. Vet Hum Toxicol 1989; 31:328.  Presented at the 1989 AACT/ AAPCC/ABMT/CAPCC Annual Scientific Meeting, Atlanta, Georgia, October 12-15, 1989.

74. Burkhart K, Kulig K, et al: The diagnostic utility of flumazenil (A benzodiazepine antagonist) in coma of unknown etiology.  Vet Hum Toxicol 1989;31:329.  Presented at the 1989 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Atlanta, Georgia, October 12-15, 1989.

75. Tomaszewski C, Kirk M, Bingham E, Cook R, Saltzman B, Kulig K, et al: Urine toxicology screens in drivers suspected of drug impairment. Vet Hum Toxicol 1990; 32: 345, Presented at the 1990 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Tucson, Arizona, September 14-18, 1990.

76. Donovan JW, Gorayeb MJ, Kulig KW, et al: Adverse reactions to slow infusion of intravenous   N- acetylcyteine. Vet Hum Toxicol 1990; 32: 347, Presented at the 1990 AACT/AAPCC/ABMT/ CAPCC Annual Scientific Meeting, Tucson, Arizona, September 14-18, 1990.

77. Donovan JW, Gorayeb MJ, Kulig KW, et al: Outcome predictors of acetaminophen toxicity. Vet Hum Toxicol 1990; 32: 347, Presented at the 1990 AACT/AAPCC/ ABMT/CAPCC Annual Scientific Meeting, Tucson, Arizona, September 14-18, 1990.

78. Brent J, Burkhart K, Kulig K et al: Are free radicals involved in acetaminophen

poisoning? Vet Hum Toxicol 1990; 32: 345, Presented at the 1990 AACT/AAPCC/

ABMT/CAPCC Annual Scientific Meeting, Tucson, Arizona, September 14-18, 1990.


79. Tomaszewski CA, Brent J, Walthen J, Voorhees S, Kulig K, et al: Cocaine adsorption

by activated charcoal in vitro. Vet Hum Toxicol 1990; 32: 345, Presented at the 1990

AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Tucson, Arizona, September

14-18, 1990.


80. Tomaszewski C, Musso C, Pearson JR, Kulig K, et al: Prevention of lithium

absorption by sodium polystyrene sulfonate in volunteers. Vet Hum Toxicol 1990; 32:

351, Presented at the 1990 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting,

Tucson, Arizona, September 14-18, 1990.


81. Burkhart K, Metcalf S, Shurnas E, O'Meara O, Brent J, Kulig K, et al: Exchange

transfusion and multi-dose activated charcoal following vancomycin overdose. Vet Hum

Toxicol 1990; 32: 353, Presented at the 1990 AACT/AAPCC/ABMT/CAPCC Annual

Scientific Meeting, Tucson, Arizona, September 14-18, 1990.


82. Brent J, Burkhart K, Sokol R, Kulig K, et al: Vitamin E administration in

acetaminophen poisoning. Vet Hum Toxicol 1990; 32: 353, Presented at the 1990

AACT/AAPCC/ABMT/ CAPCC Annual Scientific Meeting, Tucson, Arizona,

September 14-18, 1990.

83. Montanio CD, Wruk KM, Kulig KW, et al: Vet Hum Toxicol 1990; 32: 373, Presented at the 1990 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Tucson, Arizona, September 14-18, 1990.

84. Brent J, Slattery J, Kalhorn T, McKinney P, Phillips S, Kulig K. Production of acetaminophen metabolites in human acetaminophen poisoning. Vet Hum Toxicol 1991 33:355, Presented at the 1991 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Toronto, Canada, September 30 - October 4, 1991.

85. Phillips S, Peterson J, Hogue K, Brent J, Kulig K, et al: Hydrofluoric acid burns from rust   removers applied to clothing.  Vet Hum Toxicol 1991 33: 35, Presented at the 1991 AACT/ AAPCC/ABMT/CAPCC Annual Scientific Meeting, Toronto, Canada, September 30 - October 4, 1991.

86. Phillips S, Brent J, Kulig K, et al: Ocular Hydrofluoric acid exposure from rust remover products in the home.  Vet Hum Toxicol 1991 33: 358, Presented at he 1991 AACT/AAPCC/ ABMT/CAPCC Annual Scientific Meeting, Toronto, Canada, September 30 - October 4, 1991.

87. McKinney P, Brent J, Kulig K, et al: Zinc chloride soldering flux ingestion in a child. Vet Hum Toxicol 1991 33: 366, Presented at the 1991 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Toronto, Canada, September 30 - October 4, 1991.

88. Tomaszewski C, McKinney P, Phillips S, Brent J, Kulig K. Prevention of toxicity from oral cocaine by activated charcoal in mice.  Vet Hum Toxicol 1991 33: 386, Presented at the 1991 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Toronto, Canada, September 30 - October 4, 1991.

89. McKinney P, Tomaszewski C, Phillips S, Brent J, Kulig K: Prevention of methamphetamine toxicity by activated charcoal in mice.  Vet Hum Toxicol 1991 33: 386, Presented at the 1991 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Toronto, Canada, September 30 - October 4, 1991.

90. Kirk M, Selden B, Kulig K: Serum N-acetylcysteine levels during hemodialysis. Vet Hum Toxicol 1992 34: 327, Presented at the 1992 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Tampa, Florida, September 18-22, 1992.

91. Phillips S, Burkhart K, Hartman P, McKinney P, Brent J, Kulig K, et al: Can dental fluoride exposure $\leq$ 8mg/Kg be managed at home? Vet Hum Toxicol 1992 34: 334 Presented at the 1992 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Tampa, Florida, September 18-22, 1992.

92. McKinney P, Phillips S, Gomez HF, Kulig K, Brent J: Acute propylene glycol ingestion: 2 cases. Vet Hum Toxicol 1992 34: 338, Presented at the 1992 AAACT/AAPCC/ ABMT/  CAPCC Annual Scientific Meeting, Tampa, Florida, September 18-22, 1992.

93. Burkhart K, Brent J, Kirk M, Kulig K, Baker D: Treatment of dermal HF burns with topical magnesium and calcium. Vet Hum Toxicol 1992 34: 344, Presented at the 1992 AACT/AAPCC/ABMT/CAPCC Annual Scientific Meeting, Tampa, Florida, September 18-22, 1992.

94. Phillips S, Heiligenstein J, Birkett M, Brent J, Kulig K: Fluoxetine v. tricyclic antidepressants: a prospective multicenter study of antidepressant drug overdoses. Vet

Hum Toxicol 1994; 36: 378. Presented at the North American Congress of Clinical Toxicology-'94 meeting, Salt Lake City, September 23-26, 1994.

PUBLICATIONS

1. Kulig K: Asthmatic evaluation by spirometry.  J Amer College Emer Physicians 8: 297, 1979.

2.  Kulig K, Rumack BH: Physostigmine and asystole.  Ann Emerg Med 10(4): 228-229, 1981.

3. Kulig K: Hydrocarbon ingestion. Current Topics in Emergency Medicine 3(4): 1-5, 1981.

4. Kulig K, Rumack BH, Rosen P: Gag reflex in assessing level of consciousness. Lancet 1982; 1: 545.

5. Kulig K, Duffy JP, Rumack BH, Mauro R, Gaylord M:  Naloxone for treatment of clonidine overdose.  J Amer Med Assoc. 247:1671, 1982.

6. Kulig K, Rumack BH: Anticholinergic poisoning.  In: Clinical Management of Poisoning and Drug Overdose. Haddad LM and Winchester JF, eds.  Philadelphia, W.B. Saunders  Co., 1983.

7. Kulig K, Rumack BH: Mushroom poisoning.  In: Clinical Management of Poisoning and Drug Overdose. Haddad LM and Winchester JF, eds. Philadelphia, W.B. Saunders Co., 1983.

8.   Kulig K, Rumack BH: Update on overdose management.  Digest of Emerg Med Care. 2(4):1-3, 1982.

9. Kulig K, Sullivan JB, Rumack BH et al: Amoxapine overdose: Coma and seizures without cardiotoxic effects.  J Amer Med Assoc  248:1092-1094, 1982.

10. Kulig K, Rumack BH, Marx JA: Amoxapine and neurologic deficits.  Ann Intern Med  97:286, 1982.

11. Kulig K, Genta G: ENT emergencies.  In: Comprehensive Review of Emergency Medicine.  Aspen Systems Corporation, Rockville, Maryland - London, 1983.

12. Kulig K:  Laryngeal  trauma.  In: Comprehensive Review of Emergency Medicine. Aspen Systems Corporation, Rockville, Maryland - London, 1983.

13. Kulig K, Rumack BH, Duffy JP: Possible dangers of naloxone use (reply).  J Amer Med Assoc. 248:2973, 1982.

14. Bar-Or D, Kulig K, Marx JA,  et al:  Precipitation of verapamil.  Ann Intern Med 97:619, 1982.

15. Kulig K, Rumack BH: Toxicology and the trauma patient.  In:  Critical Decisions in Trauma. C.V. Mosby Co., publishers, 1984,  pages 50-53.

16. Kulig K, Rumack BH: Hydrocarbon ingestion.  In: Toxicologic Emergencies. Brady/Prentice-Hall publishers, 1984, pages 229-237.

17. Kulig K, Rumack CM, Rumack BH, Duffy JP: Disk battery ingestion: Elevated urine mercury levels and enema removal of battery fragments.  J Amer Med Assoc 249:2502-4, 1983.

18. Barkin R, Kulig K, Rumack BH: Poisoning and overdose.  In:  Emergency Pediatrics, CV Mosby Co.,  R. Barkin, ed., 1984.

19. Kulig K, Duffy JP, Linden CH, Rumack BH: Methanol, ethylene glycol and isopropyl alcohol toxicity.  Topics in Emergency Medicine, 6(2): 14-29, 1984.

20. Rumack BH, Kulig K: Acetaminophen overdose.  In: Toxicologic Emergencies. Brady/Prentice-Hall publishers, 1984, pages 99-108.

21. Linden CH, Kulig K, Rumack BH: Disulfiram. Topics in Emergency Medicine, 6(2): 30-38, 1984.

22. Linden CH, Kulig K, Rumack BH: Hydrocarbons.  In Current Emergency Therapy, 1984.  Edlish RF and Spyker DA, editors.  Appleton-Century-Crofts, Norwalk, Connecticut,  1984,  p  744-753.

23. Kulig K, Rumack BH: Efficacy of naloxone in clonidine poisoning.  Amer J Dis Child; 137:807, 1983.

24. Kulig K: Interpreting gastric emptying studies.  J Emerg Med.  1:447-448,1984.

25. Kulig K: Cyclic antidepressant overdose.  J Clin Psych.  3:19-23,1985.

26. Kulig K, Rumack BH: Amoxapine overdose.  J Amer Med Assoc 251: 602-603, 1984.

27. Kulig K: Epistaxis, in Emergency Medicine: Concepts and Clinical Practice, C. V. Mosby Co.,  publishers, 1983.

28. Winkler JV, Kulig K, Rumack BH: Mothball differentiation: Naphthalene from paradichlorobenzene.  Ann Emerg Med.  14:30-32, 1985.

29. Hall AH, Kulig K, Rumack BH: Acute management of common illicit drug intoxications.  Semin Adol Med, 1(4):259-269, 1985.

30. Kulig K, Bar-Or D, Cantrill SV, Rosen P, Rumack BH: Management of acutely poisoned patients without gastric emptying.  Ann Emerg Med, 14:562-567, 1985.

31. Jantsch W, Kulig K, Rumack BH: Massive copper sulfate ingestion resulting in hepatotoxicity.  J Toxicol - Clin Toxicol, 22(6):585-588, 1985.

32. Linden CH, Kulig K, Rumack BH: Amphetamines.  Topics Emerg Med, 7(3):18-32, 1985.

33. Hall AH, Smolinske SG, Kulig K, Rumack BH: Guanabenz overdose.  Ann Int Med, 102:787-788, 1985.

34. Kulig KW, Golightly LK, Rumack BH: Levothyroxine overdose associated with seizures in a young child.  J Amer Med Assoc., 245:2109-2110, 1985.

35. Hall AH, Kulig KW, Rumack BH: Drug-induced methaemoglobinemia.  Med Toxicol, 1:253-260, 1986.

36. Kulig KW: Utilization of toxicology screens.  Am J Emerg Med 3:573-579, 1985.

37. Hall AH, Spoerke DG, Bronstein AC, Kulig KW, Rumack BH: Human ivermectin exposure. J Emerg Med, 3:217-219, 1985.

38. Hall AH, Bronstein AC, Smolinske SC, Doutre' WH, Kulig KW, Rumack BH, Spoerke DG: Propylene glycol  plasma level.  Pediatrics, 7;654, 1985.

39. Kulig K: Management of poisoning associated with newer anti-depressant agents. Ann Emerg Med. 15:9, 1039-1045, 1986.

40. Linden CH, Hall AH, Kulig KW, Rumack BH: Acute ingestions of boric acid.  Clin Toxicol      24:269-279, 1986.

41. Kulig KW: Effects of ipecac on the heart.  N Engl J Med 314:1254, 1986.

42. Hoidal CR, Hall AH, Robinson MD, Kulig KW : Hydrogen sulfide poisoning from toxic inhalation of roofing asphalt fumes.  Ann Emerg Med 15:826-830, 1986.

43. Hall AH, Kulig KW, Rumack BH: Acetaminophen hepatotoxicity.  J Amer Med Assoc. 256:1893, 1986.

44. Hall AH, Kulig KW, Rumack BH: Acetaminophen hepatotoxicity in alcoholics.  Ann Intern Med 195:624, 1986.

45. Hall AH, Smolinske SC, Conrad FL, Wruk KM, Kulig KW, Dwelle TL, Rumack BH Ibuprofen overdose: 126 Cases.  Ann Emerg Med 1986; 15:1308-1313.

46. Hall AH, Kulig KW, Rumack BH: Cyanide poisoning from laetrile ingestion-role of nitrite therapy.  Pediatrics 1986; 78:269-272.

47. Caldarola V, Hassett JM, Hall AH, Bronstein AB, Kulig KW, Rumack BH: Hemorrhagic pancreatitis associated with acetaminophen overdose.  Am J Gastroenterol 1986; 81:579-582.

48. Kulig KW: TCA cardiac toxicity.  Ann Emerg Med 1987; 16:136.

49. Hall AH, Kulig KW, Rumack BH: Intravenous epinephrine abuse.  Am J Emerg Med 1987; 5:64-65.

50. Kulig KW, Bar-Or D, Rumack BH: Intravenous theophylline poisoning and multiple dose charcoal in an animal model.  Ann Emerg Med, 1987; 16:842-846.

51. Frommer DA, Kulig KW, Marx JA, Rumack B: Tricyclic antidepressant overdose: a review.  J Amer Med Assoc. 1987; 257:521-526.

52. Smilkstein MJ, Kulig KW, Rumack BH: Acute toxic blindness:  unrecognized quinine poisoning.  Ann Emerg Med 1987; 16:98-101.

53. Kulig KW: Countering digoxin toxicity.  Emerg Med June 15, 1987, pp. 114-118.

54. Hall AH, Doutre WH, Ludden T, Kulig KW, Rumack BH:  Nitrite/thiosulfate treated acute cyanide poisoning: estimated kinetics after antidote.  Clin Toxicol 1987; 25:121-133.

55.  Golightly LK, Smolinske SC, Kulig KW et al: Linden CH: Clinical effects of levothyroxine overdose in children.  Am J Dis Child, 1987; 141:1025-1027.

56. Riggs BS, Kulig KW, Rumack BH: Current status of aspirin and acetaminophen intoxication.  Pediatr Ann 1987; 16:14-25.

57. Hoidal CR, Hall AH, Kulig KW, Rumack BH: A patient with sulfhemoglobin? (letter). Ann  Emerg Med 1987; 16:828-830.

58. Hall AH, Kulig KW, Rumack BH: Acetaminophen and alcoholics (letter).  Dig Div Sci 1987; 32:558.

59. Augenstein WL, Kulig KW, Rumack BH: Acetaminophen levels (letter).  Ann Emerg Med 1987; 16:1096.

60. Kulig KW: Is ipecac overused in acute childhood poisoning?  The emergently ill child: dilemmas in assessment and management. Barkin (ed), Aspen Publishers, Inc., 1987.

61. Brent J, Kulig, KW: The role of the toxicology laboratory in the acute toxic emergency.   Clinical Chemistry News 1987; 13:16-17.

62. Hall AH, Smolinske SC, Kulig KW, Rumack BH: Ibuprofen overdose - a prospective study. West J Med 1988; 148:653-656.

63. Augenstein WL, Kulig KW, Rumack BH: Captopril overdose resulting in hypotension. J Amer Med Assoc.  1988; 259:3302-3305.

64. Smilkstein MJ, Smolinske SC, Kulig KW, Rumack BH: Severe hypermagnesemia due to multiple-dose cathartic therapy.  West J Med 1988; 148:208-211.

65. Smilkstein MJ, Steedle D, Kulig KW, Marx JA, Rumack BH:  Magnesium levels after  magnesium-containing cathartics.  J Toxicol Clin Toxicol 1988; 26:51-65.

66. Hall AH, Kulig KW, Rumack BH: Toxic smoke inhalation. Am J of Emerg Med 1989; 7:121-122.

67. Smolinske SC, Scherger DL, Kearns PS, Wruk KM, Kulig KW, Rumack BH: Superwarfarin poisoning in children: A prospective study. Pediatrics 1989; 84:490-494.

68. Kulig KW: Adverse reactions to N-acetylcysteine. Med J of Australia 1989; 151:300-301.

69. Kulig KW: Gastric lavage in acute drug overdose. J Amer Med Assoc. 1989; 262:1392.

70. Barkin RM, Kulig KW, Rumack BH: Poisoning and overdose, in Emergency Pediatrics, 2nd ed., Barkin RM (ed.), CV Mosby Co, St. Louis, 1985, pp. 265-303.

71. Vandenberg SA, Kulig KW, Spoerke DG, et al: Chlorambucil overdose: accidental ingestion of an antineoplastic drug.  J  Emerg Med 1988; 6:495-498.

72. Brent J, Rumack BH, Kulig KW: Dosage of acetylcysteine in acetaminophen poisoning. Pediatrics 1988; 82(4):674-676.

73. Smilkstein MJ, Knapp GL, Kulig KW, et al: Efficacy of oral N-acetylcysteine in the treatment of acetaminophen overdose. N Engl J  Med 1988; 319:1557-1562.

74. Hall AH, Kulig KW, Rumack BH: Suspected cyanide poisoning in smoke inhalation: complications of sodium nitrite therapy. Toxicologie clinique et experimentale 1989; 1:3-9.

75. Riggs BS, Bronstein AC, Kulig KW, Archer PG, Rumack BH: Acute acetaminophen overdose during pregnancy. Obstet Gynecol 1989; 74:247-253.

76. Smilkstein MJ, Knapp GL, Kulig KW, Rumack BH: N-acetylcysteine in the treatment of  acetaminophen overdose.  New Eng J of Med 1989; 320:1417-1418.

77. Spoerke DG, Vandenberg SA, Smolinske SC, Kulig KW, Rumack BH: Eucalyptus oil: 14 cases of exposure. Vet Hum Toxicol 1989; 3:166-168.

78. Smolinske SC, Spoerke DG, Spiller SK, Wruk KM, Kulig KW, Rumack BH: Cigarette and nicotine chewing gum toxicity in children. Hum Tox 1988; 7:27-31.

79. Scherger DL, Wruk KM, Kulig KW, et al: Ethyl alcohol (ethanol)-containing cologne, perfume, and after-shave ingestions in children.  Am J Dis Child  1988; 142:630-632.

80. Augenstein WL, Kulig KW: Management of the poisoned patient. In: Emergency Medicine- the essential update. G. Schwartz ed., WB Saunders Co., 1989, 191-209.

81. Brent JB, Vo N, Kulig MD, et al: Reversal of prolonged isoniazid-induced coma by pyridoxine. Arch Int Med 1990; 150: 1751-1753.

83.  Kulig KW: Carbamate poisoning: is 2-PAM indicated? AACT Clinical Toxicology Update 1990; 3:1.

84. Burkhart KK, Kulig KW, Rumack BH: Whole-bowel irrigation as treatment for zinc sulfate overdose. Ann Emerg Med 1990; 19: 1167-1170.

85. Kulig K: LSD. In: Emergency Medicine Clinics of North America. WL Augenstein, ed. WB Saunders, 1990.

86. Burkhart K, Kulig K: The other alcohols: Methanol, ethylene glycol, and isopropanol. In: Emergency Medicine Clinics of North America. Ann Harwood-Nuss, ed. WB Saunders Co., 1990.

87. Kulig KW: Salicylate intoxication: is the Done nomogram reliable? AACT Clinical Toxicology Update 1990 3:1.

88. Kulig KW: Cyanide Toxicity. Case Studies in Environmental Medicine, Agency for Toxic Substances and Disease Registry, U.S. Dept of Health and Human Services,  June 1990.

89. Brent J, Kulig KW, Rumack BH: An analysis of the types of papers presented at the annual Toxicology meetings. Vet Hum Toxicol 1990; 32: 146-148.

90. Brent J, Hunt M, Kulig KW, et al: Amphotericin B overdoses in infants: is there a

role for exchange transfusion? Vet Hum Toxicol 1990; 32: 124-125.

91. Burkhart KK, Kulig KW, McMartin KE: Formate levels following a formaldehyde ingestion. Vet Hum Toxicol 1990; 32: 135-137.

92. Bayer MJ, Klatzko MD, Kulig MD: The poisoned patient. Patient Care 1990, June 15: 176-207.

93. Barkin RM, Kulig KW:  Poisoning and overdose. In: Emergency Pediatrics, third ed., CV Mosby Co., 1990.

94. Brent J, Kulig K, Rumack B: Mushrooms. In: Clinical Management of Poisoning and Drug  Overdose. WB Saunders Co., second edition, 1990.

95. Kirk M, Kulig MD: Anticholinergics.In: Clinical Management of Poisoning and Drug Overdose. WB Saunders Co., second edition, 1990.

96. Riggs BS, Kulig K: Other herbicides and fungicides. In: Clinical Management of Poisoning and Drug  Overdose. WB Saunders Co., second edition, 1990.

97. Riggs BS, Kulig K: Strychnine. In: Clinical Management of Poisoning and Drug Overdose. WB Saunders Co., second edition, 1990.

98. Bilorhud L and Kulig K:  Beta-Blocker Poisoning.  In: Intens Care Med., 1991: 1200-1202,   Little, Brown, Publishers.

99. Tomaszewski C and Kulig K:  Calcium Channel Blockers. In: Intens Care Med., 1991: 1203-1207, Little, Brown, Publishers.

100. Kirk MA and Kulig KW:  Digitalis. In: Intens Care Med., 1991: 1214-1217, Little, Brown, Publishers.

101. Brent J,  Lucas M, Kulig  K, et al:  Methanol Poisoning in a 6-Week-Old Infant. J Pediatr 1991; 118:644-646.

102. Kulig KW: More questions about gastric decontamination. AACT Clinical Toxicology Update 1991; 4:1.

103. Augenstein WL, Spoerke DG, Kulig KW, et al: Fluoride ingestion in children: a review of 87 cases. Pediatrics 1991; 88: 907-912.

104. Burkhart KK, Kulig KW, Hammond KB, et al: The rise in the total iron binding capacity after iron overdose. Ann Emerg Med 1991; 20: 532-535.

105. Kulig KW, Moore LL, Kirk M: Bromocriptine-associated headache: possible life-threatening sympathomimetic interaction. Obstet Gynecol 1991; 78: 941-943.

106. Smilkstein MJ, Bronstein AC, Linden CH, Augenstein WL, Kulig KW, Rumack BH: Acetaminophen overdose: a 48 hour intravenous N-acetylcysteine protocol. Ann Emerg Med 1991; 20: 1058-1063.

107. Brent J, Kulig K: Anticholinergic agent poisoning. In: The Clinical Practice of Emergency Medicine, Ann Harwood-Nuss, ed., J.B. Lippincott Co, 1991.

108. Riggs BS, Kulig KW, et al: Lithium poisoning.  In: The Clinical Practice of Emergency Medicine, Ann Harwood-Nuss, ed., J.B. Lippincott Co, 1991.

109. Bender PR, Brent J, Kulig K: Cardiac arrhythmias during theophylline toxicity. Chest 1991; 100: 884-886.

110. Augenstein WL, Kulig K: Basic Management (of poisoning). In: Principles and Practice of Emergency Medicine, G. Schwartz, ed. Lea & Febiger, Publishers, 1992.

111. Kulig KW: The bottom line on button batteries. AACT Clinical Toxicology Update. 1992; 5: 1.

112. Burkhart KK, Kulig KW: Specific antidotes. In: Critical decisions in Emergency Medicine, Vol VI, American College of Emergency Physicians, 1992.

113. Kulig KW: Update on digoxin-specific antibody therapy. AACT Clinical Toxicology Update. 1992; 5:1.

114. Kulig KW: All lithium overdoses deserve respect. J Emerg Med 1992; 10: 757-758.

115. Tomaszewski C, Voorhees S, Wathen J, Brent J, Kulig KW: Cocaine adsorption to activated charcoal in vitro. J Emerg Med 1992; 10: 59-62.

116. Tomaszewski C, Musso C, Pearson JR, Kulig K, Marx JA: Lithium absorption prevented by sodium polystyrene sulfonate in volunteers. Ann Emerg Med 1992; 21: 1308-1311.

117. McKinney PE, Kulig KW: Marijuana abuse. In: Medicine for the Practicing Physician. J Willis Hurst, ed., Butterworth-Heinemann, 1992.

118. Kulig K: General approach to poisonings. In: Critical Care Secrets, P. Parsons, ed., Mosby- Year Book, Inc., 1992.

119. Kulig K: Aspirin intoxication. In: Critical Care Secrets, P. Parsons, ed., Mosby - Year Book, Inc., 1992.

120. Kulig K: Acetaminophen overdose. In: Critical Care Secrets, P. Parsons, ed., Mosby- Year Book, Inc., 1992.

121. Antidepressant poisoning. In: Critical Care Secrets, P. Parsons, ed., Mosby- Year Book, Inc., 1992.

122. Burkhart KK, Metcalf S, Shurnas E, O'Meara, Brent J, Kulig K, et al: Exchange transfusion and multidose activated charcoal following vancomycin overdose Clin Toxicol 1992; 30 (2): 285- 294.

124. Kulig K: Initial management of ingestion of toxic substances. N Engl J Med 1992; 326: 1677-1681.

125. Kulig KW: Hair analysis for illicit cocaine use: is it reliable?  AACT Clinical Toxicology Update  1993; 6: 1.

126. Montanio CD, Wruk KM, Kulig KW, et al: Acute pediatric warfarin (coumadin) ingestion: toxic effects despite early treatment. Am J Dis Child 1993; 147: 609-610.

127. Kulig KW: Does charcoal adsorb diazinon? AACT Clinical Toxicology Update. 1994: 7:1.

128. Kirk M, Tomaszewski C, Kulig K: Poisoning in children. In: Pediatric Emergency Medicine. EJ Reisdorff, ed., WB Saunders Co., 1993.

129. Kulig K: General approach to poisonings. In: Emergency Medicine Secrets., V. Marcovchick, ed., Hanley & Belfus, 1993.

130. Kulig KW: The Appropriate Utilization of Toxicology Screens. In: Cost- Effective Diagnostic Testing in Emergency Medicine. American College of Emergency Physicians, 1994.

131. McKinney PE, Brent J, Kulig K: Acute zinc chloride ingestion in a child: local and systemic effects. Ann Emerg Med 23:1383-1387, 1994.

132. Kulig KW: Clinical neurotoxicology of industrial and agricultural chemicals. In: Neurotoxicology: approaches and  methods. LW Chang, ed., Academic Press, 1995.

133. Burkhart KK, Brent J, Kirk MA, Baker DC, Kulig KW: Comparison of topical magnesium and calcium treatment for dermal hydrofluoric acid burns. Ann Emerg Med 1994; 24: 9-13.

134. McKinney PE, Tomaszewski C, Phillips S, Brent J, Kulig K: Methamphetamine toxicity prevented by activated charcoal in a mouse model. Ann Emerg Med 1994; 24: 220-223.

135. Kulig K, Brent J, Phillips S: Chest pain and breast implants (letter). Southern Med J 1996; 89: 98.

-----------------------------------------------------------------------------------------------------

Articles published as a member of the Cocaine-Associated Myocardial Infarction (CAMI) Study Group:

136. Shih RD, Hollander Judd, Burstein JL, et al: Clinical Safety of lidocaine in patients with cocaine- associated myocardial infarction. Ann Emerg Med 1995; 26: 702-706.

137. Hollander JE, Hoffman RS, Burstein JL, et al: Cocaine-associated myocardial infarction: mortality and  complications. Arch Intern Med 1995;155: 1081-1086.

138. Hollander JE, Burstein JL, Hoffman RS, et al: Cocaine-associated myocardial infarction: clinical safety of thrombolytic therapy. Chest 1995; 107: 1237-1241.

-------------------------------------------------------------------------------------------------

139. Tomaszewski K, Kirk M, Bingham E, Saltzman B, Cook R, Kulig K:  Urine toxicology screens in drivers suspected of driving while impaired from drugs.

Clin Toxicol 1996: 34: 37-44.

140. Phillips S, Brent J, Kulig K, et al: Fluoxetine versus tricyclic antidepressants: a prospective multicenter study of antidepressant drug overdoses. J Emer Med 1997; 15: 439-445.

141. Kulig K: Poison information and the PDR. AACT Update. 1997; 10: 1.

142. Brent J, Kulig KW, Phillips SD: letter re: The effect of molecular weight and gel preparation on humoral adjuvancy of silicone oils and silicone gels. Immunological Investigations 1997, 26:505-506.

143. Brent J, McMartin K, Phillips S, Kulig K: Prognostic value of plasma glycolic acid levels in ethylene glycol poisoned patients. J Amer Soc Nephrol 1997; 8: 599A.

144. Kulig K: Lifetime risk from polyurethane covered breast implants. Environmental Health Perspectives. 1998, 106: A526.

145. Brent J, McMartin K, Phillips S, et al: Fomepizole for the treatment of ethylene glycol poisoning. New Engl J Med 1999; 340:832-828.

146. Kulig K: Re: Tetravinyl-tetramethylcyclo-tetrasiloxane (tetravinyl D4) is a mutagen in Rat 2λlacI fibroblasts. Carcinogenesis 1999; 20: 101-102.

147. Brent J, McMartin K, Phillips S, Aaron C, Kulig K: Fomepizole for the treatment of methanol poisoning. New Engl J Med 2001; 344:424-429.

148. Kulig K and Pike S: Polycyclic Aromatic Hydrocarbons. Clinical Environmental Health and Toxic Exposures. Sullivan JB and Krieger GR, eds. Lippincott Williams and Wilkins, publishers, 2001.

149. Kulig K: Position Statement: Medication errors and adverse drug reactions or events. Int J Med Toxicol 2001; 4(1): 13.

150. Erickson TB, Kulig K: Gastrointestinal decontamination. In: Pediatric Toxicology, McGraw-Hill, 2005.

151. Eosinophilia-myalgia syndrome. Encyclopedia of Toxicology, 2005.

152. Kulig K: General Approach to Poisonings, in Parsons PE, Wiener-Kronish JP (eds): Critical Care Secrets. 4th Edition. p.507-14. Philadelphia, PA: Mosby Elsevier, 2007.

153. Kulig K: Aspirin Intoxication, in Parsons PE, Wiener-Kronish JB (eds): Critical Care Secrets. 4th Edition.  p. 515-18. Philadelphia, PA: Mosby Elsevier, 2007.

154. Kulig K: Acetaminophen Overdose, in Parsons PE, Wiener-Kronish JB (eds): Critical Care Secrets. 4th Edition. p. 519-22.

155. Kulig K:  General Approach to Poisonings, in Parsons PE, Wiener-Kronish JB (eds): Critical Care Secrets. 3rd Edition. p. 477-81. Philadelphia, PA: Hanley & Belfus, Inc, 2003.

156. Kulig K: Aspirin Intoxication, in Parsons PE, Wiener-Kronish JB (eds): Critical Care Secrets. 3rd Edition. p. 482-83. Philadelphia, PA: Hanley & Belfus, Inc, 2003.

157. Kulig K:  Acetaminophen Overdose, in Parsons PE, Wiener-Kronish JB (eds): Critical Care Secrets. 3rd Edition. p. 484-86. Philadelphia, PA: Hanley & Belfus, Inc, 2003.

158. Kulig K: Antidepressant Poisoning, in Parsons PE, Wiener-Kronish JB (eds): Critical Care Secrets. 3rd Edition. p. 487-90. Philadelphia, PA: Hanley &  Belfus, Inc, 2003.

159. Hurlbut KM, Kulig K: General Approach to Poisonings, in Markovchick VJ, Pons PT (eds): Emergency Medicine Secrets. 4th Edition. p. 453-59.  Philadelphia, PA: Elsevier Mosby, 2006.

160. Kulig K: Ergot Alkaloids, in Brent JB, Wallace K, Burkhart K, Phillips S, Donovan W (eds): Critical Care Toxicology – Diagnosis and Management of the Critically Injured Patient. p. 723-28. Philadelphia, PA: Elsevier Mosby, 2005.

161. Kulig K: General Approach to the Poisoned Patient, in Marx JA, Hockberger RS, Walls RM, Adams JG, Biros MH, Danzl DF, Gausche-Hill M, Hamilton GC, Ling LJL, Newton EJ (eds): Rosen's Emergency Medicine Concepts and Clinical Practice. Vol 3. 6th Edition. p. 2325-29. Philadelphia, PA: Elsevier Mosby, 2006

162. Kulig K: Lithium. Clinical Practice of Emergency Medicine. Wolfson AB, Hendrey GW, Ling LJ, Rosen CL, Schaider J, Sharieff GQ, eds. Lippincott Williams & Wilkins, 2010.

2018

Jones v Kania et al, State of North Carolina in the General Court of Justice, County of Orange, Superior Court Division, Case No. 15-CVS-1021, EdwardsKirby, deposition, alcohol and marijuana, Plaintiff

2017

Nowak v Hornady, Nebraska Worker's Compensation Court, Renee Eveland, Cline Williams Wright Johnson and Oldfather, deposition, lead, Defense.

Harrison et al v Sugical Care Affiliates et al, General Court of Justice, Superior Court Division, State of North Carolina, County of Mecklenburg, Laurie Armstrong, Edwards and Kirby, deposition, post op morphine and hydromorphone, Plaintiff

2016

Groh et al v Westin et al, 08CV1389, District Court, City and County of Denver, deposition, trial, Sean Olson, alcohol, Plaintiff

People v Sommerfield, 14CR00758, Jefferson County CO, trial, Homicide, Lamictal and alcohol, DA

People v Laperch, 14CR00696, Jefferson County CO, trial, Homicide, LSD overdose claim, DA

Cassio v Dog Bar & Grill, Inc. District Court of Huerfano County, State of Colorado, Case No. 2014 CV4, deposition, cocaine and alcohol, Plaintiff

Standish v Castlewood-Pinnacle South Jordan, LLC et al. Third Judicial District Court, Salt Lake County, State of Utah Case No.120904856, trial, Carbon monoxide, Defense

2015

Sutrick v Baycare Aurora LLC et al; Stephen Ellenbecker, Gloor Law Group, State of Wisconsin, Circuit Court Branch II, Case No: 14 CV 1521, deposition, amphetamine, Defense

Standish v Castlewood-Pinnacle South Jordan, LLC et al. Third Judicial District Court, Salt Lake County, State of Utah Case No.120904856, deposition, Carbon monoxide, Defense

Croxford v Jumpstreet et al, Jenny Parker, Wheeler Trigg O'Donnell, District Court, Jefferson County, Colorado Case No:14CV30026, deposition, marijuana, Defense

People v Watson, Jefferson County CO, trial, Homicide, Asthma and BP meds, DA

Page, Booker v Uber et al, San Francisco County Superior Court, Case No. CGC-14-537297Jeffrey Swedo, Gordon & Rees, deposition, alcohol, Defense

Gilbert v Greenwood et al, 1216-CV24272 Division 7, Circuit Court of Jackson County Missouri at Kansas City, Stephanie Pruett, McDowell Rice Smith & Buchanan, deposition, metaxalone, Defense

Kislowitz v Pagan,  2014CV30794, District Court Denver County Colorado, John Conklin/Amy Cardone, Martin Conklin, deposition and trial, dilaudid, Defense


2014

Smith et al v Triangle Tube et al, 16307, Ninth Judicial District Court Teton County, Wyoming, Joseph McGuire, Foley, Baron, Metzger, Juip, deposition, Carbon monoxide, Defense

Shimizu v Dickson/May, 2011PR928, Denver County Probate Court, Elliott Claus, Clauss & Associates, deposition and hearing, competency, Petitioner

Brodsky (Durlacher) v Boulder Community Hospital et al., 2013CV030869, District Court, Boulder County, Colorado., Steve Hensen, Hensen & Cook-Olson, LLC, trial, opiates, Defense

Winter v Hines et al., 2013-CV706, District Court, Jefferson County, Colorado, Deanne McLung, Hall & Evans, trial, drug screen, Defense

Bird v Nystrom, 2012-CV521, District Court, Weld County, Colorado, Jessie Fischer, Hensen & Cook-Olson, deposition, trial, opiates, Defense


2013

Docket No. 12-08, OAH-12-110-052, Wyoming Board of Medicine, Wyoming Board of Medicine, deposition, hearing, Board

Miller v Wyoming Medical Center et al., 88329, District Court Natrona County, Wyoming, 7th Judicial District, Hank Combs, Murane & Bostwick, deposition and trial, polydrug, Defense

Swearingin v Everly et al., 2012-00259, Superior Court State of Arizona, County of Coconino, John Ager, Sandweg & Ager, deposition, methadone, Plaintiff.

**Toxicology Associates, Prof. LLC**

*Dedicated to Patient Care, Research, and Teaching in Medical Toxicology*

| | | |
|---|---|---|
| Jeffrey Brent, MD, PhD | 26 West Dry Creek Circle, Suite 325 | Robert B. Palmer, PhD |
| Ken Kulig, MD | Littleton, CO 80120 | Benjamin Hatten, MD, MPH |
| Edward W. Cetaruk, MD | Phone: 720-477-2500   Fax: 720-598-0409 | William J. Boroughf, DO |

## 2018  RETENTION AGREEMENT

## Kenneth Kulig MD, PC

**The undersigned agrees to pay hourly rate of $600 for all work done including IME's, patient examination, reviewing medical and legal documents, medical literature, preparing reports, telephone conferences, meetings, and sworn testimony. An initial retainer may be requested. A travel retainer of all anticipated costs and time will be paid at least two weeks prior to any travel outside the Denver metro area. Payment is not dependent on outcome, nor dependent on payment by any other parties. Deposition time to be paid at the time of scheduling. The retaining firm, represented by the undersigned, is responsible for payment of all invoices within 30 days of receipt. Please note address change below.**

**Please make checks (Tax ID# 84-1326539) payable to:**

> **Toxicology Associates, Prof. LLC**
> **26 West Dry Creek Circle, Suite 325**
> **Littleton, CO 80120**

**Name of case.............................................................................................................................**


**Signed:................................................................Date..................................................................**

# WILLIAM J BOROUGHF, DO

26 W. Dry Creek Circle
Littleton, CO 80120

w. 720-477-2500
f. 720-598-0409
wboroughf@toxicologyassoc.com

## Profile

Board-certified Emergency Medicine physician and fellowship-trained Medical Toxicologist with expertise in patient care, medical research and graduate medical education. Areas of academic interest include pharmaceutical toxicity and overdose in the aging population. alcohol abuse and withdrawal, and emerging drugs of abuse.

## Experience

**Toxicology Associates — 06/2015- present**
Dedicated to patient care, research and teaching in medical toxicology.

**Associate Clinical Professor- Emergency Medicine — 07/2015- present**
University of Colorado School of Medicine

**US Acute Care Solutions**
**Emergency Physicians at Porter Hospitals — 07/2015-present**
Board-certified emergency medicine physician

**Einstein Medical Center- Philadelphia — 07/2013-06/2015**
Board-certified emergency medicine physician. Graduate medical education.

## Education

**Einstein Medical Center- Philadelphia: 07/2013-06/2015**
Fellowship- Medical Toxicology

**Einstein Medical Center- Philadelphia: 07/2009-06/2013**
Residency- Emergency Medicine
Chief Resident 2012-2013
Graduated with Honors

**Western University of Health Sciences**
**College of Osteopathic Medicine of the Pacific: 2004-2009**
Doctor of Osteopathic Medicine
Pre-doctoral teaching fellow

**University of Colorado- Boulder: 1999-2003**
Bachelor of Arts- Psychology
Certificate: Neuroscience

EXHIBIT
2

## Research and Publications

### Peer-reviewed

Trella J, Lombardo M, **Boroughf W**, Vearrier D. Lamotrigine causes false positive field test for methylenedioxypyrovalerone. Abstract  presented at North American Congress of Clinical Toxicology, October 2016

**Boroughf W**, Bedi DS, Hayoun MA, Walsh SJ. Elder toxicology: Characterizing intentional pharmaceutical exposures in the aged population using the ToxIC registry. Abstract presented at ACMT Scientific Assembly, March 2016

**Boroughf W**, Bedi DS, Hayoun MA, Walsh SJ. Elder toxicology: Characterizing unintentional pharmaceutical exposures in the aged population using the ToxIC registry. Abstract presented at ACMT Scientific Assembly, March 2016

**Boroughf W**, Heindel G, Trella JD, Osterhoudt KC. Massive acetaminophen overdose: what are we recommending? Abstract presented at ACMT Scientific Assembly, March 2016

Leduc J, Tolova V, **Boroughf W**, Bassett R, Kowalski JM. Comparison of the efficacy of high-fidelity patient simulation versus traditional lecture-based didactics in emergency medicine toxicology education. Abstract to be presented at CORD Academic Assembly, 2016

**Boroughf W**, Dominici P, Castillo J, Cooney B, Damerion K, Guttentag A. The Sensitivity of Combined Revised Geneva Rule Risk Stratification and D-Dimer Testing in Excluding Acute Pulmonary Embolism. DOI: 10.1016/j.annemergmed. 2015.07.162

**Boroughf W**, Nelson LS, Henretig FM. Case studies in toxicology: babies and booze- pediatric considerations in management of ethanol intoxication. Emergency Medicine; June 2015, 47:6

**Boroughf W**, Bassett RA, Walsh SJ. Articles You May Have Missed. *Journal of Medical Toxicology*. June 2015, 11, 2:274-277

D'Orazio JL, Bassett R, **Boroughf W.** Hallucinogen Toxicity, Medscape Reference, Updated Feb 14, 2015.  Available at: http://emedicine.medscape.com/article/814848-overview

**Boroughf W**, Trella J, Osterhoudt KC. He Put it Where? A Case of Intentional Doxepin Overdose via the Rectal Route. Clinical Toxicology; 2014, 52:682-818 Abstract

**Boroughf W**, Bassett R, Borek HA. Diethylene Glycol- a DIF-ferent type of acute ingestion? Clinical Toxicology; 2014, 52:682-818 Abstract

**Boroughf W**, Bassett R, D'Orazio JL, Polypharmacobezoar or pylorospasm? APAP and ASA co-ingestion causing Rumack-Matthew nomogram failure. Clinical Toxicology; 2014, 52:682-818 Abstract

Lasala G, **Boroughf W**, Verrier D, Munchausen syndrome by proxy due to tetrahydrozoline poisoning. Clinical Toxicology; 2014, 52:682-818 Abstract

Bassett R, Kowalski MJ, **Boroughf W**, D'Orazio JL. Dust-off the ECMO, my patient just inhaled 1,1-difluoroethane. Clinical Toxicology; 2014, 52:682-818 Abstract

D'Orazio JL, Bassett R, **Boroughf W**, Kowalski MJ. Hypocalcemia associated with 1,1-difluoroethane inhalation. Clinical Toxicology; 2014, 52:682-818 Abstract

Bassett R, Borek H, **Boroughf W**, Walsh SJ. Crushing medication error: calcium channel blocker toxicity following administration of a crushed extended-release tablet of nifedipine. Clinical Toxicology; 2014, 52:682-818 Abstract

O'Malley GF, Bassett R, **Boroughf W**. Chlorine Toxicity. Medscape Reference. Updated September 16, 2013. Available at: http://emedicine.medscape.com/article/832336-overview

T Natalini, K Carr, M Vala, **W Boroughf**, "*Variables Influencing Shoulder Belt Positioning of 4pt Safety Belts*" Human Factors in Automotive Design- Society of Automotive Engineering Technical Paper Series (2004-01-382)

### Book Chapters

**Boroughf W.** The Anticholinergic Syndrome. in ed. Brent J, Wallace K, Burkhart K, Phillips S, Donovan J. Critical care toxicology 2nd ed. Springer; 2016. DOI 10.1007/978-3-319-20790-2_133-1

**Boroughf W.** Physostigmine. in ed. Brent J, Wallace K, Burkhart K, Phillips S, Donovan J. Critical care toxicology 2nd ed. Springer; 2016. DOI 10.1007/978-3-319-20790-2_133-1

### Invited Lectures

Summa Health Network, Akron, OH- Toxicology Grand Rounds, June 2017

Freeman Health System, Joplin, MO- Grand Rounds: Emerging Drugs of Abuse, December 2017

Einstein Medical Center, Philadelphia, PA- Grand Rounds: Evidence-based Use of Physostigmine, December 2017

## Professional Memberships

American College of Medical Toxicology

American Academy of Clinical Toxicology

American Academy of Emergency Medicine

American Association of Poison Control Centers

American Association of Medical Review Officers- Certified Medical Review Officer (exp. 2019)

## Honors/Recognition

2015

Medical Student Teaching Award- Einstein Medical Center Philadelphia

2013

Graduation Honors, Clinical Excellence Award, Resident Research Award- Einstein Medical Center Philadelphia

2009

Predoctoral Teaching Fellowship- Western University of Health Sciences

*Deposition and Testimony History*

## William J. Boroughf, DO

Emergency Medicine
Medical Toxicology

## Testimony History

| Date | Type | Requesting Party | Caption | Venue | Case Number | Attorney(s) | Opinion Subject |
|------|------|------------------|---------|-------|-------------|-------------|-----------------|
| 1/18/2017 | Criminal | Prosecution | People v. Monique Reno | Arapahoe County, CO | D0032015CR2049 | Jacob Atkins (P) | Emergency Medicine: Treating Physician |
| 1/09/2018 | Civil | Plaintiff | Sean Callan v. Dian Petersen | Arapahoe County, CO | 2017CV30256 | Dustin Bergman (P) | Emergency Medicine: Treating Physician |
| 6/19/2018 | Civil | Defendant | Lois Smith v. Volkswagen of America et. al. | Salt Lake City, UT | 130908362 | Michael Worel (P) Rodney Parker (D) Barry Lawrence (Judge) | Medical Toxicology: Expert- Carbon Monoxide |

## Deposition History

| Date | Case Type | Retaining Party | Caption | Location | Case Number | Attorney(s) | Opinion Subject |
|------|-----------|-----------------|---------|----------|-------------|-------------|-----------------|
| 3/15/2018 | Civil | Defense | Lois Smith v. Volkswagen Southtowne; Volkswagen Group of America | Deposition: Littleton, CO | 130908362 | Plaintiff: Michael Worel (of Dewsnup, King & Olsen)  Defendant: Rodney Parker (of Snow, Christensen & Martineau) | Medical Toxicology- Carbon Monoxide |

*Curriculum Vitae*
**Edward Walter Cetaruk, M.D.**

| | |
|---|---|
| Office Address: | Toxicology Associates |
| | 26 West Dry Creek Circle |
| | Suite 325 |
| | Littleton, CO 80120 |
| | Telephone:  720-477-2500 |
| | Facsimile:   727-598-0409 |
| | Email:        Edward.Cetaruk@UCDenver.edu |

| | | |
|---|---|---|
| Board Certifications | Fellow | American College of Medical Toxicology, 2009 |
| | Diplomate | American Board of Emergency Medicine with Special Qualifications in Medical Toxicology 2000, 2010 |
| | Diplomate | American Board of Emergency Medicine 1995, 2005, 2015 |
| | Diplomate | National Board of Medical Examiners, 1992 |

| | |
|---|---|
| Academic Positions: | Assistant Clinical Professor of Medicine |
| | Department of Medicine, Section of Clinical Pharmacology and Toxicology |
| | University of Colorado Health Sciences Center |
| | 2000 to Present |
| | |
| | Attending Faculty Member |
| | Rocky Mountain Poison and Drug Center Fellowship in Medical Toxicology |
| | Denver, Colorado |
| | 1996 to Present |
| | |
| | Adjunct faculty |
| | National Center for Biomedical Research and Training |
| | Academy of Counterterrorism Education |
| | Louisiana State University |
| | Baton Rouge, Louisiana |
| | 2002 to 2015 |

| | |
|---|---|
| Postgraduate Training: | Fellowship in Medical Toxicology |
| | Rocky Mountain Poison Center |
| | Denver, Colorado |

1

1994 to 1996
Fellowship in Emergency Medicine Research
Colorado Emergency Medicine Research Center
University of Colorado Health Sciences Center
Denver, Colorado
1994 to 1996

Residency in Emergency Medicine
Flight Physician, New England Life Fight
University of Massachusetts Medical Center
Worcester, Massachusetts
1991 to 1994

| | |
|---|---|
| Education: | Doctorate of Medicine<br>New York University School of Medicine<br>New York, New York<br>1987 to 1991<br><br>Bachelor of Science<br>University of Massachusetts at Amherst<br>Amherst, Massachusetts<br>Major: Biochemistry, Minor: Chemistry<br>1982 to 1986 |

| Licensure: | Colorado | #34578 | Active |
|---|---|---|---|
| | Hawaii | #8649 | Inactive |
| | Massachusetts | #77980 | Inactive |

Employment:    Consultant as medical CBRNE subject matter expert to Center for
Domestic Preparedness, Anniston AL; U.S. Army, Edgewood
Chemical Biological Center (JPM Guardian Program), United States
Army Research Institute of Infectious Diseases, U.S. Marine Corps,
U.S. Navy, U.S. Department of State, U.S. Postal Service, Agency for
Toxic Substances and Disease Registry (ATSDR).

Instructor & Member of Curriculum Development Committee
Colorado BNICE Training Center
Denver, Colorado
2004 to 2011

Instructor
Academy of Counterterrorism Education
National Center for Biomedical Research and Training
Louisiana State University
2002 to 2015

Instructor
Sections of Biological and Chemical Weapons, and Weapons of Mass
Destruction U.S. Department of State, Office of Antiterrorism
Assistance, Bureau of Diplomatic Security, 2002

Instructor
Sections of Biological and Chemical Weapons, and Weapons of Mass
Destruction U.S. Department of Defense Domestic Preparedness
Program
1997 to 2000

Instructor
HealthOne Emergency Medical Services
Division of Paramedic Education
Englewood, Colorado
1997 to 2015

Emergency Physicians at Porter Hospitals, P.C.
Department of Emergency Medicine
Porter Hospital
Denver, Colorado
2007 to Present

Carepoint, P.C.
Department of Emergency Medicine
Swedish Hospital Medical Center
Englewood, Colorado
1996 to 2007

Toxicology Associates, Professional L.L.C.
Denver, Colorado
1996 to Present

Kaiser Permanente Medical Group of Colorado
Department of Emergency Medicine
Staff Physician - Part-time
Denver, Colorado, 1995 to 1996

Leominster Hospital
Department of Emergency Medicine
Staff Physician - Part-time
Leominster, Massachusetts
1993 to 1994

Dana Farber Cancer Institute
Department of Pharmacology and Experimental Therapeutics
Laboratory Research Assistant
Boston, Massachusetts
1986 to 1987

Certifications:

- Certification of completion of: *Homeland Security Medical Executive Course*, Austin, TX, June 13-17, 2005.
- Certified CBRNE Instructor, U.S. Department of Defense/U.S. Department of Justice/U.S. Department of Homeland Security, 1998 to present
- Certification of completion: *Handling of Radiation Accidents by Emergency Personnel Course* Radiation Emergency Assistance Center/Training Site (REAC/TS), Oakridge, TN, April 9-12, 2002.
- Instructor, Advanced HAZMAT Life Support (AHLS), 2001 to present
- Certification of completion of *U.S. Army Medical Command Medical Management of Chemical and Biological Casualties Course* at Fort Detrick, MD and Aberdeen Proving Grounds, MD, May 6-12, 2000.
- Certification as *Medical Nuclear, Biological, Chemical Subject Matter Expert Instructor,* for the Department of Defense Domestic Preparedness program Hospital Provider course *and* EMS Technician course, 2000.
- Primary Training in Hyperbaric Medicine, 1997, 2014

Societies:              Member, American Academy of Clinical Toxicology
                        Member, American College of Medical Toxicology
                        Member, American College of Emergency Physicians

Committee
Service:

- *Medical Director,* Porter Hospital Hyperbaric Oxygen Unit and Wound Care Center, 2013-2016.
- *Chairman,* Littleton Hospital Pharmacy and Therapeutics Committee, 2014 - Present
- *Member,* Porter Adventist Hospital Continuing Medical Education Committee, 2014-2016
- *Member,* Littleton Adventist Hospital Disaster Team
- *Member*, Workshop on Highly Toxic Chemicals Substances and Antidotes, Civilian Research and Development Foundation, Biotechnology Exchange Program, U.S. Department of State, St. Petersburg, Russia, 2003, 2004
- *Past Chair*, American Academy of Clinical Toxicology Committee on Chemical Terrorism
- *Regional Director*, Advanced HAZMAT Life Support Course, 2001-2004
- *Instructor,* Advanced HAZMAT Life Support Course, 2001-Present
- *Manuscript Reviewer*, *Annals of Emergency Medicine*
- *Manuscript Reviewer*, *Journal of Toxicology, Clinical Toxicology*
- *Member*, American College of Medical Toxicology Weapons of Mass Destruction Working Committee

Research:               Emergency Medicine Research Fellow
                        Colorado Emergency Medicine Research Center
                        University of Colorado Health Sciences Center
                        Denver, Colorado
                        1994 to 1996

                        Research Assistant
                        University of California at San Diego Medical Center
                        Department of Respiratory Physiology

San Diego, California, June 1989 to August 1989

Clinical Research Assistant
Sloan-Kettering Memorial Cancer Institute
Department of Pediatric Oncology
New York, New York, July 1988 to August 1988

Research Assistant
American Andes Biomedical Research Expedition
Department of Anesthesiology
New York University School of Medicine
Cordillera Blanca, Peru, June 1988

Honors and
Scholarships:          Recipient of Clinical Faculty Academic Publications Award
University of Colorado Health Sciences Center
Department of Medicine
Denver, Colorado
April 2010

Recipient of Clinical Faculty Academic Publications Award
University of Colorado Health Sciences Center
Department of Medicine
Denver, Colorado
March 2007

Recipient of "Best Presentation Award"
"The Modern Threat of Biological Weapons"
American Industrial Hygiene Association – Rocky Mountain Section
and the American Society of Safety Engineers Technical Conference,
Colorado School of Mines, September 20, 2000

Recipient of "Best Fellow/Resident Oral Presentation"
Society for Academic Emergency Medicine Annual Meeting
May 1996

Finalist for "ACEP Young Investigator Award"
American College of Emergency Physicians Research Forum
February 1995, February 1996

Massachusetts Board of Regents of Higher Education Honors
Scholarship
1984 to 1986, 1987 to 1989

Bachelor of Science, *Magna cum Laude*
University of Massachusetts at Amherst, May 1986

Bachelor of Science awarded with Departmental Honors
Department of Biochemistry
University of Massachusetts at Amherst, May 1986

Research Grants:    Health Resources and Services Administration,
U.S. Department of Health and Human Services Grant:
For the development and implementation of training curricula and
continuing education for health care and public safety professionals
that broadens existing knowledge and ensures essential
multidisciplinary and interdisciplinary responses to terrorist events
involving the use of weapons of mass destruction.
Colorado BNICE Training Center, Denver, Colorado, 2003 to present

Association of Occupational and Environmental Clinics grant for
development of "Bioterrorism Preparedness Teaching Module for
Workers," 2003

Colorado Chapter of the American College of Emergency Physicians
Research Grant, 1995 to 1996

Emergency Medicine Foundation Research Fellowship Grant
1994 to 1996

Medical Student Summer Research Grant
New York University School of Medicine, 1988, 1989

Research
Presentations:    "Cocaine's Detrimental Effects are due to its Local
Anesthetic Effects"
Society for Academic Emergency Medicine Annual Meeting
Denver, Colorado, May 1996

"Tylenol® Extended Relief overdose: A new headache?"
Annual Meeting of the North American Congress of Clinical
Toxicology
Rochester, New York, September 1995

"Direct Noninvasive Assessment of the Effect of Hydroxocobalamin
on Cyanide  Toxicity" Society for Academic Emergency Medicine
Annual Meeting
San Antonio, TX, May 1995

"The Cocaine Paradox: Protective and Detrimental Effects in Cardiac
Ischemia"
Rocky Mountain Conference on Emergency Medicine
Snowmass, CO, January 1995, San Francisco, CA, February 1995

Books:

Hospital Emergency Response Teams.  J Glarum, D Birou, E Cetaruk, authors.  Elsevier, Butterworth-Heinemann, Boston, MA, 2016.

Publications:

Cetaruk EW: "Water Hemlock Poisoning," Chapter in Brent J, Burkhart K, Dargan P, Hatten B, Megarbane B, Palmer R, White J, eds: Critical Care Toxicology, Second Edition, Springer, Cham, Switzerland, 2017.

Section Editor, Toxin Weapons, Ciottone's Disaster Medicine, 2nd Edition, GR Ciottone, et al: Editors. Elsevier, Philadelphia, PA, 2016.

EW Cetaruk, TJ Ciccone: Chapter 127, *Brucella* Species (Brucellosis) Attack in Ciottone's Disaster Medicine, 2nd Edition, GR Ciottone, et al: Editors. Elsevier, Philadelphia, PA, 2016.

EW Cetaruk, TJ Ciccone: Chapter 128, *Coxiella burnetii* (Q Fever) Attack in Ciottone's Disaster Medicine, 2nd Edition, GR Ciottone, et al: Editors. Elsevier, Philadelphia, PA, 2016.

Buchanan, JA, Alhelail M, Cetaruk EW, et al: Massive Ethylene Glycol Ingestion Treated with Fomepizole Alone-A Viable Therapeutic Option. *J Med Toxicol* April, 2010.

Kulig K, Cetaruk E, Palmer R, Brent J: The methodology in the paper by Chambers et al. raises serious questions about their conclusions. *Brain Inj* 23(1):3-4, 2009.

Schaeffer TH, (Cetaruk EW), et al:  Case series of rapid airway loss after rattlesnake envenomation [abstract].  *Clin Tox in press*

Cetaruk EW: "Chemical Weapons: Nerve Agents," chapter in Borron S, Burns M, Shannon M, eds: Haddad and Winchester's Clinical Management of Poisoning and Drug Overdose, 4th edition, W.B. Saunders, 2007.

Cetaruk EW: Halabja and the Anfal operations: The large-scale use of chemical weapons against a civilian population [abstract]. *Wehrmedizinische Monatsschrift* 49:316-317, 2005.

Wax P, (Cetaruk E), et al: The ACMT-ATSDR consultation network: First year's experience [abstract].  *J Tox Clin Tox* 42(5):777, 2004.

Section Editor, Toxin Weapons, A Practical Approach to Disaster Medicine and Terrorist Events, Mosby, Saint Louis, MO., 2006.

Cetaruk EW: "Anthrax as a Biological Weapon," Chapter in Brent J, Phillips SP, Wallace K, eds: Critical Care Toxicology, Elsevier Mosby, Philadelphia, PA, 2005.

Cetaruk EW: "Smallpox as a Biological Weapon," Chapter in Brent J, Phillips SP, Wallace K, eds: Critical Care Toxicology, Elsevier Mosby, Philadelphia, PA, 2005.

Cetaruk EW, Brent JB: "Plague as a Biological Weapon" Chapter in Brent J, Phillips SP, Wallace K, eds: Critical Care Toxicology, Elsevier Mosby, Philadelphia, PA, 2005.

Erdman AE, Cetaruk EW: The Viral Hemorrhagic Fevers and Other Viruses as Biological Weapons:  Chapter in Brent J, Phillips SP, Wallace K, eds: Critical Care Toxicology, Elsevier Mosby, Philadelphia, PA, 2005.

Cetaruk EW: "Crotaline Snake Envenomation," Chapter in Brent J,

9

Phillips SP, Wallace K, eds: Critical Care Toxicology, Elsevier Mosby, Philadelphia, PA, 2005.

Cetaruk EW: "Water Hemlock Poisoning," Chapter in Brent J, Phillips SP, Wallace K, eds: Critical Care Toxicology, Elsevier Mosby, Philadelphia, PA, 2005.

Cetaruk EW: Smallpox and viral hemorrhagic fevers: How to control these biological warfare agents. *Clin Tox* 40(3):245-246, 2002.

Cetaruk EW: Anthrax as a biological weapon: Recent experiences in the United States. *Clin Tox* 40(3):242-243, 2002.

"Prehospital Care Protocol for Biological Terrorist Agents," Micromedex, 2001

"Prehospital Care Protocol for Chemical Terrorist Agents," Micromedex, 2001.

Cetaruk EW: "Cocaine," "Lamotrigine," "Water Hemlock." Chapters in Dart RC, Hurlbut KM, Kuffner EK, Yip L eds: The 5 Minute Toxicology Consult, First Edition, 2000.  Lippincott Williams and Wilkins.

Cetaruk EW: "Vitamin Toxicity." In Ford M, Delaney KA, Ling L, Rose SL eds:
Clinical Toxicology, First Edition, 2000. Philadelphia, W.B. Saunders.

Cetaruk EW, Dart RC, Hurlbut KM, Horowitz RS, Shih RS, and contributors: Tylenol Extended Relief® Overdose: A report of a case series.
Annals Emerg Med 1997, 30(1):104-108.

Cetaruk EW, CB Cairns, JM Walther, AH Harken, RC Dart:
Detrimental cardiac effects of cocaine are due to its local anesthetic effects. [Abstract]
Acad Emerg Med 1996, 3(5):424.

Cetaruk EW, Dart RC, Horowitz RS, Hurlbut KM:
"Tylenol Extended Relief Overdose" [letter] JAMA 1996, 275(9):686.

Cetaruk EW, CB Cairns: "Benzodiazepine Overdose" chapter in: Emergency  Medicine Concepts and Clinical Practice, Fourth Edition. Rosen P, Editor-in- Chief

Cetaruk EW, Horowitz R, Hurlbut K, McDonald FW, Dart RC: Tylenol Extended Relief overdose: A new headache? [Abstract] Clin Toxicol 1995, 33(5):511.

Cairns CB, Walther IM, Cetaruk EW, Dart RC: "Direct, noninvasive assessment of the effects of hydroxocobalamin on cyanide toxicity" [abstract] Acad Emerg Med 1995, 2(5):343.

Cetaruk EW, Cairns CB, Dart RC, Walther JM, Harken AH, Banerjee A: "The Cocaine Paradox: Protective and detrimental effects in cardiac ischemia" [abstract] Ann Emerg Med 1995, 25:135.

Cetaruk EW, Aaron CK: "Hazards of Nonprescription Medications" Emerg Med Clinics North Amer, May 1994, 12(2):483-510.

Aaron CK, Wagshal A, Cetaruk EW, Mittleman R, Hartigan C: "The effect of phenytoin on aberrant intracardiac conduction in TCA-poisoned pigs: An electrophysiologic evaluation (preliminary results)." [Abstract] Ann Emerg Med 1994, 23:613-614.

**Invited Lectures:**     An Update on Medical and Recreational Marijuana Use in Colorado
Sky Ridge Hospital Nursing Grand Rounds
Sky Ridge Medical Center
Lone Tree, March 4, 2015

2013 Annual Workers Compensation Fall Update
Colorado Bar Association Continuing Legal Education
Speaker and Panel Participant: How Medical Marijuana Affects Workers' Compensation in Colorado
Denver, CO, October 18, 2013

"Safe Response to Chemical Suicide"
Centura Health Emergency Medical Services

Littleton Adventist Hospital, CO
October 19, 2011

"The Role of the Medical Toxicologist in a Radiological Accident"
North American Congress of Clinical Toxicology
Denver, CO, October 10, 2010

Solvent and Fuel Exposures in the Railroad Industry.
2010 Rocky Mountain Academy Conference:
Planes, Trains, and Trucks: The Role of Occupational and
Environmental Medicine in the Transportation Industry
American College of Occupational and Environmental Medicine.
February 6, 2010

"The Industrial Hygienist's Role in Terrorism Response: A
Toxicologist's Perspective," American Industrial Hygiene
Association, Rocky Mountain Section, OEH & S Annual Conference,
Arvada, CO, October 17, 2006.

"Recent Advances in the Treatment of Botulism: American College of
Medical Toxicology Year in Toxicology Lecture," North American
Congress of Clinical Toxicology, San Francisco, CA, October 9, 2006.

"Advanced Topics on Medical Defense Against Biological Agents -
Botulinum Toxin," Subject Matter Expert and Panel Discussion
Participant, U.S. Army Medical Research Institute of Infectious
Diseases (USAMRIID) medical training satellite broadcast,
September 20, 2006.

"Iraq's Use of Chemical Weapons on Kurds and Iranians," Medical
Response to Public Health Emergencies Conference, May 5-6, 2005,
Albuquerque, NM.

"Halabja and the Anfal Operations: The large scale use of chemical
weapons on a civilian population," 9th Medical Chemical Defense
Conference, Bundeswehr Medical Academy, Munich, Germany, April
27, 2005.

"Virtual Toxicology," American College of Emergency Physicians
Scientific Assembly, San Francisco, CA, October 20, 2004.

"Stump the Toxicologist Panel Discussion," Moderator and Participant,
American College of Emergency Physicians Scientific Assembly
San Francisco, CA,  October 20, 2004.

"Alternative Medicines: Alternative Problems," American College of Emergency Physicians Scientific Assembly, San Francisco, CA, October 19, 2004.

"Industrial Agents as Chemical Weapons of Opportunity," The FBI Laboratory Symposium on Forensic Toxicology,
August 30, 2004, Washington, D.C.

"Prehospital Medical Toxicology: Street Drugs – Recognition and Management & Toxidromes – Street-Side Toxicology," South Metro Fire Rescue Clinical Masters Continuing Education Series, Centennial, CO, December 17, 2003.

"Halabja and the Anfal Operations: The large-scale use of Chemical Weapons on a Civilian Population," North American Congress of Clinical Toxicology, Chicago, IL, September 7, 2003.

"Toxic chemical agents in your community," The American College of Medical Toxicology Chemical Weapons of Mass Destruction Symposium, Centers for Disease Control, Atlanta, GA,  January 23, 2003. and The Second Annual Mediterranean Emergency Medicine Congress, Sitges, Spain, September 14, 2003.

"Anthrax as a Biological Weapon," North American Congress of Clinical Toxicology, Rancho Mirage, CA, September 29, 2002.

"Hospital Preparedness and Response to Terrorism and Mass Casualties," North American Congress of Clinical Toxicology, Rancho Mirage, CA, September 28, 2002.

"A History of Chemical Warfare," North American Congress of Clinical Toxicology, Rancho Mirage, CA, September 28, 2002.

"Medical aspects of bioterrorism," Responding to the threat:

Bioterrorism remediation and training conference, International Association of Heat and Frost insulators and Asbestos Workers and the Alice Hamilton Occupational Health Center, Orlando, Florida, July 8, 2002.

"Anthrax as a Biological Weapon: Recent Experiences in the United States," XXII International Congress of the European Association of Poison Centres and Clinical Toxicologists, Lisbon, Portugal, May 22, 2002.

"Smallpox and Viral Hemorrhagic Fevers as Biological Weapons," XXII International Congress of the European Association of Poison Centres and Clinical Toxicologists, Lisbon, Portugal, May 22, 2002.

"The Management of Mass Casualties from Terrorist Attacks"
2002 Michigan Homeland Security Conference
East Lansing, MI, April 2, 2000

"Business and Industry Response to Terrorism"
Arapahoe Chamber of Commerce, Domestic Preparedness Conference
Centennial, CO, November 30, 2001.

"Chemical Weapons as Terrorist Agents," Medical Grand Rounds
Avista Hospital, Colorado, November 20, 2001.

"Bioweapons as Terrorist Agents," Medical Grand Rounds
Saint Joseph Hospital, Denver, Colorado, October 31, 2001.

"Chemical Weapons as Terrorist Agents," Medical Grand Rounds
Porter Hospital, Denver, Colorado, October 17, 2001.

"Bioweapons as Terrorist Agents," Medical Grand Rounds
Porter Hospital, Denver, Colorado, October 15, 2001.

"The Modern Threat of Biological Weapons," American Industrial Hygiene Association – Rocky Mountain Section and American Society of Safety Engineers Technical Conference, Colorado School of Mines, September 20, 2000.

"Cardiotoxicity of Selected Drugs," University of Colorado Health Sciences Center, School of Pharmacy, April 18, 1995, 1997.

"General Management of the Poisoned Patient" and "Cardiovascular Toxicology."  University of Colorado Health Sciences Center, School of Pharmacy, April 15, 1997.

"Tricyclic Antidepressant Toxicity," University of Colorado Health Sciences Center, School of Pharmacy, April 25, 1995.

"Management of Snakebite" and "Toxic Alcohol Ingestion," Medical Grand Rounds, Saint Vincent's Hospital, Billings, MT, May 1, 1995.

"Management of Theophylline Poisoning" and "Tricyclic Antidepressant Poisoning,"
Medical Grand Rounds, Deaconess Medical Center, Billings, MT, May  2, 1995.

"Prehospital Management of the Poisoned Patient," Cortez, Colorado, Department of Emergency Services," May 15, 1995.

"Emergency Management of the Unknown Toxic Ingestion." Grand Rounds, Southwest Memorial Hospital, Cortez, CO, May 16, 1995.

"Management of the Poisoned Pediatric Patient," Children's Hospital Residency in Pediatrics, August 1995.

"Botulism Intoxication," Morbidity and Mortality Rounds, Department of Internal Medicine, Denver General Hospital June 1995.

"Beta Blocker Toxicity," Denver General Affiliated Residency in Emergency Medicine, October 1994.

"Cyanide Toxicity: Recognition and Management," Denver General Affiliated Residency in Emergency Medicine, September 1994.

August 2017

**Edward W. Cetaruk, MD**
Sworn Testimony History

| | |
|---|---|
| **Deposition**<br>June 4, 2008 | William Harris Asher et al vs. UNARCO<br>United States District Court for Eastern District of Kentucky, London Division<br>Case No. 6:06-CV-548 DCR |
| | Retaining Attorney   Amy Cubbage, Esq.<br>Frost Brown Todd LLC<br>400 West Market Street, 32nd Fl.<br>Louisville, KY 40202 |
| **Deposition**<br>June 18, 2008 | Jennifer Braillard et al., v. Maricopa County et al<br>Superior Court of Arizona, Pinal County<br>Civil Action No. CV 206-01548 |
| | Retaining Attorney   Leslie E. O'Hara, Esq.<br>Stinson Morrison Hecker LLP<br>1850 North Central Avenue, Suite 2100<br>Phoenix, AZ 85004-4584 |
| **Deposition**<br>August 20, 2008 | Blayne L. Booth, et al v. KIT, Inc, et al.<br>US District Court for District of New Mexico<br>No. CIV 06-1219 JP/KBM |
| | Retaining Attorney   Paul R. Koller<br>Rodey Law Firm<br>201 Third Street, Suite 2200<br>Albuquerque, NM  87102 |
| **Trial Testimony**<br>December 17, 2008 | William Harris Asher et al v. UNARCO<br>United States District Court for Eastern District of Kentucky, London Division<br>Case No. 6:06-CV-548 DCR |
| | Retaining Attorney   Todd Page<br>Stoll, Kennon, Ogden, PLLC<br>300 West Vine Street, Suite 2100<br>Lexington, KY 40741 |
| **Deposition**<br>May 4, 2009 | John W. Campbell, et al v. Michael Impey, DO<br>Missouri Circuit Court, 21st Judicial Circuit<br>Saint Louis County, MO<br>Cause No. 07CC-000804, Division 18 |

|  | Retaining Attorney | Laurie S. Wright<br>Brown & James, P.C.<br>1010 Market Street, 20th Floor<br>St. Louis, MO  63101-2000 |

**Deposition**
June 1, 2009

Schmader v. Gress
District Court, City and County of Denver
Case No. 08CV9089

Retaining Attorney   Titus Peterson
600 17th Street, Suite 2800
Denver, CO  80202

**Deposition**
October 2, 2009

Crystal L. Jones v. PC Funding, Inc., et al.
District Court, El Paso County, Colorado
Case No. 06CV2189, Division 16

Retaining Attorney   Jeffrey L. Bodily
Retherford, Mullen & Moore, LLC
2925 Professional place, Suite 2020
Colorado Springs, CO  80904

**Deposition**
October 12, 2009

Willie B. Edwards v. Federal Express Corporation
Circuit Court of Shelby County, Tennessee
Thirteenth Judicial District at Memphis
Case No. : 94944-8 T.D.

Retaining Attorney   Casey Shannon
Thomason, Hendrix, Harvey, Johnson, &
Mitchell, PLLC
29th Floor, One Commerce Square
40 South Main Street
Memphis, TN  38103-5529

**Trial Testimony**
February 2, 2010

State of Colorado v. Garrett Watts
Douglas County, Colorado
Case No. : 09M453

Retaining Attorney   Robert Wareham
Highlands Ranch Law Center, PC
330 West Plaza Dr., Suite 310
Highlands Ranch, CO  80129

**Trial Testimony**
February 26, 2010

Crystal L. Jones v. PC Funding, Inc., et al.
District Court, El Paso County, Colorado
Case No. 06CV2189, Division 16

Retaining Attorney   Lori Moore

Retherford, Mullen & Moore, LLC
2925 Professional Place, Suite 2020
Colorado Springs, CO  80904

**Deposition**
May 21, 2010

Daniel Perez Worker's Compensation Claim #200802928
Wyoming Department of Employment
Worker's Safety and Compensation Division

Retaining Attorney        Amy Teheri
Kempster Law Office, P.C.
135 W. 9th Street
P. O. Box 2408
Casper, WY  82602

**Trail Testimony**
June 10, 2010

Schmader v. Gress
District Court, City and County of Denver
Case No. 08CV9089

Retaining Attorney        Titus Peterson
600 17th Street, Suite 2800
Denver, CO  80202

**Deposition**

Vernon Hanes v. Smithfield Foods, et al
Circuit of Court Dekalb County, MO
Case No. 08DK-CV00097

Retaining Attorney        Robert Rooney
Lathrop & Gage, LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO  64108-2684

**Deposition**
October 5, 2010

Williams v. James B. Lockhart, et al
District Court, Tulsa, Oklahoma
Case No. CJ-2008-2709

Retaining Attorney        Jennifer L. De Angelis
2617 East 21st Street
Tulsa, OK  74114

**Deposition**
January 12, 2011

Karen Sailor vs. Executive Plaza, et al
District Court, Jefferson County, Colorado
Case No.: 2009CV2106

Retaining Attorney        Michael Frazier
The Ross-Shannon Law Firm
12596 W. Freemont Avenue
Littleton, CO  80128

| | |
|---|---|
| **Trial Testimony**<br>March 10, 2011 | Reyes vs. Reed, Young and Fitch<br>District Court, Jefferson County, Colorado<br>Case No.: 2010CV3594 |

| | | |
|---|---|---|
| | Retaining Attorney | John Rodman<br>John R. Rodman & Associates<br>131 Madison Street<br>Denver, CO 80206 |

| | |
|---|---|
| **Trial Testimony**<br>March 30, 2011 | Karen Sailor vs. Executive Plaza, et al<br>District Court, Jefferson County, Colorado<br>Case No.: 2009CV2106 |

| | | |
|---|---|---|
| | Retaining Attorney | Michael Frazier<br>The Ross-Shannon Law Firm<br>12596 W. Freemont Avenue<br>Littleton, CO  80128 |

| | |
|---|---|
| **Deposition**<br>August 16, 2011 | Dowd vs. Erin Young, et al<br>District Court, Jefferson County, Division 4, Colorado<br>Case No.: 2010CV5183 |

| | | |
|---|---|---|
| | Retaining Attorney | Tom Seaman<br>Seaman, Murphy & Chambers<br>7730 East Belleview Ave.<br>Suite 102<br>Greenwood, CO  80111 |

| | |
|---|---|
| **Trial Testimony**<br>August 24, 2011 | Dowd vs. Erin Young, et al<br>District Court, Jefferson County, Division 4, Colorado<br>Case No.: 2010CV5183 |

| | | |
|---|---|---|
| | Retaining Attorney | Tom Seaman<br>Seaman, Murphy & Chambers<br>7730 East Belleview Ave.<br>Suite 102<br>Greenwood, CO  80111 |

| | |
|---|---|
| **Deposition**<br>October 12, 2011 | Kathleen B. Williams v Memorial Hospital of Laramie County, d/b/a/<br>Cheyenne Regional Medical Center, and Board of Trustees, memorial<br>Hospital of Laramie County d/b/a/ Cheyenne Regional Medical Center |

| | | |
|---|---|---|
| | Retaining Attorney | Traci VanPelt<br>McConnell Fleischner Houghtaling<br>4700 South Syracuse Suite 200<br>Denver, CO 80237 |

**Hearing Testimony**
November 3, 2011

Darrell Havens v Detective William Johnson
Civil Action No. 09-cv-1380

Retaining Attorney  Mark S. Ratner, Esq.
Hall & Evans LLC
1125 Seventeenth Street, Suite 600
Denver, CO 80202

**Deposition**
December 19, 2011

Standing vs. Watson Pharmaceuticals, Inc., et al
Superior Court of the State of California
Loa Angeles County
Case Number BC405990

Retaining Attorney  Joseph P. Thomas
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

**Deposition**
January 25, 2012

Kor vs. Advanced Air, Inc.
First Judicial District Court for Laramie, Wyoming

Retaining Attorney  Julie Tiedeken
McKellar, Tiedeken & Scoggin LLC
702 Randall Avenue
Cheyenne, WY  82001

**Deposition**
February 24, 2012

Osinga vs. Watson Pharmaceuticals, Inc.
US District Court for the District of Arizona
Case No. 4:10-cv-00115-AWT

Retaining Attorney

Joseph P. Thomas
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

**Trial Testimony**
March 16, 2012

Standing vs. Watson Pharmaceuticals, Inc., et al
Superior Court of the State of California
Loa Angeles County
Case Number BC405990

|                          | Retaining Attorney | Joseph P. Thomas<br>Ulmer & Berne LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202 |

**Trial Testimony**
April 26, 2012

Kor vs. Advanced Air, Inc.
First Judicial District Court for Laramie, Wyoming

Retaining Attorney      Julie Tiedeken
McKellar, Tiedeken & Scoggin LLC
702 Randall Avenue
Cheyenne, WY  82001

**Trial Testimony**
September 17, 2012

Harris-Couch vs. US Health and Human Services
United States Court of Federal Claims
Office of the Special Master before Special Master Moran
Case No. 10-322V

Retaining Attorney:      US Department of Justice
Division of Vaccine Injury Compensation
Program

**Deposition**
November 30, 2012

Cunningham vs. Western Fuels
State of Wyoming
6th Judicial District Court
Campbell County, Wyoming
Civil Action Number: 31986

Retaining Attorney:      Bradley T. Cave
Holland & Hart LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347

**Deposition**
January 10, 2013

Karen Ackinson vs Akira Nakada, et al
Commonwealth of Kentucky
Fayette Circuit Court, Division 7
Case No. 10-CI-3911

Retaining Attorney:      Tony Rager, Esq.
Wellman, Nichols & Smith, PLLC
444 Lewis Harget Circle, Suite 170
Lexington Kentucky 40503
United States of America

**Trial Testimony**
February 11, 2013

United States vs. Mullikin
Federal Court, Denver, Colorado

Retaining Attorney:    Peter Bornstein, Esq.
6060 Greenwood Plaza Blvd.
Suite 500
Greenwood Village, CO 80111

**Deposition**
March 19, 2013

Johnson vs. Rocky Mountain Construction Specialists, et al
District Court, County of Denver
2012CV2940
Retaining attorney    Heather A. Salg, Esq.
Harris, Karstaedt, Jamison & Powers, P.C.
10333 E. Dry Creek Road, Suite 300
Englewood, CO  80112

**Deposition**
March 27, 2013

Havens vs. Johnson
United State District Court
Case No.: 09-CV-01380-MSK-MEH

Retaining Attorney:    David DeMuro, Esq.
Vaughan & DeMuro
3900 East Mexico Ave., Suite 620
Denver, Colorado 80210

**Deposition**
April 1, 2013

McClanahan vs. Trione
Case Number: 2011cv346
Division: 11
District Court, County of Teller
Colorado

Retaining attorney:    Thomas J. Herd
Gaddis, Kin, Herd & Craw, P.C.
118 South Wahsatch Avenue, Suite 100
Colorado Springs, CO 80903

**Trial Testimony**
June 5, 2013

Rice vs. Arapahoe House, Inc.
Case Number: 2012CV301
District Court, Adams County
Colorado

Retaining attorney:    Thomas Alfrey
Treece Alfrey Musat, PC
999 18th Street, Suite 1600

Denver, CO 80202

**Trial Testimony**
June 7, 2013

American Family Insurance vs. Parker D. Neilsen, et al
Case Number 11-CV-4648
District Court, County of Mesa, Colorado

Retaining Atttorney:   Kurt H. Henkel, Esq.
Walberg, Tucker & Holmes, P.C.
7400 East Caley Avenue, Suite 300
Centennial, Colorado 80111-6714

**Deposition**
June 13, 2013

Texas City Refinery Ultracracker Emission Event Litigation
Master File No. 10-UC-0001
District Court of Galveston County, Texas

Retaining attorney:   Steve Fazio, Esq.
Squire Sanders (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114

**Trial Testimony**
October 21, 2013

McGarvin vs Southglenn Country Club
District Court, Arapahoe County, Colorado
Case No. 11-CV-2270

Retaining Attorney:   Stephen Higgins
600 17th Street, Suite 600-N
Denver, CO 80202

**Trial Testimony**
April 4, 2014

McClanahan vs. Trione
Case Number: 2011cv346
Division: 11
District Court, County of Teller
Colorado

Retaining attorney:   Thomas J. Herd
Gaddis, Kin, Herd & Craw, P.C.
118 South Wahsatch Avenue, Suite 100
Colorado Springs, CO 80903

**Deposition**
July 30, 2014

Texas City Refinery Ultracracker Emission Event Litigation
Master File No. 10-UC-0001
District Court of Galveston County, Texas

Retaining attorney:   David Herrick
Herrick & Associates
18111 Preston Road, Suite 480
Dallas, TX 75252

**Deposition**
September 30, 2014

Hamann vs. Hamilton & Spear Painting, et al
Case No.: CV PI 1205450
District Court, Ada County, Idaho

Retaining Attorney          Eris Rossman
                            737 North 7th Street
                            Boise, ID 83702


**Trial Testimony**
October 22, 2014

Laura Kirkbride
Family Court
Arapahoe County, Colorado

Retaining Attorney          Heather Broxterman
                            Gutterman Griffiths PC
                            0375 Park Meadows Drive, Suite 520
                            Littleton, CO 80124


Trial Testimony
May 18, 2015

JIM PAUL FREEMYER, Claimant, v. NOW OR NEVER TRUCKING, INC.,
Employer, and PINNACOL ASSURANCE
State of Colorado
OFFICE OF ADMINISTRATIVE COURTS
WORKERS' COMPENSATION NO. 4-955-886

Retaining Attorney          Lynda S. Newbold
                            Ruegsegger, Simons, Smith & Stern, LLC
                            1401 Seventeenth St., Suite 900, Denver, CO
                            80202


Trial Testimony
October 27, 2015

Tara R. Lucero vs. Iveth Castro Ochoa and Terrance J. Carson
District Court, Arapahoe County, Colorado
Case Number: 2014CV032807

Retaining Attorney          Phillip Khalife, Esq.
                            Campbell, Latiolais & Averbach, LLC
                            825 Logan Street
                            Denver, CO 80203


Trial Testimony
March 14, 2016

Heather Rogero vs. Secretary of the US Department of HHS
United States Court of Federal Claims, Office of the Special Masters
Case No.: 11-770V
Special Master George L. Hastings

Retaining Attorney          US Department of Justice
                            Division of Vaccine Injury Compensation

Deposition
April 28, 2016

Stephanie Anderson vs. Banner Health, et al
District Court, Washakie County, Wyoming
Civil Action No. 2015-0051

Retaining Attorney        George Powers
                          Sundahl, Powers, Kapp & Martin, LLC
                          1725 Carey Avenue
                          Cheyenne, WY  82001

Deposition
May 17, 2017

Suzette Meacham, et al vs. 3053 Restaurant Group, LLC, et al
District Court, County Adam, State of Colorado
Case No. 16CV30455

Retaining Attorney:       Stephen Higgins
                          White & Steele, PC
                          600 17th Street, Suite 600
                          Denver, CO 80202

Deposition
August 22, 2017

Martin W. Cliffe vs. Kirk J. Mueller
Circuit Court of Saint Louis County, State of Missouri
Case No. 14SL-CC03062, Division 21

Retaining Attorney:       Robert F. Chandler
                          Baker Sterchi Cowden & Rice LLC
                          1010 Market Street, Suite 950
                          St. Louis, MO 63101

Trial Testimony
May 2, 2018

Desiree Martinez vs. Regional Transportation District and Rosario Loya
District Court, City and County of Denver, State of Colorado
Case No.: 2017CV31006

Retaining Attorney:       James A. Stadler, Esq.
                          Associate General Counsel
                          Regional Transportation District
                          1660 Blake Street
                          Denver, Colorado 80202

## CURRICULUM VITAE

| NAME | Benjamin W. Hatten, MD MPH | DATE | 11/30/2017 |
|------|---------------------------|------|-----------|

## I. PRESENT POSITION AND ADDRESS

**Academic Rank:** **Assistant Professor**

**Department:**
**Section of Medical Toxicology,**
**Department of Emergency Medicine &**
**Division of Clinical Pharmacology and Toxicology,**
**Department of Medicine**
**University of Colorado School of Medicine**

**Professional Addresses:**
**University of Colorado School of Medicine**
**Anschutz Medical Campus**
**Department of Emergency Medicine**
**Leprino Building, 7th Floor**
**Campus Box B-215**
**12401 E. 17th Avenue**
**Aurora, CO 80045**
**Office: 720-848-6867**
**Fax: 720-848-7374**

**Rocky Mountain Poison and Drug Center**
**990 Bannock St**
**Denver, CO 80204**
**Office: 303-389-1649**

**Toxicology Associates**
**26 W Dry Creek Circle**
**Suite 325**
**Littleton, CO 80120**
**Office: 720-477-2500**
**Fax: 720-598-0409**

**E-Mail Addresses:**
**benjamin.hatten@ucdenver.edu**
**benjamin.hatten@rmpdc.org**
**bhatten@toxicologyassoc.com**

1

## II.  EDUCATION

UNDERGRADUATE
    1998 – 2002                    Bachelor of Arts
                                Hendrix College
                                Conway, Arkansas

MEDICAL SCHOOL
    2002 – 2006                    Doctor of Medicine
                                University of Texas-Southwestern Medical School
                                Dallas, Texas

GRADUATE EDUCATION
    2011- 2013                     Master of Public Health
                                Epidemiology and Biostatistics Track
                                Oregon Master of Public Health Program
                                Oregon Health and Science University
                                Portland, Oregon

INTERNSHIP/RESIDENCY:
    2006 – 2010                    Residency in Emergency Medicine
                                Denver Health Medical Center
                                Denver, Colorado

FELLOWSHIP:
    2011- 2013                     Medical Toxicology Fellowship
                                Oregon Health and Science University
                                Portland, Oregon

## III.  ACADEMIC APPOINTMENTS

2010-2011                          Clinical Instructor of Emergency Medicine &
                                Attending Physician
                                Department of Emergency Medicine
                                University of Colorado School of Medicine
                                Aurora, Colorado

2010-2011                          Attending Physician
                                Department of Emergency Medicine
                                Denver Health Medical Center
                                Denver, Colorado

2

| | |
|---|---|
| 2011-2013 | Attending Physician<br>Department of Emergency Medicine<br>Portland Veterans Affairs Medical Center<br>Portland, Oregon |
| 2011-2014 | Adjunct Assistant Professor of Emergency<br>Medicine & Attending Physician<br>Department of Emergency Medicine<br>Oregon Health and Science University<br>Portland, Oregon |
| 2013-Present | Faculty<br>University of Colorado School of Public Health<br>Aurora, Colorado |
| 2013-Present | Consulting Attending Physician<br>Department of Emergency Medicine<br>Children's Hospital of Colorado<br>Aurora, Colorado |
| 2013-Present | Consulting Attending Physician<br>Department of Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2013-Present | Attending Physician & Medical Toxicologist<br>Rocky Mountain Poison and Drug Center<br>Denver, Colorado |
| 2013-2014 | Clinical Instructor & Attending Physician<br>Department of Emergency Medicine<br>Department of Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2014-Present | Assistant Professor<br>Department of Emergency Medicine<br>Department of Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |

## IV: NON-ACADEMIC PROFESSIONAL POSITIONS

POSITION

| | |
|---|---|
| 2008 | Physician<br>Nextcare Urgent Care<br>Aurora, Colorado |
| 2008-2010 | Physician<br>Lone Tree Acute Care Center<br>Lone Tree, Colorado |
| 2009 | Physician<br>ResortMed<br>Aspen, Colorado |
| 2009-2011 | Emergency Physician<br>EmCare<br>Dallas, TX |
| 2013-2014 | Emergency Physician<br>Emergency Physicians at Porter Hospitals<br>Englewood, Colorado |
| 2013-Present | Medical Toxicologist<br>Toxicology Associates<br>Denver, Colorado |

HOSPITAL PRIVILEGES

| | |
|---|---|
| 2009-2010 | Emergency Physician<br>St. Thomas More Hospital<br>Canon City, Colorado |
| 2009-2011 | Emergency Physician<br>Prowers Medical Center<br>Lamar, Colorado |
| 2013-2014 | Emergency Physician<br>Castle Rock Adventist Hospital<br>Castle Rock, Colorado |
| 2013-2014 | Emergency Physician<br>Parker Adventist Hospital<br>Parker, Colorado |
| 2013-2014 | Emergency Physician |

4

|  | Porter Adventist Hospital<br>Denver, Colorado |
|---|---|
| 2013-2014 | Emergency Physician<br>Littleton Adventist Hospital<br>Littleton, Colorado |
| 2013-Present | Medical Toxicology Consultant<br>Porter Adventist Hospital<br>Denver, Colorado |
| 2013-Present | Medical Toxicology Consultant<br>Littleton Adventist Hospital<br>Littleton, Colorado |
| 2013-Present | Medical Toxicology Consultant<br>Swedish Medical Center<br>Englewood, Colorado |

## V. HONORS

| 2013 | Alpha Omega Alpha Honor Society |
|---|---|

## VI. MEMBERSHIPS

| 2002 – Present | American Medical Association<br>Positions Held:<br>    President, UT-SW Chapter<br>    Alternate Delegate, House of Delegates |
|---|---|
| 2002-2006 | Texas Medical Association<br>Positions Held:<br>    President, UT-SW Chapter |
| 2002-2006 | Emergency Medicine Student's Association<br>Positions Held:<br>    President, UT-SW Chapter<br>    Liaison, Emergency Medicine Residents'<br>    Association |
| 2003 – Present | American College of Emergency Physicians<br>Positions Held:<br>    Member, Clinical Policies Committee |

5

|  | Member, Academic Affairs Committee |
|--|--|
|  | Member, Trauma and Injury Prevention Section |
|  | Member, Toxicology Section |
| 2003 – Present | Emergency Medicine Residents' Association |
|  | Positions Held: |
|  | Representative, ACEP Clinical Policies Committee |
|  | Representative, ACEP Academic Affairs Committee |
|  | Liaison, UT-SW Emergency Medicine Interest Group |
| 2006 – Present | Society for Academic Emergency Medicine |
| 2006 – 2011 | Colorado Chapter |
| 2013-Present | American College of Emergency Physicians |
| 2006 – 2011 | Colorado Medical Society |
| 2011-2013 | Oregon Chapter |
|  | American College of Emergency Physicians |
| 2011-2013 | Oregon Medical Society |
| 2011-Present | American Academy of Clinical Toxicology |
| 2011-Present | American College of Medical Toxicology |

## VII. SERVICE

ORGANIZATIONS
INTERNATIONAL

| 2016-present | Voting Group Member |
|--|--|
|  | Clinical Toxicology Recommendations |
|  | Collaboration: QT prolongation |
|  | AACT/EAPCCT joint guideline |

NATIONAL

| 2003 | Alternate Delegate |
|--|--|
|  | Texas Delegation |
|  | House of Delegates |

6

|                          |                                                  |
|--------------------------|--------------------------------------------------|
|                          | American Medical Association                     |
|                          | Chicago, Illinois                                |
| 2007 – 2008              | Member                                           |
|                          | Academic Affairs Committee                       |
|                          | American College of Emergency Physicians         |
|                          | Irving, Texas                                    |
| 2008 – 2010              | Member                                           |
| 2014-Present             | Clinical Policies Committee                      |
|                          | American College of Emergency Physicians         |
|                          | Irving, Texas                                    |
| 2011-2012                | Working Group Member                             |
|                          | Developing an Education Research Consortium       |
|                          | Consensus Conference                             |
|                          | Society for Academic Emergency Medicine          |
| 2018-present             | ACEP representative                              |
|                          | Antibiotics guideline                            |
|                          | American Dental Association                       |

REGIONAL

|                          |                                                  |
|--------------------------|--------------------------------------------------|
| 2010-2011                | Annual Meeting Planning Committee Member          |
|                          | Western Regional Society of Academic Emergency    |
|                          | Medicine                                         |
|                          | Co-Director Back Bowls Trivia                    |

DEPARTMENTAL

|                          |                                                  |
|--------------------------|--------------------------------------------------|
| 2006 – 2007              | Member                                           |
| 2017-Present             | Wellness Committee                               |
|                          | Residency in Emergency Medicine                  |
|                          | Department of Emergency Medicine                 |
|                          | Denver Health Medical Center                     |
|                          | Denver, Colorado                                 |
| 2008 – 2010              | Member                                           |
|                          | Compliance Committee                             |
|                          | Residency in Emergency Medicine                  |
|                          | Department of Emergency Medicine                 |
|                          | Denver Health Medical Center                     |
|                          | Denver, Colorado                                 |

7

| 2014-present | Member |
| | Case Review Committee |
| | Department of Emergency Medicine |
| | University of Colorado School of Medicine |
| | Aurora, Colorado |

| 2016 | Member |
| | Zoning and Staffing RPM |
| | Department of Emergency Medicine |
| | University of Colorado School of Medicine |
| | Aurora, Colorado |

| 2016-2017 | Member |
| | Incentive Revision Committee |
| | Department of Emergency Medicine |
| | University of Colorado School of Medicine |
| | Aurora, Colorado |

PUBLICATIONS/WORK PRODUCTS
QUALITY ASSURANCE PROJECTS

1. **Hatten B.** Emergency Department Thoracotomies: 2008-2009. Denver Health Residency in Emergency Medicine, Denver Health Medical Center. 2010.

CLINICAL PROTOCOLS

1. **Hatten B**. Methotrexate Policy. Oregon Poison Center, Oregon Health and Science University. 2012.

2. **Hatten B.** Lowenstein S. Syncope Pathway. Department of Emergency Medicine, University of Colorado School of Medicine. 2016

3. **Hatten B.** Lowenstein S. Low Back Pain Pathway. Department of Emergency Medicine, University of Colorado School of Medicine. 2016

ADMINISTRATION

1. Emergency Medicine Coding Matrix. 2015.

PUBLIC EVENTS
MEDIA INTERACTIONS

February 16, 2012      Arsenic in baby formula and energy foods

8

|                   | Video Interview.<br>KOIN Channel 6 News.<br>Portland, Oregon. |
|-------------------|---|

February 1, 2017

A swig of hydrogen peroxide — promoted by alternative-health devotees — can kill you
Print Interview
Washington Post
Washington, DC

February 3, 2017

Cleansing Benefits from Peroxide?
Video Interview
KCWY Channel 13 News
Casper, WY

February 9, 2017

Drinking peroxide as 'natural' cure leads to dangerous blood clots
Interview
HealthDay
New York, NY

February 20, 2017

Ingesting hydrogen peroxide can be fatal, researchers say
Interview
CNN
Atlanta, GA

## COMMUNITY OUTREACH

October 17, 2012

Designer Drugs
Expert Panel
Multnomah County Health Department
Portland, Oregon

2017-Present

Exposure Protocol
Denver Zoo
Denver, CO

## VIII. LICENSURE & CERTIFICATIONS

LICENSES
2007 – Present

Unrestricted Medical License
State of Colorado
License Number Available Upon Request
Expires 04/31/2019

9

2011- Present                     Unrestricted Medical License
                                  State of Oregon
                                  License Number Available Upon Request
                                  Expires 12/31/2017

CERTIFICATIONS
2007 – Present                    Controlled Substance Registration Certificate
                                  United States Department of Justice
                                  Drug Enforcement Administration
                                  License Number Available Upon Request
                                  Expires 10/31/2019

2011-Present                      Emergency Medicine Board Certification
                                  American Board of Emergency Medicine
                                  License Number Available Upon Request
                                  Expires 12/2021

2014-Present                      Medical Toxicology Board Certification
                                  American Board of Emergency Medicine
                                  License Number Available Upon Request
                                  Expires 12/2024

## IX. INVENTIONS/PATENTS

N/A

## X.  REVIEW/REFEREE WORK

JOURNAL PEER REVIEWER

    2013-Present              *Clinical Toxicology*

    2013-Present              *Journal of Medical Toxicology*

    2015-Present              *EM Practice*

    2015-Present              *Academic Emergency Medicine*

GUIDELINE PEER REVIEWER

1.    2011 ACCF/AHA Focused Update of the Guidelines for the Management of Patients With Unstable Angina/Non-ST-Elevation Myocardial Infarction

10

(Updating the 2007 Guideline) A Report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines. Wright RS, Anderson JL, Adams CD, Bridges CR, Casey DE Jr, Ettinger SM, Fesmire FM, Ganiats TG, Jneid H, Lincoff AM, Peterson ED, Philippides GJ, Theroux P, Wenger NK, Zidar JP.
*J Am Coll Cardiol.* 2011 Mar 23.
*Circulation.* 2011 Mar 28.

2.      Opioids Guideline. American College of Occupational and Environmental Medicine. Hegmann KT.
Publication pending

## XI. INVITED PRESENTATIONS

<u>RESEARCH PRESENTATIONS</u>
INTERNATIONAL:

| | |
|---|---|
| 2014 | Factors associated with prehospital naloxone use in the United States: 2010. Poster Presentation XXXIV International Congress of the European Association of Poisons Centres and Clinical Toxicologists (EAPCCT) Brussels, Belgium |
| 2015 | Toxic exposures in young children resulting in tracheal intubation Oral and Poster Presentations XXXV International Congress of the European Association of Poisons Centres and Clinical Toxicologists (EAPCCT) St. Julian's, Malta |
| 2015 | Outcomes Following Nerve Agent Exposure Reported in the ToxIC Registry Poster Presentation VIIIth Mediterranean Emergency Medicine Congress Rome, Italy |
| 2015 | Outcomes Following Brodifacoum Exposure Reported in the ToxIC Registry (2010-2013) Oral Presentation VIIIth Mediterranean Emergency Medicine |

11

|      | Congress<br>Rome, Italy |
|------|-------------------------|
| 2015 | Outcomes Following Cyanide Exposure Reported in the ToxIC Registry (2010-2013)<br>Oral Presentation<br>VIIIth Mediterranean Emergency Medicine Congress<br>Rome, Italy |
| 2017 | Plant and fungi exposures reported to the Toxicology Investigators Consortium (ToxIC)<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>Vancouver, Canada |

NATIONAL PRESENTATIONS:

|      |      |
|------|------|
| 2004 | Can Midlevel Providers Perform Ultrasonography on Superficial Abscesses?<br>Poster Presentation<br>American College of Emergency Physicians<br>Research Forum<br>San Francisco, California |
| 2004 | A Prospective Study Comparing Standard Laryngoscopy to the Trachview Videoscope System for Orotracheal Intubation by Emergency Medicine Residents and Medical Students.<br>Poster Presentation<br>American College of Emergency Physicians<br>Research Forum<br>San Francisco, California |
| 2009 | Assessing Residency Review Committee Compliance with an Electronic Survey<br>Poster Presentation<br>Society for Academic Emergency Medicine Annual Meeting<br>New Orleans, Louisiana |
| 2011 | Change In Major Trauma Following A Law To Allow Expansion Of Alcohol Sales |

12

|      | Poster Presentation<br>Society for Academic Emergency Medicine<br>Annual Meeting<br>Boston, Massachusetts |
| --- | --- |
| 2011 | What Does Service Obligation" Or "Clinical Education" Mean?"<br>Poster Presentation<br>Council of Residency Directors<br>Academic Assembly<br>San Diego, California |
| 2011 | What Does Service Obligation" Or "Clinical Education" Mean?"<br>Poster Presentation<br>Society for Academic Emergency Medicine<br>Annual Meeting<br>Boston, Massachusetts |
| 2012 | The Spatial Epidemiology of Toxic Mushroom Ingestions in the United States: 2001-2011<br>Fellow-in-Training Research Symposium<br>American College of Medical Toxicology<br>Spring Conference<br>San Diego, California |
| 2012 | Characteristics of Salicylate Poisoned Patients with an Elevated INR<br>Fellow-in-Training Research Symposium<br>American College of Medical Toxicology<br>Spring Conference<br>San Diego, California |
| 2012 | Change in Major Trauma Following a Law to Allow Expansion of Alcohol Sales<br>Poster Presentation<br>American College of Medical Toxicology<br>Spring Conference<br>San Diego, California |
| 2012 | Change in Ethanol Related Visits and Alcohol Withdrawal Visits to the Emergency Department Following a Law to Allow Expansion of Alcohol |

13

|      |      |
|------|------|
|      | Sales<br>Poster Presentation<br>Society for Academic Emergency Medicine<br>Annual Meeting<br>Chicago, Illinois |
| 2012 | The epidemiology of mushroom ingestion calls to US poison control centers: 2001-2011.<br>Platform Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | Arginine Hydrochloride overdose in an infant.<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | Severe pediatric lead toxicity after ingestion of three intact rifle cartridges.<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | First report of envenomation by the Great Lakes Bush Viper (Atheris nitschei).<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | Cinnamania: 15 seconds of internet fame, 3 days in the ICU.<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | Sensitivity and Positive Predictive Value of ICD-9-CM Codes for Alcohol-Related Diagnoses in the Emergency Department.<br>Poster Presentation<br>American College of Emergency Physicians<br>Research Forum<br>Denver, Colorado |

14

| | |
|---|---|
| 2013 | High Concentration Peroxide Ingestions: 2001-2011<br>Fellow-in-Training Research Symposium<br>American College of Medical Toxicology<br>Spring Conference<br>San Juan, Puerto Rico |
| 2013 | Major Bleeding Events in Salicylate Toxicity<br>Poster Presentation<br>American College of Medical Toxicology<br>Spring Conference<br>San Juan, Puerto Rico |
| 2013 | Coral Snake Envenomations 2001-2011: Antivenin Use and Outcomes<br>Oral Presentation<br>Society for Academic Emergency Medicine<br>Annual Meeting<br>Atlanta, Georgia |
| 2013 | Outcomes following high concentration peroxide ingestions.<br>Platform Presentation<br>North American Congress of Clinical Toxicology<br>Atlanta, Georgia |
| 2013 | Caustic injuries following high concentration peroxide ingestions: 2001-2011.<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>Atlanta, Georgia |
| 2013 | Utility of CT and HBO therapy following high concentration peroxide ingestions: 2001-2011.<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>Atlanta, Georgia |
| 2013 | What's the cost of better joints? move free advanced leading to hepatotoxicity.<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>Atlanta, Georgia |

15

2013                              Predictors of Coagulopathy and Hemorrhage
                                  in Salicylate Toxicity
                                  Poster Presentation
                                  American College of Emergency Physicians
                                  Research Forum
                                  Seattle, Washington

2014                              Aspirin and Fanconi syndrome: are there risk
                                  factors for its development?
                                  Poster Presentation
                                  North American Congress of Clinical Toxicology
                                  New Orleans, Louisiana

2015                              Chemical Threat Agents Reported in the ToxIC
                                  Registry (2010-2013)
                                  Poster Presentation
                                  American College of Medical Toxicology
                                  Spring Conference
                                  Clearwater Beach, Florida

2015                              Medical Toxicology Consult Service at a Tertiary
                                  Care Children's Hospital
                                  Poster Presentation
                                  American College of Medical Toxicology
                                  Spring Conference
                                  Clearwater Beach, Florida

2015                              Prescription Opioid Exposures and Outcomes
                                  Among Older Adults
                                  Oral Presentation
                                  Society for Academic Emergency Medicine
                                  Annual Meeting
                                  San Diego, California

2015                              QRS Widening Associated with Quetiapine
                                  Toxicity
                                  Poster Presentation
                                  North American Congress of Clinical Toxicology
                                  San Francisco, California

2017                              Hydrogen Peroxide Exposures Reported to the
                                  Toxicology Investigators Consortium (ToxIC)
                                  Poster Presentation

|      |      |
|------|------|
|      | American College of Medical Toxicology<br>Spring Conference<br>San Juan, Puerto Rico |
| 2017 | Muscimol and ibotenic acid containing mushrooms exposures: US National Poison Data System 2001-2011<br>Poster Presentation<br>American College of Medical Toxicology<br>Spring Conference<br>San Juan, Puerto Rico |
| 2017 | Parenteral Lidocaine to Treat Symptomatic Nephrolithiasis<br>Poster Presentation<br>Society for Academic Emergency Medicine<br>Annual Meeting<br>Orlando, Florida |

**REGIONAL PRESENTATIONS:**

|      |      |
|------|------|
| 2011 | Change In Major Trauma Following A Law To Allow Expansion Of Alcohol Sales<br>Lightening Oral Abstract Presentation<br>Society for Academic Emergency Medicine<br>Western Regional Meeting<br>Keystone, Colorado |

<u>SPEAKING ENGAGEMENTS/INVITED PROFESSORSHIPS</u>
**INTERNATIONAL PRESENTATIONS:**

|      |      |
|------|------|
| 2017 | Alpha-2 Agonist Toxicity<br>North American Congress of Clinical Toxicology<br>Vancouver, Canada |

**NATIONAL PRESENTATIONS:**

|      |      |
|------|------|
| 2008 | Medical Student Symposium<br>Society for Academic Emergency Medicine<br>Annual Meeting<br>Washington, DC |
| 2008 | Suture Workshop<br>Keystone Nurse Practitioner Conference<br>Keystone, Colorado |

17

| | |
|---|---|
| 2012 | What's New at Alpha-2<br>American College of Medical Toxicology<br>National Teleconference |
| 2013 | Valproic Acid<br>ERCAST/EMCrit |
| 2014 | Hill Criteria and Causal Analysis<br>Western Fellows<br>Portland, Oregon |
| 2015 | Physostigmine<br>ERCAST/EMCrit |
| 2015 | The Mile High Club: The Effects of Marijuana<br>Legalization in Colorado<br>Society for Academic Emergency Medicine<br>Annual Meeting<br>San Diego, California |
| 2017 | Clinical Policy: Neuroimaging and Decision Making in Adult Mild Traumatic Brain Injury in the Acute Setting<br>Rocky Mountain Trauma and Emergency Medicine<br>Beaver Creek, Colorado |

REGIONAL PRESENTATIONS:

| | |
|---|---|
| 2008 | Altered Mental Status<br>Denver Fire Department CME<br>Denver, Colorado |
| 2008 | Suture Workshop<br>Emergency Medicine Interest Group<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2009 | Hyperthermia<br>Denver Fire Department CME<br>Denver, Colorado |
| 2009 | Hypothermia |

|  | Denver Fire Department CME<br>Denver, Colorado |
|---|---|
| 2009 | Environmental Emergencies<br>Denver Health Paramedic School<br>Denver, Colorado |
| 2017 | Clinical Policies: Seizures & Asymptomatic<br>Hypertension<br>Colorado Association of Physicians Assistants<br>Copper Mountain, Colorado |

## XII. TEACHING RECORD

PRESENTATIONS
UNDERGRADUATE/MEDICAL STUDENTS

|  |  |
|---|---|
| 2009, 2010 | Wilderness Envenomations<br>SURG 6624<br>Introduction to Wilderness Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2010, 2011 | Outdoor Sporting Activities<br>SURG 8031<br>Wilderness Medicine<br>University of Colorado School of Medicine<br>Moab, Utah |
| 2010, 2011 | Envenomations<br>SURG 8031<br>Wilderness Medicine<br>University of Colorado School of Medicine<br>Estes Park, Colorado |

GRADUATE STUDENTS/GRADUATE MEDICAL EDUCATION

|  |  |
|---|---|
| 2007 | Etomidate for RSI in Sepsis<br>Denver Health Residency in Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2008 | Wide Complex Tachycardia |

19

|  | Denver Health Residency in Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
|---|---|
| 2008 | Heparin in ACS: A Question of Harm<br>Denver Health Residency in Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2009 | Morbidity and Mortality Conference<br>Denver Health Residency in Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2009 | Bad for Business: Public Policy and Injury<br>Prevention<br>Denver Health Residency in Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2010 | Envenomations<br>Denver Health Residency in Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2011-2012 | Introduction to Toxicology<br>Emergency Medicine Residency<br>Oregon Health and Science University<br>Portland, Oregon |
| 2012 | Morbidity and Mortality Conference<br>Emergency Medicine Residency<br>Oregon Health and Science University<br>Portland, Oregon |
| 2012 | Rock n' Roll Toxicology<br>Emergency Medicine Residency<br>Oregon Health and Science University<br>Portland, Oregon |
| 2012 | Agitated Patient<br>Emergency Medicine Residency<br>Oregon Health and Science University |

Portland, Oregon

2012
Severe Alcohol Withdrawal
Emergency Medicine Residency
Oregon Health and Science University
Portland, Oregon

2013
Envenomations
Emergency Medicine Residency
Oregon Health and Science University
Portland, Oregon

2014
Dermal Toxicology
Environmental and Occupational Toxicology 6616
University of Colorado School of Public Health
Aurora, Colorado

2014
Ophthalmic Toxicology
Environmental and Occupational Toxicology 6616
University of Colorado School of Public Health
Aurora, Colorado

2015
Aspirin and NSAIDS
Denver Health Residency in Emergency Medicine
University of Colorado School of Medicine
Denver, Colorado

2015
Digoxin (Cardiac Glycosides)
Denver Health Residency in Emergency Medicine
University of Colorado School of Medicine
Denver, Colorado

2015
Seizures
Denver Health Residency in Emergency Medicine
University of Colorado School of Medicine
Denver, Colorado

2015
Iron
Denver Health Residency in Emergency Medicine
University of Colorado School of Medicine
Denver, Colorado

2017
Note Writing

21

Denver Health Residency in Emergency Medicine
University of Colorado School of Medicine
Denver, Colorado

EDUCATION POSITIONS

| | |
|---|---|
| 2007-2011 | Instructor<br>SURG 8006<br>MSIV Emergency Medicine Rotation<br>University of Colorado Hospital and<br>Denver Health Medical Center<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2008-2011 | Instructor<br>IDPT 7031<br>MSIII Emergency Medicine Rotation<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2009-2011 | Instructor<br>SURG 6624<br>Introduction to Wilderness Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2009-2011 | Instructor<br>SURG 8031<br>Wilderness Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2010-2011<br>2013-Present | Preceptor<br>IDPT 6000<br>Foundations of Doctoring<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2011-2014 | Instructor<br>ETOX 709X<br>Medical Toxicology<br>Oregon Health & Science University School of<br>Medicine |

22

Portland, Oregon

2013-Present                          Attending Physician/Instructor
                                      EMED 8004/8006
                                      MSIV Emergency Medicine Rotations
                                      University of Colorado Hospital and
                                      Denver Health Medical Center
                                      University of Colorado School of Medicine
                                      Aurora, Colorado

2013-Present                          Attending Physician/Instructor
                                      IDPT 7031
                                      MSIII Emergency Medicine Rotation
                                      University of Colorado School of Medicine
                                      Aurora, Colorado

2013-Present                          Attending Physician/Instructor
                                      EMED 8024
                                      Medical Toxicology
                                      University of Colorado School of Medicine
                                      Denver, Colorado

2014-Present                          Instructor/Lecturer
                                      Environmental and Occupational Toxicology 6616
                                      University of Colorado School of Public Health
                                      Aurora, Colorado

ATTENDING DUTIES

2010-2011                             Supervision and bedside teaching of residents and
                                      medical students
                                      Emergency Department-9 hours/week
                                      Denver Health Medical Center
                                      Denver, Colorado

2010-2011                             Supervision and bedside teaching of residents and
                                      medical students
                                      Emergency Department-14 hours/week
                                      University of Colorado Hospital
                                      Aurora, Colorado

2011-2013                             Supervision and bedside teaching of residents and
                                      medical students

23

|  | Emergency Department-9 hours/week |
|  | Oregon Health and Science University |
|  | Portland, Oregon |

2011-2013        Supervision and bedside teaching of residents and medical students
Emergency Department- 5 hours/week
Veteran's Administration Hospital
Portland, Oregon

2013-present        Supervision and bedside teaching of residents and medical students
Emergency Department- 25 hours/week
University of Colorado Hospital
Aurora, Colorado

2013-present        Supervision and bedside teaching of fellows
Medical Toxicology Consults - 36 hours/week
University of Colorado Hospital & Children's Hospital of Colorado
Aurora, Colorado

2013-present        Supervision and bedside teaching of fellows
Medical Toxicology Consults - 12 hours/week
Denver Health Medical Center & Rocky Mountain Poison and Drug Center
Denver, Colorado

ADMINISTRATIVE POSITIONS

2014-Present        Practicum Site Director
Occupational Medicine Residency
University of Colorado School of Medicine
Denver, Colorado

2017-Present        Clinical Competency Committee: PGY3
Denver Health Residency in Emergency Medicine
Denver, CO

CURRICULUMS

1. **Hatten B.** Rosen's Reading Schedule, Denver Health Residency in Emergency Medicine, Denver Health Medical Center. 2008.

2. **Hatten B,** Houghland J, Moreira M.  Elective Tracks, Denver Health Residency in Emergency Medicine, Denver Health Medical Center.  2008.

3. **Hatten B,** Cleveland N.  Research Track, Denver Health Residency in Emergency Medicine, Denver Health Medical Center.  2008.

4. **Hatten B,** Armstrong L, Block B, Bookman K, Davis C, Jacquet G, Hurtado T. Wilderness Medicine Track. Denver Health Residency in Emergency Medicine, Denver Health Medical Center.  2008.

5. **Hatten B**.  Forensic Curriculum. Medical Toxicology Fellowship. Rocky Mountain Poison and Drug Center.  2017.

## XIII. GRANT SUPPORT

2012                                          American College of Medical Toxicology
                                              Spring Conference Travel Award
                                              $500.

## XIV. BIBLIOGRAPHY

PEER-REVIEWED PUBLICATIONS

1. Howell et al. **Oversight Committee Member**. Clinical policy: Critical issues in the evaluation and management of emergency department patients with suspected appendicitis. *Ann Emerg Med.* 2010 Jan;55(1):71-116. PMID 20116016. doi: 10.1016/j.annemergmed.2009.10.004

2. Diercks et al. **Oversight Committee Member**. Clinical policy: critical issues in the evaluation of adult patients presenting to the emergency department with acute blunt abdominal trauma. *Ann Emerg Med.* 2011. 57(4):387-404. PMID 21453818. doi: 10.1016/j.annemergmed.2011.01.013

3. Fesmire et al. **Oversight Committee Member**. Critical issues in the evaluation and management of adult patients presenting to the emergency department with suspected pulmonary embolism. *Ann Emerg Med.* 2011. 57(6):628-652. PMID 21621092. doi: 10.1016/j.annemergmed.2011.01.020

4. **Hatten B,** Browne V.  Retinal detachment. *Emerg Med J.* 2011 Jan;28(1):83. PMID 20378746. doi: 10.1136/emj.2009.074344

5. **Hatten BW**, Bryant E. Bleeding scrotal arteriovenous malformation. *J Emerg Med.* 2012 Jun;42(6):e133-5. PMID 19682823. doi: 10.1016/j.jemermed.2009.05.026

6. Kusin S, Tesar J, **Hatten B**, Horowitz BZ, Hendrickson R, Leman R, Buser G. Severe methemoglobinemia and hemolytic anemia from aniline purchased as 2C-

25

E (4-ethyl-2,5-dimethoxyphenethylamine), a recreational drug, on the Internet - Oregon, 2011. Centers for Disease Control and Prevention (CDC). *MMWR Morb Mortal Wkly Rep*. 2012 Feb 10;61:85-8. PMID 22318470. https://www.cdc.gov/mmwr/preview/mmwrhtml/mm6105a1.htm

7. Roppolo LP, White PF, **Hatten B**, Hynan LS, Pepe PE. Use of the TrachView videoscope as an adjunct to direct laryngoscopy for teaching orotracheal intubation. *Eur J Emerg Med.* 2012 Jun;19(3):196-9. PMID 21817909. doi: 10.1097/MEJ.0b013e328349edb2

8. Newgard CD, Beeson MS, Kessler CS, Kuppermann N, Linden JA, Gallahue F, Wolf S, **Hatten B**, Akhtar S, Dooley-Hash SL, Yarris L. Establishing an emergency medicine education research network. *Acad Emerg Med.* 2012 Dec;19(12):1468-75. PMID 23279253. doi: 10.1111/acem.12028

9. **Hatten BW**, Bueso A, French LK, Hendrickson RG, Horowitz BZ. Envenomation by the Great Lakes Bush Viper (Atheris nitschei). *Clin Toxicol.* 2013 Feb;51(2):114-6. PMID 23327286. doi: 10.3109/15563650.2012.763134

10. **Hatten BW**, Bueso A, Craven P, Hendrickson RG, Horowitz BZ. Lead toxicity and endoscopic removal of ingested firearm cartridges. *Clin Toxicol.* 2013 Jun; 51(5):448-50. PMID 23641934. doi: 10.3109/15563650.2013.792114

11. Godwin SA, Burton JH, Gerardo CJ, **Hatten BW**, Mace SE, Silvers SM, Fesmire FM. American College of Emergency Physicians Clinical Policies Subcommittee (Writing Committee) on Procedural Sedation and Analgesia. Clinical policy: procedural sedation and analgesia in the emergency department. *Ann Emerg Med.* 2014; 63(2):247-258. PMID 24438649. doi: 10.1016/j.annemergmed.2013.10.015

12. Wang GS, Monte A, **Hatten** B, Brent J, Buchanan J, Heard KJ. Initiation of a medical toxicology consult service at a tertiary care children's hospital. Clin Toxicol (Phila). 2015 May;53(4):192-4. PMID: 25686099. doi: 10.3109/15563650.2015.1013196.

13. Brown et al. **Oversight Committee Member**. Clinical Policy: Use of Intravenous Tissue Plasminogen Activator for the Management of Acute Ischemic Stroke in the Emergency Department. *Ann Emerg Med.* 2015 Sep;66(3):322-333. PMID 26304253. doi: 10.1016/j.annemergmed.2015.06.031

14. Hildreth AF, Takhar S, Clark MA, **Hatten B**. Evidence-Based Evaluation And Management Of Patients With Pharyngitis In The Emergency Department. *Emerg Med Pract.* 2015 Sep;17(9):1-16. PMID 26276908.

15. Mace et al. **Oversight Committee Member**. Clinical Policy for Well-Appearing Infants and Children Younger Than 2 Years of Age Presenting to the Emergency Department With Fever. *Ann Emerg Med.* 2016 May;67(5):625-639. PMID 27106368. doi: 10.1016/j.annemergmed.2016.01.042

16. Lo BM, Carpenter CR, **Hatten BW**, Wright BJ, Brown MD. American College of Emergency Physicians Clinical Policies Subcommittee (Writing Committee) on Suspected Transient Ischemic Attack. Clinical Policy: Critical Issues in the Evaluation of Adult Patients With Suspected Transient Ischemic Attack in the Emergency Department. *Ann Emerg Med.* 2016 Sep;68(3):354-370. PMID

26

27568419. doi: 10.1016/j.annemergmed.2016.06.048

17. Beauchamp GA, Hendrickson RG, **Hatten BW**; Toxicology Investigators Consortium (ToxIC). Endotracheal Intubation for Toxicologic Exposures: A Retrospective Review of Toxicology Investigators Consortium (ToxIC) Cases. *J Emerg Med.* 2016 Oct;51(4):382-388.e11. PMID 27480352. doi: 10.1016/j.jemermed.2016.05.056

18. **Hatten BW**, French LK, Horowitz BZ, Hendrickson RG. Outcomes After High Concentration Peroxide Ingestions. *Ann Emerg Med.* 2017 Jun;69(6):726-736. PMID 28153539. doi: 10.1016/j.annemergmed.2016.11.022

19. Wolf et al. **Oversight Committee Member**. Clinical Policy: Critical Issues in the Evaluation and Management of Adult Patients Presenting to the Emergency Department With Acute Carbon Monoxide Poisoning. *Ann Emerg Med.* 2017 Jan;69(1):98-107. PMID 27993310. doi: 10.1016/j.annemergmed.2016.11.003

20. Hahn et al. **Oversight Committee Member**. Clinical Policy: Critical Issues in the Initial Evaluation and Management of Patients Presenting to the Emergency Department in Early Pregnancy. *Ann Emerg Med.* 2017 Feb;69(2):241-250. PMID 28126120. doi: 10.1016/j.annemergmed.2016.11.002

21. Nazarian et al. **Oversight Committee Member**. Clinical Policy: Critical Issues in the Diagnosis and Management of the Adult Psychiatric Patient in the Emergency Department. *Ann Emerg Med.* 2017 Apr;69(4):480-498. PMID 28335913. doi: 10.1016/j.annemergmed.2017.01.036

22. Promes et al. **Oversight Committee Member**. Clinical Policy: Emergency Department Management of Patients Needing Reperfusion Therapy for Acute ST-Segment Elevation Myocardial Infarction. *Ann Emerg Med.* 2017 Nov;70(5):724-739. PMID 29056206. doi: 10.1016/j.annemergmed.2017.09.035

## BOOKS

1. Brent J, Burkhart K, Dargan P, **Hatten B**, Megarbane B, Palmer R. Critical Care Toxicology, 2nd Edition. Springer. 2017.

## BOOK CHAPTERS/NON-PEER REVIEWED PUBLICATIONS

1. **Hatten B**, Krzyzaniak S, Saghafi O. Pharyngitis: Current Guidelines For Emergency Clinicians. *EM Practice Guidelines Update.* 2011; 3(10)

2. **Hatten B**. Aspirin and Nonsteroidal Agents. In Walls, et al. Rosen's Emergency Medicine, 9th Edition. Elsevier.  2017.

## ABSTRACTS PUBLISHED:
(Abstract authored on previously published articles for the *Journal of Emergency Medicine* Abstract Section)

1. **Hatten B**. "Estimated Risk of Cancer Associated With Radiation Exposure From 64-Slice Computed Tomography Coronary Angiography: Einstein AJ, Henzlova MJ, Rajagopalan S. *JAMA* 2007; 298:317–23" J *Emerg Med*. 2007; 33(4): 443-444.

2. **Hatten B. "**What Causes Prolonged Fatigue after Infectious Mononucleosis: And Does It Tell Us Anything about Chronic Fatigue Syndrome? White PD. *J Infect Dis* 2007; 196:4–5." *J Emerg Med*. 2007; 33(4): 444-445.

3. **Hatten B.** "Risk Factors of Symptomatic Intracerebral Hemorrhage After tPA Therapy for Acute Stroke: Lansberg MG, Thijs VN, Bammer R, et al. *Stroke* 2007; 38:2275–8." *J Emerg Med*. 2007; 33(4): 446-447.

4. **Hatten B.** "Accuracy of Ultrasonography in Diagnosis of Testicular Rupture After Blunt Scrotal Trauma: Guichard G, El Ammari J, Del Coro C, et al. *Urology* 2008; 1:52–6." *J Emerg Med*. 2008; 35(1): 112.

5. **Hatten B. "**Who Survives from Out-of-Hospital Pulseless Electrical Activity? Vayrynen T, Kuisma M, Maatta T, Boyd J. *Resuscitation* 2008; 76:207–13." *J Emerg Med*. 2008; 35(1): 113.

6. **Hatten B.** "Early Risk of Stroke After Transient Ischemic Attack: A Review and Meta-Analysis: Wu CM, McLaughlin K, Lorenzetti DL, et al. *Arch Intern Med* 2007; 167:2417–22." *J Emerg Med*. 2008; 35(1): 115.

7. **Hatten B.** "Hyponatremia and Hypokalaemia During Intravenous Fluid Administration: Armon K, Riordan A, Playfor S, et al. *Arch Dis Child* 2008; 93:285–7." *J Emerg Med*. 2008; 35(3): 351.

## ABSTRACT PRESENTATIONS

1. Roppolo LP, Krackover B, Miller AH, **Hatten B**. Can Midlevel Providers Perform Ultrasonography on Superficial Abscesses? Poster Presentation. *Ann Emerg Med* 2004; 44(4):S83-S84.

2. Roppolo LP, Brockman CR, **Hatten B**, Hynan LS. A Prospective Study Comparing Standard Laryngoscopy to the Trachview Videoscope System for Orotracheal Intubation by Emergency Medicine Residents and Medical Students. Poster Presentation. *Ann Emerg Med* 2004; 44(4):S117-S118.

3. Vogel J, **Hatten B**, Druck J. Assessing Residency Review Committee Compliance with an Electronic Survey. Poster Presentation. *Acad Emerg Med* 2009; 16(4):S44-45.

4. **Hatten B**, Liao M, Byyny R, Caruso E, Haukoos J. Change In Major Trauma Following A Law To Allow Expansion Of Alcohol Sales. Poster Presentation. *Acad Emerg Med* 2011; 18(5):S61.

5. **Hatten B**, Sande M, Druck J. What Does "Service Obligation" or "Clinical Education" Mean? Poster Presentation. *Acad Emerg Med* 2011; 18(5):S59.

6. **Hatten B,** Liao M, Caruso E, Haukoos J. Change in Ethanol Related Visits and Alcohol Withdrawal Visits to the Emergency Department Following a Law to Allow Expansion of Alcohol Sales**.** Poster Presentation. *Acad Emerg Med* 2012;

28

19(4):S355.

7. **Hatten BW,** McKeown NJ, Hendrickson RG, Horowitz BZ. The spatial epidemiology of mushroom ingestion calls to US poison control centers: 2001-2011**.** Plenery Presentation. *Clin Toxicol* 2012; 50(7):574-575.

8. **Hatten BW,** McKeown NJ, Hendrickson RG. Arginine Hydrochloride overdose in an infant**.** Poster Presentation. *Clin Toxicol* 2012; 50(7):595-596.

9. **Hatten BW,** Bueso A, Horowitz BZ. Severe pediatric lead toxicity after ingestion of three intact rifle cartridges**.** Poster Presentation. *Clin Toxicol* 2012; 50(7):597-598.

10. Williams BT, Schlein S, Caravati M, **Hatten B**. Botulism outbreak in a state prison from "pruno". Platform Presentation. *Clin Toxicol* 2012; 50(7):611-612.

11. **Hatten BW**, Bueso A, French LK. First report of envenomation by the Great Lakes Bush Viper (Atheris nitschei). Poster Presentation. *Clin Toxicol* 2012; 50(7):648.

12. Kusin S, Pizarro-Osilla C, **Hatten BW**, Hendrickson RG, West PL. Cinnamania: 15 seconds of internet fame, 3 days in the ICU. Poster Presentation. *Clin Toxicol* 2012; 50(7):655.

13. **Hatten B**, Kaplan B, Kim H, Ginde A. Sensitivity and Positive Predictive Value of ICD-9-CM Codes for Alcohol-Related Diagnoses in the Emergency Department. Poster Presentation. *Ann Emerg Med* 2012; 60(4):S33.

14. **Hatten BW**, Lewis ME, Russell JW, Hendrickson RG. Major Bleeding Events in Salicylate Toxicity. Poster Presentation. *J Med Toxicol* 2013; 9(1) 82-105.

15. **Hatten BW**, Hendrickson RG, McKeown NJ, Freeman MD, Horowitz BZ. Coral Snake Envenomations 2001-2011: Antivenin Use and Outcomes. Oral Presentation. *Acad Emerg Med* 2013; 20(s1):S121.

16. **Hatten BW,** Keith LK, Hendrickson RG, Horowitz BZ. Outcomes following high concentration peroxide ingestions**.** Plenery Presentation. *Clin Toxicol* 2013; 51(7):582-583.

17. **Hatten BW,** Keith LK, Hendrickson RG, Horowitz BZ. Caustic injuries following high concentration peroxide ingestions: 2001-2011**.** Poster Presentation. *Clin Toxicol* 2013; 51(7):632.

18. **Hatten BW,** Keith LK, Hendrickson RG, Horowitz BZ. Utility of CT and HBO therapy following high concentration peroxide ingestions: 2001-2011**.** Poster Presentation. *Clin Toxicol* 2013; 51(7):632-633.

19. Lopez AM, Kusin S, **Hatten BW**, Horowitz BZ. What's the cost of better joints? move free advanced leading to hepatotoxicity**.** Poster Presentation. *Clin Toxicol* 2013; 51(7):638.

20. Kusin S, **Hatten BW,** Giffin S, Horowitz BZ. Participation and response times of U.S. poison centers in a nationwide chart review. Oral Presentation. *Clin Toxicol* 2013; 51(7):705-706.

21. Russell JW, **Hatten BW**, Lewis ME, Hendrickson RG. Predictors of Coagulopathy and Hemorrhage in Salicylate Toxicity. Poster Presentation. *Ann Emerg Med* 2013; 62(4):S123.

29

22. **Hatten BW,** Hendrickson RG, Daya M, Fu R, Newgard C. Factors associated with prehospital naloxone use in the United States: 2010. Poster Presentation. *Clin Toxicol* 2014; 52(4):295-443.

23. Lopez AM, **Hatten BW,** French LK, Hendrickson RG.  Aspirin and Fanconi syndrome: are there risk factors for its development? Poster Presentation. *Clin Toxicol* 2014; 52(7):682-818.

24. **Hatten BW,** Brent JA, Wax PM. On behalf of the ACMT Toxicology Investigators Consortium (ToxIC). Chemical Threat Agents Reported in the ToxIC Registry (2010-2013). Poster Presentation. *J Med Toxicol* 2015; 11: 2-47.

25. Wang GS, Monte AA, **Hatten B**, Brent J, Buchanan J, Heard K.  Medical Toxicology Consult Service at a Tertiary Care Children's Hospital. Poster Presentation. *J Med Toxicol* 2015; 11: 2-47.

26. **Hatten BW**, West NA, Severtson SG, Green JL, Dart RC.  Prescription Opioid Exposures and Outcomes Among Older Adults. Oral Presentation. *Acad Emerg Med* 2015; 22(s1):S138-139.

27. **Hatten BW,** Beauchamp GA. On behalf of the ACMT Toxicology Investigators Consortium (ToxIC). Toxic exposures in young children resulting intracheal intubation. Oral & Poster Presentations. *Clin Toxicol* 2015; 53(4):299.

28. **Hatten BW**. QRS widening associated with quetiapine toxicity. Poster Presentation. *Clin Toxicol* 2015; 53(7):639-777.

29. **Hatten BW**. On behalf of the ACMT Toxicology Investigators Consortium (ToxIC). Hydrogen Peroxide Exposures Reported to the Toxicology Investigators Consortium (ToxIC). Poster Presentation. *J Med Toxicol* Mar; 13(1): 31.

30. Moss M, Hendrickson R, **Hatten B**. Muscimol and ibotenic acid containing mushrooms exposures: US National Poison Data System 2001-2011. Poster Presentation. *J Med Toxicol* Mar; 13(1): 17-18.

31. Won KJ, Jacknin G, **Hatten BW**. Parenteral Lidocaine to Treat Symptomatic Nephrolithiasis. Poster Presentation. *Acad Emerg Med* 2017 May;24 Suppl 1:S264.

32. Vo T, Hendrickson R, **Hatten B**. Plant and fungi exposures reported to the Toxicology Investigators Consortium (ToxIC). Poster Presentation. *Clin Toxicol* Aug;55(7):689-868.

**Benjamin Hatten MD MPH**

<u>Sworn Testimony</u>

**2015**

| | |
|---|---|
| People v Pebley | Trial |
| Taylor v McGill | Deposition |
| Urban v Billica | Deposition |
| Doe v Aminokit, et al | Trial |
| Holehan v The Brook | Deposition |

**2016**

| | |
|---|---|
| Shipper v State of WY | Hearing |
| United Steelworkers v Suncor | Hearing |
| Stribling v March | Deposition |
| Gillespie v Rajadas | Deposition |

# Invoice

| Services Provided To: | | Tax ID: 84-1326539 | |

Perkins-Coie
c/oThe Nelson Law Firm
1740 N. High Street
Denver, CO 80218

**Attny/Case**

Deposition Preparation
Deposition Time
Deposition Travel Time
RE:  Weyerhaeuser

| Invoice Date | Invoice # | | Terms | Month of Service |
|---|---|---|---|---|
| 5/31/2019 | TC9407 | | Due on receipt | |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 4/18/19 Deposition preparation | 8.5 | 600.00 | 5,100.00 |
| 4/24/19 Deposition preparation | 4.75 | 600.00 | 2,850.00 |
| 4/26/19 Deposition preparation | 6.75 | 600.00 | 4,050.00 |
| 4/27/19 Deposition preparation | 8.75 | 600.00 | 5,250.00 |
| 4/28/19 Deposition preparation | 5.5 | 600.00 | 3,300.00 |
| 4/29/19 Deposition preparation | 8.5 | 600.00 | 5,100.00 |
| 4/30/19 Deposition preparation | 0.5 | 600.00 | 300.00 |
| 4/30/19 Deposition time | 5 | 600.00 | 3,000.00 |
| 4/30/19 Deposition travel time | 1.5 | 600.00 | 900.00 |

Services provided by E.W.Cetaruk MD.  Please remit to Toxicology Associates. Tax ID 84-1326539.

**Total**   $29,850.00

EXHIBIT
3

# Invoice

**Services Provided To:**

Perkins-Coie
c/oThe Nelson Law Firm
1740 N. High Street
Denver, CO 80218

Tax ID: 84-1326539

**Attny/Case**

Deposition Preparation
Deposition Time
Deposition Travel Time
RE:  Weyerhaeuser

| Invoice Date | Invoice # |
|---|---|
| 5/31/2019 | BH136 |

| Terms | Month of Service |
|---|---|
| Due on receipt | May 2019 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 5/10/19 Deposition preparation | 2 | 600.00 | 1,200.00 |
| 5/11/19 Deposition preparation | 8 | 600.00 | 4,800.00 |
| 5/12/19 Deposition preparation | 6 | 600.00 | 3,600.00 |
| 5/13/19 Deposition preparation | 8 | 600.00 | 4,800.00 |
| 5/14/19 Deposition, travel to and from deposition | 9 | 600.00 | 5,400.00 |
| 5/24/19 Deposition review | 4 | 600.00 | 2,400.00 |

Services Provided by Benjamin Hatten, MD, MPH. Please remit to Toxicology Associates
Tax ID 84-132653

**Total** $22,200.00

# Invoice

**Services Provided To:**

Perkins-Coie
c/oThe Nelson Law Firm
1740 N. High Street
Denver, CO 80218

Tax ID: 84-1326539

**Attny/Case**

Deposition Preparation
Deposition Time
Deposition Travel Time
RE: Weyerhaeuser

| Invoice Date | Invoice # |
|---|---|
| 5/23/2019 | KK5154 |

| Terms | Month of Service |
|---|---|
| Due on receipt | May 2019 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 5/21/19 Deposition | 7 | 600.00 | 4,200.00 |
| 5/6/19 Deposition preparation | 2 | 600.00 | 1,200.00 |
| 5/11/19 Deposition preparation | 2.5 | 600.00 | 1,500.00 |
| 5/12/19 Deposition preparation | 3 | 600.00 | 1,800.00 |
| 5/13/19 Deposition preparation | 2.5 | 600.00 | 1,500.00 |
| 5/14/19 Deposition preparation | 2.5 | 600.00 | 1,500.00 |
| 5/15/19 Deposition preparation | 2.75 | 600.00 | 1,650.00 |
| 5/18/19 Deposition preparation | 2.5 | 600.00 | 1,500.00 |
| 5/19/19 Deposition preparation | 1.5 | 600.00 | 900.00 |
| 5/20/19 Deposition preparation | 3 | 600.00 | 1,800.00 |
| No travel time will be charged | | | |

Services Provided by Ken Kulig, MD. Please remit to Toxicology Associates, PLLC. Tax #84-1326539

**Total**   $17,550.00

# Invoice

| Services Provided To: | | Tax ID: 84-1326539 | |
|---|---|---|---|

Perkins-Coie
c/oThe Nelson Law Firm
1740 N. High Street
Denver, CO 80218

Attny/Case

Deposition Preparation
Deposition Time
Deposition Travel Time
RE: Weyerhaeuser

| Invoice Date | Invoice # | | Terms | Month of Service |
|---|---|---|---|---|
| 5/31/2019 | WB1063 | | Due on receipt | May 2019 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 5/31/10 Deposition transcript review | 0.75 | 600.00 | 450.00 |

Services Provided by W. Boroughf, DO. Please remit to Toxicology Associates TAX ID 84-1326539

| **Total** | $450.00 |
|---|---|

# Invoice

| Services Provided To: |
|---|
| Perkins-Coie<br>c/oThe Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 |

Tax ID: 84-1326539

**Attny/Case**

Deposition Preparation
Deposition Time
Deposition Travel Time
RE: Weyerhaeuser

| Invoice Date | Invoice # | | Terms | Month of Service |
|---|---|---|---|---|
| 5/23/2019 | WB1062 | | Due on receipt | April/May 2019 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 4/10/19 Deposition preparation | 2.5 | 600.00 | 1,500.00 |
| 5/10/19 Deposition preparation | 2 | 600.00 | 1,200.00 |
| 5/14/19 Deposition preparation | 5.75 | 600.00 | 3,450.00 |
| 5/15/19 Deposition preparation | 5.25 | 600.00 | 3,150.00 |
| 5/16/19 Deposition travel time | 1 | 600.00 | 600.00 |
| 5/16/19 Deposition testimony | 5.5 | 600.00 | 3,300.00 |

Services Provided by W. Boroughf, DO. Please remit to Toxicology Associates TAX ID 84-1326539

**Total**  $13,200.00

# Invoice

| Services Provided To: |
|---|
| Mark Nelson, Esq. c/o<br>Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 |

**Tax ID: 84-1326539**

**Attny/Case**

RE: Formaldehyde
Attn: Mark W. Nelson, Esq.

| Invoice Date | Invoice # |
|---|---|
| 2/28/2019 | KK5117 |

| Terms | Month of Service |
|---|---|
| Due on receipt | February 2019 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 2/22/19 Review of medical literature and review of medical records | 2 | 600.00 | 1,200.00 |
| 2/25/19 Review of medical records and review of medical literature | 2.5 | 600.00 | 1,500.00 |

Services Provided by Ken Kulig, MD. Please remit to Toxicology Associates, PLLC. Tax #84-1326539

| **Total** | $2,700.00 |
|---|---|

# Invoice

| Services Provided To: | |
|---|---|
| The Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 | |

| Tax ID: 84-1326539 |
|---|

| Attny/Case |
|---|
| Attn: Mark Nelson, Esq.<br>RE: Formaldehyde |

| Invoice Date | Invoice # |
|---|---|
| 3/31/2019 | KK5133 |

| Terms | Month of Service |
|---|---|
| PAST DUE | March 2019 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 3/3/19 Review of medical records and review of medical literature | 2 | 600.00 | 1,200.00 |
| 3/5/19 Review of medical literature and review of legal documents | 1.5 | 600.00 | 900.00 |
| 3/9/19 Review of medical records and review of medical literature | 2 | 600.00 | 1,200.00 |
| 3/13/19 Review of medical literature | 2.5 | 600.00 | 1,500.00 |
| 3/15/19 Review of medical literature | 2 | 600.00 | 1,200.00 |
| 3/22/19 Review of legal documents | 0.5 | 600.00 | 300.00 |
| 3/26/19 Review of legal documents | 2 | 600.00 | 1,200.00 |
| 3/31/19 Review of legal documents and review of medical literature | 2.5 | 600.00 | 1,500.00 |
| 5/1/19 THIS INVOICE IS PAST DUE - PLEASE REMIT | | | |
| 6/1/19 2ND REQUEST FOR PAYMENT IN FULL | | | |
| 5/22/19 Leah called and will be back in office 5/23 and will call me with status. | | | |

| Services Provided by Ken Kulig, MD. Please remit to Toxicology Associates, PLLC. Tax #84-1326539 | **Total** | $9,000.00 |
|---|---|---|

# Invoice

Services Provided To:

The Nelson Law Firm
1740 N. High Street
Denver, CO 80218

Tax ID: 84-1326539

Attny/Case

Attn: Mark Nelson, Esq.
RE: Formaldehyde

| Invoice Date | Invoice # |
|---|---|
| 4/30/2019 | BH134 |

| Terms | Month of Service |
|---|---|
| PAST DUE | April 2019 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 4/1/19 Meeting with Attorney REDUCED RATE FOR MEETING | 3.33 | 300.00 | 999.00 |
| 4/9/19 Conference call with attorney | 1.5 | 600.00 | 900.00 |
| 4/13/19 Read and evaluate relevant medical and scientific literature and investigate case-related issues, read and evaluate depositions and investigate related issues, report preparation and computerized literature search | 4 | 600.00 | 2,400.00 |
| 4/16/19 Read and evaluate relevant medical and scientific literature and investigate case-related issues, read and evaluate depositions and investigate related issues, report preparation and computerized literature search | 2 | 600.00 | 1,200.00 |
| 4/18/19 Read and evaluate relevant medical and scientific literature and investigate case-related issues, read and evaluate depositions and investigate related issues, report preparation and computerized literature search | 4 | 600.00 | 2,400.00 |
| 4/21/19 Read and evaluate relevant medical and scientific literature and investigate case-related issues, read and evaluate depositions and investigate related issues, report preparation and computerized literature search | 4.5 | 600.00 | 2,700.00 |
| 4/22/19 Read and evaluate relevant medical and scientific literature and investigate case-related issues, read and evaluate depositions and investigate related issues, report preparation and computerized literature search | 3 | 600.00 | 1,800.00 |
| 4/23/19 Read and evaluate relevant medical and scientific literature and investigate case-related issues and conference call with attorney | 1.5 | 600.00 | 900.00 |
| 6/1/19 THIS INVOICE IS PAST DUE - PLEASE REMIT | | | |

Services Provided by Benjamin Hatten, MD, MPH. Please remit to Toxicology Associates
Tax ID 84-132653

**Total** $13,299.00

# Invoice

| Services Provided To: | | Tax ID: 84-1326539 |
|---|---|---|

The Nelson Law Firm
1740 N. High Street
Denver, CO 80218

Attny/Case

Attn: Mark Nelson, Esq.
RE: Formaldehyde

| Invoice Date | Invoice # | | Terms | Month of Service |
|---|---|---|---|---|
| 4/30/2019 | TC9394 | | PAST DUE | Aoril 2019 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 4/1/19 Meeting with Attorney<br>REDUCED RATE FOR MEETING<br>6/1/19 THIS INVOICE IS PAST DUE - PLEASE REMIT | 3.33 | 300.00 | 999.00 |

| Services provided by E.W.Cetaruk MD.  Please remit to Toxicology Associates, Tax ID 84-1326539. | **Total** | $999.00 |
|---|---|---|

# Invoice

| Services Provided To: |
|---|
| The Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 |

| Tax ID: 84-1326539 |
|---|

| Attny/Case |
|---|
| Attn: Mark Nelson, Esq.<br>RE: Formaldehyde |

| Invoice Date | Invoice # |
|---|---|
| 4/30/2019 | WB1054 |

| Terms | Month of Service |
|---|---|
| PAST DUE | April 2019 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 4/1/19 Meeting with attorney | 3.33 | 300.00 | 999.00 |
| 4/2/19 Review of additional discovery | 0.75 | 600.00 | 450.00 |
| 4/9/19 Review of additional discovery | 2.5 | 600.00 | 1,500.00 |
| 4/10/19 Report review in preparation | 2.5 | 600.00 | 1,500.00 |
| 4/19/19 Rebuttal report generation | 2.75 | 600.00 | 1,650.00 |
| 4/21/19 Rebuttal report generation | 2 | 600.00 | 1,200.00 |
| 4/22/19 Rebuttal report generation | 2 | 600.00 | 1,200.00 |
| 6/1/19 THIS INVOICE IS PAST DUE - PLEASE REMIT | | | |

| Services Provided by W. Boroughf, DO. Please remit to Toxicology Associates TAX ID 84-1326539 | **Total** | $8,499.00 |
|---|---|---|

# Invoice

Services Provided To:

The Nelson Law Firm
1740 N. High Street
Denver, CO 80218

Tax ID: 84-1326539

Attny/Case

Attn: Mark Nelson, Esq.
RE: Formaldehyde

| Invoice Date | Invoice # |
| --- | --- |
| 4/30/2019 | KK5143 |

| Terms | Month of Service |
| --- | --- |
| PAST DUE | April 2019 |

| Work Performed | Quantity/Hours | Rate | Amount |
| --- | --- | --- | --- |
| 4/1/19 Meeting with attorney | 1 | 300.00 | 300.00 |
| REDUCED RATE FOR MEETING | | | |
| 4/1/19 Teleconference | 1 | 600.00 | 600.00 |
| 4/3/19 Review of medical records, review of legal documents and deposition review | 3 | 600.00 | 1,800.00 |
| 4/5/19 Medical records review and deposition review | 2.5 | 600.00 | 1,500.00 |
| 4/7/19 Review of medical literature | 2 | 600.00 | 1,200.00 |
| 4/10/19 Review of medical literature, review of legal documents and deposition review | 2.5 | 600.00 | 1,500.00 |
| 4/12/19 Depositing review and review of legal documents | 1.75 | 600.00 | 1,050.00 |
| 4/14/19 Review of legal documents, deposition review and review of medical literature | 3.5 | 600.00 | 2,100.00 |
| 4/16/19 Review of medical literature and review of legal documents | 2.75 | 600.00 | 1,650.00 |
| 4/19/19 Review of medical literature and report | 3 | 600.00 | 1,800.00 |
| 4/20/19 Review of medical literature and report | 3 | 600.00 | 1,800.00 |
| 4/21/19 Review of medical literature and report | 4 | 600.00 | 2,400.00 |
| 6/1/19 THIS INVOICE IS PAST DUE - PLEASE REMIT | | | |
| 7/1/19 2ND REQUEST FOR PAYMENT IN FULL | | | |

Services Provided by Ken Kulig, MD.  Please remit to Toxicology Associates, PLLC.  Tax #84-1326539

**Total**    $17,700.00

# Invoice

| Services Provided To: | | Tax ID: 84-1326539 |
|---|---|---|

The Nelson Law Firm
1740 N. High Street
Denver, CO 80218

Attny/Case

Attn: Mark Nelson, Esq.
RE: Formaldehyde

| Invoice Date | Invoice # | | Terms | Month of Service |
|---|---|---|---|---|
| 5/31/2019 | TC9408 | | Due on receipt | 4/ |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 4/8/19 Review and evaluate expert reports and investigate related toxicological issuers | 4.25 | 600.00 | 2,550.00 |
| 4/9/19 Review new medical and scientific literature | 4.25 | 600.00 | 2,550.00 |
| 4/11/19 Review and evaluate expert reports and investigate related toxicological issues and review new medical and scientific literature | 6 | 600.00 | 3,600.00 |
| 4/15/19 Review government websites and documents | 2.25 | 600.00 | 1,350.00 |
| 4/17/19 Review and evaluate relevant medical and scientific literature and investigate case-related issues and review new medical and scientific literature | 6.5 | 600.00 | 3,900.00 |
| 4/20/19 Review and evaluate relevant medical and scientific literature and investigate case-related issues and report preparation | 4.75 | 600.00 | 2,850.00 |
| 4/22/19 Report preparation and conference call with attorney | 5.5 | 600.00 | 3,300.00 |
| 5/20/19 Review my deposition | 2.25 | 600.00 | 1,350.00 |

Services provided by E.W.Cetaruk MD.  Please remit to Toxicology Associates, Tax ID 84-1326539.

**Total**   $21,450.00

# Invoice

| Services Provided To: |
|---|
| The Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 |

Tax ID: 84-1326539

Attny/Case

Attn: Mark Nelson, Esq.
RE: Formaldehyde

| Invoice Date | Invoice # |
|---|---|
| 5/31/2019 | BH137 |

| Terms | Month of Service |
|---|---|
| Due on receipt | May 2019 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 5/27/19 Read and evaluate depositions and investigate related issues | 8 | 600.00 | 4,800.00 |

Services Provided by Benjamin Hatten, MD, MPH. Please remit to Toxicology Associates
Tax ID 84-132653

| Total | $4,800.00 |
|---|---|

# Invoice

| Services Provided To: |
|---|
| Mark Nelson, Esq. c/o<br>Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 |

| Tax ID: 84-1326539 |
|---|

| Attny/Case |
|---|
| RE:  Formaldehyde<br>Attn:  Mark W. Nelson, Esq. |

| Invoice Date | Invoice # |
|---|---|
| 12/31/2018 | KK5092 |

| Terms | Month of Service |
|---|---|
| PAST DUE | December 2018 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| Adjemin/Rajvagor Herrick families 12/21/18 review of medical records and review of medical literature<br>2/1/19 THIS INVOICE IS PAST DUE - PLEASE REMIT<br>3/1/19 2ND REQUEST FOR PAYMENT IN FULL<br>2/28/19 karen@nelsonlawfirm.net Sent email copy to Karen 303-861-0750<br><br>EFFECTIVE 2/28/19 WE NO LONGER ACCEPT CREDIT CARDS AS PAYMENT | 2 | 600.00 | 1,200.00 |

| Services Provided by Ken Kulig, MD.  Please remit to Toxicology Associates, PLLC.  Tax #84-1326539 | **Total** | $1,200.00 |
|---|---|---|

# Invoice

| Services Provided To: | |
|---|---|
| Mark Nelson, Esq. c/o<br>Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 | |

Tax ID: 84-1326539

Attny/Case

RE: Formaldehyde
Attn: Mark W. Nelson, Esq.

| Invoice Date | Invoice # |
|---|---|
| 9/6/2018 | 1651 |

| Terms | Month of Service |
|---|---|
| Due on receipt | September 2018 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 9/6/18 Retrieve files from storage, scan and put on flash drive for Heather | 0.75 | 80.00 | 60.00 |

Services provided by Su Dierbeck, Admin Asst. Please remit to Toxicology Assoc Tax ID; 84-1326539

| **Total** | $60.00 |
|---|---|

# Invoice

| Services Provided To: |
|---|
| Mark Nelson, Esq. c/o<br>Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 |

**Tax ID: 84-1326539**

**Attny/Case**

RE: Formaldehyde
Attn: Mark W. Nelson, Esq.

| Invoice Date | Invoice # |
|---|---|
| 8/31/2018 | KK5048 |

| Terms | Month of Service |
|---|---|
| PAST DUE | August 2018 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| RE: KELSY HERRICK | 1.5 | 600.00 | 900.00 |
| 8/3/18 IME | | | |
| 8/12/18 Report | 2 | 600.00 | 1,200.00 |
| 10/1/18 THIS INVOICE IS PAST DUE - PLEASE REMIT | | | |

Services Provided by Ken Kulig, MD. Please remit to Toxicology Associates, PLLC. Tax #84-1326539

| **Total** | $2,100.00 |
|---|---|

# Invoice

| Services Provided To: |
|---|
| Mark Nelson, Esq. c/o<br>Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 |

Tax ID: 84-1326539

Attny/Case

RE: Formaldehyde
Attn: Mark W. Nelson, Esq.

| Invoice Date | Invoice # |
|---|---|
| 7/31/2018 | 1634 |

| Terms | Month of Service |
|---|---|
| PAST DUE | July 2018 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 7/6/18 Transcribe report draft of Gilchrist Family of Dr. Benjamin Hatten | 1 | 80.00 | 80.00 |
| 7/6/18 Transcribe reporr draft of Sparrow Family of Dr. Benjamin Hatten | 1.25 | 80.00 | 100.00 |
| 9/1/18 THIS INVOICE IS PAST DUE - PLEASE REMIT | | | |

Services provided by Su Dierbeck, Admin Asst. Please remit to Toxicology Assoc Tax ID; 84-1326539

| Total | $180.00 |
|---|---|

# Invoice

| Services Provided To: | | |
|---|---|---|
| Mark Nelson, Esq. c/o<br>Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 | | |

**Tax ID: 84-1326539**

**Attny/Case**

RE:  Formaldehyde
Attn:  Mark W. Nelson, Esq.

| Invoice Date | Invoice # | | Terms | Month of Service |
|---|---|---|---|---|
| 7/31/2018 | BH99 | | PAST DUE | July 2018 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| **SPARROW FAMILY** | 2 | 600.00 | 1,200.00 |
| 7/2/18 Read and evaluate relevant medical and scientific  literature and investigate case-related issues, read and evaluate medical records and related documents and IME exam | | | |
| 7/5/18 Read and evaluate relevant medical and scientific literature and investigate case-related issues, read and evaluate medical records and related documents, and report preparation | 2 | 600.00 | 1,200.00 |
| 7/29/18 Read and evaluate relevant medical and scientific literature and investigate case-related issues | 2 | 600.00 | 1,200.00 |
| 7/30/18 Read and evaluate relevant medical and scientific literature and investigate case-related issues and report preparation | 0.5 | 600.00 | 300.00 |
| **GILCHRIST FAMILY** | 2 | 600.00 | 1,200.00 |
| 7/5/18 Read and evaluate relevant medical and scientific literature and investigate case-related issues, read and evaluate medical records and related documents and report preparation | | | |
| 7/29/18 Read and evaluate relevant medical and scientific literature and investigate case-related issues and report preparation | 2 | 600.00 | 1,200.00 |
| 7/30/18 Read and evaluate relevant medical and scientific literature and investigate case-related issues and report preparation | 0.5 | 600.00 | 300.00 |
| **GENERAL** | 10 | 600.00 | 6,000.00 |
| 7/24/1 Read and evaluate relevant medical and scientific literature and investigate case related issues and computerized literature search | | | |
| 7/28/18 Read and evaluate relevant medical and scientific literature and investigate case-related issues and computerized literature search | 8 | 600.00 | 4,800.00 |
| 7/30/18 Read and evaluate relevant medical and scientific literature and investigate case-related issues and conference call with attorney | 0.5 | 600.00 | 300.00 |
| **RITZ FAMILY** | 2 | 600.00 | 1,200.00 |
| 7/29/18 Read and evaluate relevant medical and scientific literature and investigate case-related issues and report preparation | | | |

| Services Provided by Benjamin Hatten, MD, MPH. Please remit to Toxicology Associates<br>Tax ID 84-132653 | **Total** |
|---|---|

# Invoice

| Services Provided To: | Tax ID: 84-1326539 |
|---|---|
| Mark Nelson, Esq. c/o<br>Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 | **Attny/Case**<br><br>RE:  Formaldehyde<br>Attn:  Mark W. Nelson, Esq. |

| Invoice Date | Invoice # | | Terms | Month of Service |
|---|---|---|---|---|
| 7/31/2018 | BH99 | | PAST DUE | July 2018 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 7/30/18 Read and evaluate relevant medical and scientific literature and investigate case-related issues and report preparation<br>9/1/18 THIS INVOICE IS PAST DUE - PLEASE REMIT<br>Per Colleen the July invoices will be paid by mid-Sept.<br>9/17/18 LMTC Mr. Nelson for July payments | 0.5 | 600.00 | 300.00 |

| Services Provided by Benjamin Hatten, MD, MPH. Please remit to Toxicology Associates<br>Tax ID 84-132653 | **Total** | $19,200.00 |
|---|---|---|

# Invoice

| Services Provided To: | | | Tax ID: 84-1326539 |
|---|---|---|---|

Mark Nelson, Esq. c/o
Nelson Law Firm
1740 N. High Street
Denver, CO 80218

**Attny/Case**

RE: Formaldehyde
Attn: Mark W. Nelson, Esq.

| Invoice Date | Invoice # | | Terms | Month of Service |
|---|---|---|---|---|
| 7/31/2018 | TC9336 | | PAST DUE | July 2018 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 7/29/18  Read and evaluate relevant medical and scientific literature and investigate case-related issues and report preparation | 4.25 | 600.00 | 2,550.00 |
| 7/31/18  Read and evaluate relevant medical and scientific literature and investigate case-related issues, report preparation and telephone conference with Attny. Nelson | 1.5 | 600.00 | 900.00 |
| 9/1/18 THIS INVOICE IS PAST DUE - PLEASE REMIT | | | |

*Paid*

| Services provided by E.W. Cetaruk MD.  Please remit to Toxicology Associates, Tax ID 84-1326539. | **Total** | $3,450.00 |
|---|---|---|

# Invoice

| Services Provided To: |
|---|
| Mark Nelson, Esq. c/o<br>Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 |

**Tax ID: 84-1326539**

**Attny/Case**

RE: Formaldehyde
Attn: Mark W. Nelson, Esq.

| Invoice Date | Invoice # | | Terms | Month of Service |
|---|---|---|---|---|
| 7/31/2018 | KK5036 | | PAST DUE | July 2018 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| ADJEMIAN FAMILY | 2 | 600.00 | 1,200.00 |
| 7/22/18 Review of medical literature and report | | | |
| 7/28/18 Report | 2 | 600.00 | 1,200.00 |
| RAJYAGOR FAMILY | 2.5 | 600.00 | 1,500.00 |
| 7/23/18 Medical records review, review of medical literature and report | | | |
| 7/27/18 Report | 2 | 600.00 | 1,200.00 |
| 9/1/18 THIS INVOICE IS PAST DUE - PLEASE REMIT | | | |

| Services Provided by Ken Kulig, MD. Please remit to Toxicology Associates, PLLC. Tax #84-1326539 | **Total** | $5,100.00 |
|---|---|---|

| Services Provided To: | | Tax ID: 84-1326539 |
|---|---|---|

Mark Nelson, Esq. c/o
Nelson Law Firm
1740 N. High Street
Denver, CO 80218

RE: Formaldehyde
Attn: Mark W. Nelson, Esq.

| Invoice Date | Invoice # | | Terms | Month of Service |
|---|---|---|---|---|
| 7/31/2018 | WB1031 | | PAST DUE | July 2018 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 7/1/18 Literature review and summation | 3.5 | 600.00 | 2,100.00 |
| 7/1/18 Medical records and other discovery review | 2.5 | 600.00 | 1,500.00 |
| WINTERLAND FAMILY | 2 | 600.00 | 1,200.00 |
| 7/11/18 IME | | | |
| 7/22/18 Report generation | 3 | 600.00 | 1,800.00 |
| CHI FAMILY | 1.5 | 600.00 | 900.00 |
| 7/20/18 IME | | | |
| 7/24/18 Report generation | 3 | 600.00 | 1,800.00 |
| | 1 | 600.00 | 600.00 |
| 7/31/18 Phone discussion and report revision | | | |
| 9/1/18 THIS INVOICE IS PAST DUE - PLEASE REMIT | | | |

Services Provided by W. Boroughf, DO. Please remit to Toxicology Associates TAX ID 84-1326539

| | |
|---|---|
| **Total** | $9,900.00 |
| **Payments/Credits** | -$9,900.00 |
| **Balance Due** | $0.00 |
| **Customer Total Balance** | $0.00 |

# Invoice

Services Provided To:

Mark Nelson, Esq. c/o
Nelson Law Firm
1740 N. High Street
Denver, CO 80218

Tax ID: 84-1326539

Attny/Case

RE:  Formaldehyde
Attn:  Mark W. Nelson, Esq.

| Invoice Date | Invoice # | | Terms | Month of Service |
|---|---|---|---|---|
| 6/30/2018 | 1630 | | PAST DUE | June 2018 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 6/7/18  Transcribe draft report for Dr. Hatten (Ritz Family) | 0.75 | 80.00 | 60.00 |
| 6/8/18 Transcribe draft report for Dr. Cetaruk (Borgmann Family) | 0.5 | 80.00 | 40.00 |
| 6/12/18 Transcribe draft report for Dr. Cetaruk (Loy Family) | 0.5 | 80.00 | 40.00 |
| 6/13-6/14/18 Transcribe draft report for Dr. Cetaruk (Borgmann Family) | 1.5 | 80.00 | 120.00 |
| 8/1/18 THIS INVOICE IS PAST DUE - PLEASE REMIT | | | |
| 8/2/18 "Hi Mr. Nelson, just wanted to remind you of our payment policy.  Presently there are 5 invoices over 31 days old.  Per our terms they are now past due.  I have mailed all of them to you again, along with the newer invoices and trust you will be making payment promptly.  Thanks for your assistance and understanding.  Regards, Su | | | |
| 9/1/18 2ND REQUEST FOR PAYMENT IN FULL | | | |

Services provided by Su Dierbeck, Admin Asst. Please remit to Toxicology Assoc Tax ID: 84-1326539

| **Total** | $260.00 |
|---|---|

# Invoice

| Services Provided To: |
|---|
| Mark Nelson, Esq. c/o<br>Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 |

| Tax ID: 84-1326539 |
|---|

| Attny/Case |
|---|
| RE: Formaldehyde-<br>Borgmann Family<br>Attn: Mark W. Nelson, Esq. |

| Invoice Date | Invoice # |
|---|---|
| 6/30/2018 | TC9325 |

| Terms | Month of Service |
|---|---|
| PAST DUE | June 2018 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 6/7/18 IME and read and evaluate relevant medical and scientific literature | 5 | 600.00 | 3,000.00 |
| 6/8/18 Report preparation | 0.75 | 600.00 | 450.00 |
| 6/13/18 Report preparation | 1.25 | 600.00 | 750.00 |
| 8/1/18 THIS INVOICE IS PAST DUE - PLEASE REMIT | | | |
| 8/2/18 "Hi Mr. Nelson, just wanted to remind you of our payment policy. Presently there are 5 invoices over 31 days old. Per our terms they are now past due. I have mailed all of them to you again, along with the newer invoices and trust you will be making payment promptly. Thanks for your assistance and understanding. Regards, Su | | | |
| 9/1/18 2ND REQUEST FOR PAYMENT IN FULL | | | |

| Services provided by E.W.Cetaruk MD. Please remit to Toxicology Associates, Tax ID 84-1326539. | **Total** | $4,200.00 |
|---|---|---|

# Invoice

| Services Provided To: |
|---|
| Mark Nelson, Esq. c/o<br>Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 |

Tax ID: 84-1326539

Attny/Case

RE:  Formaldehyde
Attn:  Mark W. Nelson, Esq.

| Invoice Date | Invoice # |
|---|---|
| 6/30/2018 | BH97 |

| Terms | Month of Service |
|---|---|
| PAST DUE | June 2018 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 6/5/18 Read and evaluate relevant medical and scientific literature and investigate case-related issues, read and evaluate medical records and related documents and IME exam (Ritz Family) | 2.5 | 600.00 | 1,500.00 |
| 6/5/18 Read and evaluate relevant medical and scientific literature and investigate case-related issues (General) | 1.5 | 600.00 | 900.00 |
| 6/6/18 Report preparation (Ritz Family) | 2 | 600.00 | 1,200.00 |
| 6/15/18 Read and evaluate relevant medical and scientific literature and investigate case-related issues, read and evaluate medical records and related documents and IME exam (Gilchrest Family) | 2 | 600.00 | 1,200.00 |
| 8/1/18 THIS INVOICE IS PAST DUE - PLEASE REMIT | | | |
| 8/2/18 "Hi Mr. Nelson, just wanted to remind you of our payment policy.  Presently there are 5 invoices over 31 days old.  Per our terms they are now past due.  I have mailed all of them to you again, along with the newer invoices and trust you will be making payment promptly.  Thanks for your assistance and understanding.  Regards, Su | | | |
| 9/1/18 2ND REQUEST FOR PAYMENT IN FULL | | | |

| Services Provided by Benjamin Hatten, MD, MPH. Please remit to Toxicology Associates Tax ID 84-132653 | **Total** | $4,800.00 |
|---|---|---|

# Invoice

| Services Provided To: |
|---|
| Mark Nelson, Esq. c/o<br>Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 |

Tax ID: 84-1326539

Attny/Case

RE:  Formaldehyde
Attn:  Mark W. Nelson, Esq.

| Invoice Date | Invoice # |
|---|---|
| 6/30/2018 | TC9326 |

| Terms | Month of Service |
|---|---|
| PAST DUE | June 2018 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| 6/12/18 IME and report preparation (Loy Family)<br>8/1/18 THIS INVOICE IS PAST DUE - PLEASE REMIT<br>8/2/18 "Hi Mr. Nelson, just wanted to remind you of our payment policy.  Presently there are 5 invoices over 31 days old.  Per our terms they are now past due.  I have mailed all of them to you again, along with the newer invoices and trust you will be making payment promptly.  Thanks for your assistance and understanding.  Regards, Su<br>9/1/18 2ND REQUEST FOR PAYMENT IN FULL | 2.75 | 600.00 | 1,650.00 |

Services provided by E.W.Cetaruk MD.  Please remit to Toxicology Associates, Tax ID 84-1326539.

**Total** $1,650.00

# Invoice

| Services Provided To: |
|---|
| Mark Nelson, Esq. c/o<br>Nelson Law Firm<br>1740 N. High Street<br>Denver, CO 80218 |

Tax ID: 84-1326539

Attny/Case

RE: Formaldehyde
Attn: Mark W. Nelson, Esq.

| Invoice Date | Invoice # |
|---|---|
| 6/30/2018 | KK5032 |

| Terms | Month of Service |
|---|---|
| PAST DUE | June 2018 |

| Work Performed | Quantity/Hours | Rate | Amount |
|---|---|---|---|
| Adjemian Family: | 2 | 600.00 | 1,200.00 |
| 6/18/18 Review of medical records | | | |
| 6/20/18 IME | 2.5 | 600.00 | 1,500.00 |
| 6/26/18 Review of legal documents and medical literature review | 1.5 | 600.00 | 900.00 |
| Rajyagor Family | 2 | 600.00 | 1,200.00 |
| 6/19/18 Medical records review | | | |
| 6/22/18 IME | 2 | 600.00 | 1,200.00 |
| 6/27/18 Review of legal documents and medical literature review | 1.5 | 600.00 | 900.00 |
| 8/1/18 **THIS INVOICE IS PAST DUE - PLEASE REMIT** | | | |
| 8/2/18 "Hi Mr. Nelson, just wanted to remind you of our payment policy. Presently there are 5 invoices over 31 days old. Per our terms they are now past due. I have mailed all of them to you again, along with the newer invoices and trust you will be making payment promptly. Thanks for your assistance and understanding. Regards, Su | | | |
| 9/1/18 2ND REQUEST FOR PAYMENT IN FULL | | | |

Services Provided by Ken Kulig, MD. Please remit to Toxicology Associates, PLLC. Tax #84-1326539

| Total | $6,900.00 |
|---|---|