**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-02224-PAB-MEH

JAMI BORGMANN, individually and on behalf of minor children, S.B. and E.B.,
JUSTIN BORGMANN, individually and on behalf of minor children, S.B. and E.B.,
TONY AUYANG, an individual,
MARY RITZ, an individual,
JAMES RITZ, an individual,
ROBBY ORBANOSKY, an individual,
JUDITH ORBANOSKY, an individual,
HANNAH ORBANOSKY, an individual,
PHILIP WINTERLAND, an individual,
JOSLYN WINTERLAND, an individual,
STEVAN ADJEMIAN, an individual,
ASHLEY ADJEMIAN, an individual,
KELSEY HERRICK, individually and on behalf of minor children, D.H, M.H., and M.H,
JEFFREY HERRICK, individually and on behalf of minor children, D.H, M.H., and M.H,

Plaintiffs,
v.

WEYERHAEUSER COMPANY,
WEYERHAEUSER NR COMPANY,

Defendants.

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

The above-captioned Plaintiffs ("Plaintiffs") and Defendants Weyerhaeuser Company and Weyerhaeuser NR Company ("Weyerhaeuser"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly move this Court for an Order dismissing with prejudice each and every claim asserted by Plaintiffs against Weyerhaeuser in this civil action, with each party to bear its own attorneys' fees and costs.

The parties hereby move the Court to enter an Order for Dismissal with Prejudice of all claims asserted in the above-captioned matter.

A proposed Order is attached for signature by the Court.

Dated this 13th day of August, 2019.

| **Perkins Coie, LLP** | **The Nelson Law Firm, LLC** |
|---|---|
| */s/Craig M. J. Allely* | */s/Mark W. Nelson* |
| Craig M. J. Allely, #17546 | Mark W. Nelson, #27095 |
| Daniel A. Graham, #45185 | J. Scott Sweeney, #40451 |
| Michael Sink, #36064 | Colleen S. Nelson, #36942 |
| Lindsey E. Dunn, #49547 | 1740 High Street |
| Marcus A. Haggard, #50388 | Denver, Colorado 80218 |
| Christopher Sutton, #19424 | 303-861-0750 (Phone) |
| 1900 Sixteenth Street, Suite 1400 | 303-861-0751 (Fax) |
| Denver, Colorado 80202-5255 | mark@nelsonlawfirm.net |
| 303-291-2300 (Phone) | scott@nelsonlawfirm.net |
| 303-291-2400 (Fax) | colleen@nelsonlawfirm.net |
| CAllely@perkinscoie.com | ATTORNEYS FOR PLAINTIFFS |
| DGraham@perkinscoie.com | |
| MSink@perkinscoie.com | |
| ldunn@perkinscoie.com | |
| MHaggard@perkinscoie.com | |
| csutton@perkinscoie.com | |

Daniel P Ridlon, WSBA #37927
Leigh E. Sylvan, WSBA #52415
1201 Third Ave., Suite 4900
Seattle, WA 98101
206-359-8000
LSylvan@perkinscoie.com
Dridlon@perkinscoie.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2019, I electronically filed the foregoing with the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Craig M. J. Allely, #17546
Daniel A. Graham, #45185
Michael Sink, #36064
Lindsey E. Dunn, #49547
Marcus A. Haggard, #50388
Christopher Sutton, #19424
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
303-291-2300 (Phone)
303-291-2400 (Fax)
CAllely@perkinscoie.com
DGraham@perkinscoie.com
MSink@perkinscoie.com
ldunn@perkinscoie.com
MHaggard@perkinscoie.com
csutton@perkinscoie.com

Daniel P Ridlon, WSBA #37927
Leigh E. Sylvan, WSBA #52415
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101
206-359-8000
LSylvan@perkinscoie.com
Dridlon@perkinscoie.com

Robert C. Collins, III
Latham & Watkins, LLP
330 N. Wabash Ave., #2800
Chicago, IL 60611
312-876-8700
Robert.Collins@lw.com

*/s/ Ansley Smith*
Ansley Smith