IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 17-cv-02224-PAB-MEH

JAMI BORGMANN, an individual,
JUSTIN BORGMANN, an individual,
JAMI BORGMANN and JUSTIN BORGMANN, on behalf of their two minor children,
S.B. and E.B.,
TONY AUYANG, an individual,
MARY RITZ, an individual,
JAMES RITZ, an individual,
DEREK BARR, an individual,
PAIGE BARR, an individual,
ROBBY ORBANOSKY, an individual,
JUDITH ORBANOSKY, an individual,
HANNAH ORBANOSKY, an individual,
PHILIP WINTERLAND, an individual,
JOSLYN WINTERLAND, an individual,
STEVAN ADJEMIAN, an individual,
ASHLEY ADJEMIAN, an individual,
KELSY HERRICK, an individual,
JEFFREY HERRICK, an individual,
KELSY and JEFFREY HERRICK, on behalf of their three minor children, D.H., M.H.,
and M.H.,

      Plaintiffs,

v.

WEYERHAEUSER COMPANY,

      Defendant.
_____

**ORDER**
_____

      This matter comes before the Court on the Stipulated Motion to Dismiss With

Prejudice [Docket No. 210]. The Court has reviewed the pleading and is fully advised in

the premises. It is

**ORDERED** that the Stipulated Motion to Dismiss With Prejudice [Docket No. 210] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED August 14, 2019.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge